Fill in this information to identify the case:

United States Bankruptcy Court for the:

**Southern District of Texas**

Case number (if known): _____   Chapter __7__

☐ Check if this is an amended filing

## Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

06/24

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | |
|---|---|
| **1. Debtor's name** | **Landmark Worldwide LLC** |
| **2. All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names, and *doing business as names* | |
| **3. Debtor's federal Employer Identification Number (EIN)** | 9 4 – 3 1 3 0 9 3 6 |

**4. Debtor's address**

Principal place of business

**710 Buffalo St, Suite 802**
Number      Street

**Corpus Christi, TX 78401-1902**
City                          State    ZIP Code

**Nueces**
County

Mailing address, if different from principal place of business

Number      Street

City                          State    ZIP Code

Location of principal assets, if different from principal place of business

Number      Street

City                          State    ZIP Code

**5. Debtor's website (URL)**

**6. Type of debtor**

☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor    **Landmark Worldwide LLC**                                      Case number *(if known)* _____
          Name

| | |
|---|---|
| **7. Describe debtor's business** | **A.** *Check one:* |

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. §101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. §781(3))

☑ None of the above

**B.** *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)

☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

**C.** NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .

<u>8</u>  <u>1</u>  <u>2</u>  <u>9</u>

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☑ Chapter 7

☐ Chapter 9

☐ Chapter 11. *Check all that apply:*

    ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725 (amount subject to adjustment on 4/01/25 and every 3 years after that).

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☑ No

☐ Yes. District _____ When _____ Case number _____
                           MM / DD / YYYY

     District _____ When _____ Case number _____
                           MM / DD / YYYY

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☑ No

☐ Yes. Debtor _____ Relationship _____

     District _____ When _____
                                        MM / DD / YYYY

     Case number, if known _____

Debtor   **Landmark Worldwide LLC**_____   Case number *(if known)*_____
       Name

| | |
|---|---|
| **11. Why is the case filed in *this district*?** | *Check all that apply:* <br><br> ☐ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district. <br><br> ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district. |
| **12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?** | ☑ No <br> ☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed. <br><br> **Why does the property need immediate attention?** *(Check all that apply.)* <br> ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety. <br>     What is the hazard? _____ <br><br> ☐ It needs to be physically secured or protected from the weather. <br> ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options). <br> ☐ Other <br> **Where is the property?** _____ <br>     Number      Street <br><br>     City                       State   ZIP Code <br><br> **Is the property insured?** <br> ☐ No <br> ☐ Yes.   Insurance agency _____ <br>          Contact name _____ <br>          Phone _____ |

## Statistical and administrative information

| | |
|---|---|
| **13. Debtor's estimation of available funds?** | *Check one:* <br> ☑ Funds will be available for distribution to unsecured creditors. <br> ☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors. |
| **14. Estimated number of creditors** | ☑ 1-49  ☐ 50-99      ☐ 1,000-5,000  ☐ 5,001-10,000      ☐ 25,001-50,000  ☐ 50,000-100,000 <br> ☐ 100-199  ☐ 200-999      ☐ 10,001-25,000             ☐ More than 100,000 |
| **15. Estimated assets** | ☐ $0-$50,000               ☑ $1,000,001-$10 million      ☐ $500,000,001-$1 billion <br> ☐ $50,001-$100,000       ☐ $10,000,001-$50 million     ☐ $1,000,000,001-$10 billion <br> ☐ $100,001-$500,000     ☐ $50,000,001-$100 million    ☐ $10,000,000,001-$50 billion <br> ☐ $500,001-$1 million      ☐ $100,000,001-$500 million   ☐ More than $50 billion |

Debtor   **Landmark Worldwide LLC**
     Name
                                                            Case number *(if known)*

| | | |
|---|---|---|
| **16. Estimated liabilities** | ☐ $0-$50,000 | ☐ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
| | ☐ $50,001-$100,000 | ☑ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| | ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| | ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

### Request for Relief, Declaration, and Signatures

**WARNING --**     Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

■ The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

■ I have been authorized to file this petition on behalf of the debtor.

■ I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **07/31/2024**
             MM/ DD/ YYYY

**X**  **/s/ Steve Allan**                             **Steve Allan**
Signature of authorized representative of debtor             Printed name

Title                **Manager**

**18. Signature of attorney**

**X**           **/s/ Max Beatty**         Date  **07/31/2024**
Signature of attorney for debtor                        MM/ DD/ YYYY

**Max Beatty**
Printed name

**Daniels & Tredennick PLLC**
Firm name

**6363 Woodway Dr Ste 700**
Number      Street

**Houston**                               **TX**     **77057-1713**
City                                     State     ZIP Code

**(713) 800-3681**                   **max@dtlawyers.com**
Contact phone                            Email address

**24051740**                            **TX**
Bar number                              State

Fill in this information to identify the case:

Debtor Name    **Landmark Worldwide LLC**

United States Bankruptcy Court for the: _____**Southern**_____ District of _____**Texas**_____

(State)

Case number (If known): _____

☐ Check if this is an amended filing

**Official Form 206A/B**

# Schedule A/B: Assets — Real and Personal Property

12/15

**Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).**

**Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.**

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
|---|---|

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.
   ☑ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

2. **Cash on hand** _____

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **Wells Fargo** | **Savings account** | **7 7 5 9** | **$95,659.00** |
| 3.2. | **Wells Fargo** | **Savings account** | **2 3 5 3** | **$0.00** |
| 3.3. | **Comerica Bank - LC Cash Collateral (PHL)** | **Money market account** | **5 6 3 0** | **$303,259.00** |
| 3.4. | **Comerica Bank - LC Cash Collateral (NYC)** | **Money market account** | **8 4 0 4** | **$1,538,981.00** |

4. **Other cash equivalents** *(Identify all)*

   4.1 _____  _____
   4.2 _____  _____

5. **Total of Part 1**

   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.    | **$1,937,899.00** |

| Part 2: | Deposits and prepayments |
|---|---|

6. **Does the debtor have any deposits or prepayments?**

   ☐ No. Go to Part 3.
   ☑ Yes. Fill in the information below.

| | Current value of debtor's interest |
|---|---|

Debtor     **Landmark Worldwide LLC**                                    Case number *(if known)* _____
             <sub>Name</sub>

---

7. **Deposits, including security deposits and utility deposits**

   Description, including name of holder of deposit

   7.1  **McKinley Freeway Center II, Inc.** _____                    $21,000.00

   7.2  **NewBurgh/Six Mile Limited Partnership II** _____                    $16,643.00

   7.3  **Cragwood, LLC** _____                    $36,781.26

   7.4  **Philadelphia Office 2016 LLC** _____                    $29,723.83

   7.5  **John Hancock Mutual Life Insurance Co.** _____                    $42,207.90

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

   Description, including name of holder of prepayment

   8.1  _____                    _____

   8.2  _____                    _____

9. **Total of Part 2**

   Add lines 7 through 8. Copy the total to line 81.                    | $146,355.99 |

---

**Part 3:**     Accounts receivable

10. **Does the debtor have any accounts receivable?**

   ☑ No. Go to Part 4.

   ☐ Yes. Fill in the information below.

   |  | Current value of debtor's interest |
   |---|---|

11. **Accounts receivable**

   11a. 90 days old or less: _____ - _____ =.... ➡        _____
                              face amount        doubtful or uncollectible accounts

   11b. Over 90 days old: _____ - _____ =.... ➡        _____
                            face amount        doubtful or uncollectible accounts

12. **Total of Part 3**

   Current value on lines 11a + 11b = line 12. Copy the total to line 82.                    | _____ |

---

**Part 4:**     Investments

13. **Does the debtor own any investments?**

   ☑ No. Go to Part 5.

   ☐ Yes. Fill in the information below.

   |  | Valuation method used for current value | Current value of debtor's interest |
   |---|---|---|

14. **Mutual funds or publicly traded stocks not included in Part 1**

   Name of fund or stock:

   14.1  _____        _____        _____

   14.2  _____        _____        _____

---

Debtor    **Landmark Worldwide LLC**                                    Case number *(if known)* _____
       Name

---

15. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

Name of entity:                                          % of ownership:

15.1. _____     _____     _____     _____

15.2. _____     _____     _____     _____

16. **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

Describe:

16.1  _____     _____     _____

16.2  _____     _____     _____

17. **Total of Part 4**

Add lines 14 through 16. Copy the total to line 83.                    [_____]

| Part 5: | Inventory, excluding agriculture assets |

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☑ No. Go to Part 6.

☐ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **19. Raw materials** | | | | |
| _____ | MM / DD / YYYY | _____ | | _____ |
| **20. Work in progress** | | | | |
| _____ | MM / DD / YYYY | | | |
| **21. Finished goods, including goods held for resale** | | | | |
| _____ | MM / DD / YYYY | _____ | | _____ |
| **22. Other inventory or supplies** | | | | |
| _____ | MM / DD / YYYY | _____ | | _____ |

23. **Total of Part 5**

Add lines 19 through 22. Copy the total to line 84.                    [_____]

24. **Is any of the property listed in Part 5 perishable?**

☑ No

☐ Yes

---

Debtor   **Landmark Worldwide LLC**

Name

Case number *(if known)* _____

---

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

☑ No

☐ Yes.  Book value _____ Valuation method _____ Current value _____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**

☑ No

☐ Yes

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No. Go to Part 7.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 28. **Crops—either planted or harvested** | | | |
| _____ | _____ | _____ | _____ |
| 29. **Farm animals** *Examples:* Livestock, poultry, farm-raised fish | | | |
| _____ | _____ | _____ | _____ |
| 30. **Farm machinery and equipment** (Other than titled motor vehicles) | | | |
| _____ | _____ | _____ | _____ |
| 31. **Farm and fishing supplies, chemicals, and feed** | | | |
| _____ | _____ | _____ | _____ |
| 32. **Other farming and fishing-related property not already listed in Part 6** | | | |
| _____ | _____ | _____ | _____ |
| 33. **Total of Part 6** Add lines 28 through 32. Copy the total to line 85. | | | _____ |

34. **Is the debtor a member of an agricultural cooperative?**

☑ No

☐ Yes. Is any of the debtor's property stored at the cooperative?

☐ No

☐ Yes

35. **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

☑ No

☐ Yes.  Book value _____ Valuation method _____ Current value _____

36. **Is a depreciation schedule available for any of the property listed in Part 6?**

☑ No

☐ Yes

---

Debtor    **Landmark Worldwide LLC**
Name

Case number *(if known)*

---

37. **Has any of the property listed in Part 6 been appraised by a professional within the last year?**

☑ No
☐ Yes

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.
☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **39. Office furniture** | | | |
| Office furniture | $28,933.00 | Estimation of FMV | $1,000.00 |
| **40. Office fixtures** | | | |
| Leasehold Improvements | $188,911.00 | Estimation of FMV | $0.00 |
| **41. Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| Computer Equipment | $8,781.00 | Estimation of FMV | $500.00 |
| A/V Equipment | $16,075.00 | Estimation of FMV | $500.00 |
| Other Equipment | $1,282.00 | Estimation of FMV | $0.00 |

42. **Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

| | | | |
|---|---|---|---|
| 42.1 | | | |
| 42.2 | | | |
| 42.3 | | | |

43. **Total of Part 7**

Add lines 39 through 42. Copy the total to line 86.

$2,000.00

44. **Is a depreciation schedule available for any of the property listed in Part 7?**

☐ No
☑ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

☑ No
☐ Yes

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☑ No. Go to Part 9.
☐ Yes. Fill in the information below.

---

Debtor   **Landmark Worldwide LLC**
_____
Name

Case number *(if known)* _____

| General description<br><br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br><br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **47. Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1 _____ | _____ | _____ | _____ |
| 47.2 _____ | _____ | _____ | _____ |
| 47.3 _____ | _____ | _____ | _____ |
| 47.4 _____ | _____ | _____ | _____ |
| **48. Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| 48.1 _____ | _____ | _____ | _____ |
| 48.2 _____ | _____ | _____ | _____ |
| **49. Aircraft and accessories** | | | |
| 49.1 _____ | _____ | _____ | _____ |
| 49.2 _____ | _____ | _____ | _____ |
| **50. Other machinery, fixtures, and equipment (excluding farm machinery and equipment)** | | | |
| _____ | _____ | _____ | _____ |

**51. Total of Part 8**

Add lines 47 through 50. Copy the total to line 87.

[ _____ ]

**52. Is a depreciation schedule available for any of the property listed in Part 8?**

☑ No
☐ Yes

**53. Has any of the property listed in Part 8 been appraised by a professional within the last year?**

☑ No
☐ Yes

---

**Part 9:    Real property**

**54. Does the debtor own or lease any real property?**

☐ No. Go to Part 10.
☑ Yes. Fill in the information below.

**55. Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br><br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|

| Debtor | **Landmark Worldwide LLC** | Case number *(if known)* |
|---|---|---|
| | Name | |

| 55.1 | **New York Lease / 317a W 33rd St New York, NY 10001-2702** | **Lease** | **unknown** | **Estimation of FMV** | **$0.00** |
|---|---|---|---|---|---|
| 55.2 | **New Jersey Lease / 40 Cragwood Rd S Plainfield, NJ 07080-2473** | **Lease** | **unknown** | **Estimation of FMV** | **$0.00** |
| 55.3 | **Denver Lease / 2680 E County Line Rd Unit C Hghlnds Ranch, CO 80126-3235** | **Lease** | **unknown** | **Estimation of FMV** | **$0.00** |
| 55.4 | **Detroit Lease / 17488 N Laurel Park Dr Ste 260-E Livonia, MI 48152-3981** | **Lease** | **unknown** | **Estimation of FMV** | **$0.00** |
| 55.5 | **San Francisco Lease / 353 Sacramento St Ste 200 San Francisco, CA 94111-3683** | **Lease** | **unknown** | **Estimation of FMV** | **$0.00** |
| 55.6 | **Philadelphia Lease / 801 Market St Ste 1350 Philadelphia, PA 19107-3115** | **Lease** | **unknown** | **Estimation of FMV** | **$0.00** |

56. **Total of Part 9**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

| **$0.00** |
|---|

57. **Is a depreciation schedule available for any of the property listed in Part 9?**

☑ No

☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☑ No

☐ Yes

| Part 10: | Intangibles and intellectual property |
|---|---|

59. **Does the debtor have any interests in intangibles or intellectual property?**

☑ No. Go to Part 11.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets** | | | |
| 61. **Internet domain names and websites** | | | |
| 62. **Licenses, franchises, and royalties** | | | |
| 63. **Customer lists, mailing lists, or other compilations** | | | |
| 64. **Other intangibles, or intellectual property** | | | |

Debtor     **Landmark Worldwide LLC**                                    Case number *(if known)* _____
            Name

65. **Goodwill**

66. **Total of Part 10**

    Add lines 60 through 65. Copy the total to line 89.

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)**?**

    ☑ No
    ☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

    ☑ No
    ☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

    ☑ No
    ☐ Yes

| Part 11: | All other assets |
|---|---|

70. **Does the debtor own any other assets that have not yet been reported on this form?**

    Include all interests in executory contracts and unexpired leases not previously reported on this form.

    ☑ No. Go to Part 12.
    ☐ Yes. Fill in the information below.

                                                                                    **Current value of
                                                                                    debtor's interest**

71. **Notes receivable**

    Description (include name of obligor)

    _____   _____ – _____ = ➡   _____
                                        Total face amount     doubtful or uncollectible amount

72. **Tax refunds and unused net operating losses (NOLs)**

    Description (for example, federal, state, local)

    _____   Tax year _____   _____

    _____   Tax year _____   _____

    _____   Tax year _____   _____

73. **Interests in insurance policies or annuities**

    _____                        _____

74. **Causes of action against third parties (whether or not a lawsuit has
    been filed)**

    _____                        _____

    **Nature of claim**   _____

    **Amount requested**   _____

Official Form 206A/B                **Schedule A/B: Assets — Real and Personal Property**                page 8

Debtor    **Landmark Worldwide LLC**                                 Case number *(if known)*
                Name

| | |
|---|---|
| 75. | **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims** |
| | **Nature of claim** |
| | **Amount requested** |
| 76. | **Trusts, equitable or future interests in property** |
| 77. | **Other property of any kind not already listed** *Examples:* Season tickets, country club membership |
| 78. | **Total of Part 11** |
| | Add lines 71 through 77. Copy the total to line 90. |
| 79. | **Has any of the property listed in Part 11 been appraised by a professional within the last year?** |

☑ No

☐ Yes

Debtor  **Landmark Worldwide LLC**                              Case number *(if known)* _____
　　　　Name

| Part 12: | Summary |

**In Part 12 copy all of the totals from the earlier parts of the form.**

| Type of property | Current value of personal property | | Current value of real property |
|---|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $1,937,899.00 | | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $146,355.99 | | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | | | |
| 83. **Investments.** *Copy line 17, Part 4.* | | | |
| 84. **Inventory.** *Copy line 23, Part 5.* | | | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | | | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $2,000.00 | | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | | | |
| 88. **Real property.** *Copy line 56, Part 9.*....................................➤ | | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | | | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + | | |
| 91. **Total.** *Add lines 80 through 90 for each column*..........................91a. | $2,086,254.99 | + 91b. | $0.00 |
| 92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92. ....................................... | | | $2,086,254.99 |

Fill in this information to identify the case:

Debtor name **Landmark Worldwide LLC**

United States Bankruptcy Court for the: **Southern** District of **Texas**

(State)

Case number (if known): _____

☐ Check if this is an amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property 12/15

**Be as complete and accurate as possible.**

1. **Do any creditors have claims secured by debtor's property?**

   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

   ☑ Yes. Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |
| --- | --- |

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

|  | *Column A* **Amount of claim** Do not deduct the value of collateral. | *Column B* **Value of collateral that supports this claim** |
| --- | --- | --- |

**2.1**

| **Creditor's name** | **Describe debtor's property that is subject to a lien** |  |  |
| --- | --- | --- | --- |
| **Comerica Bank** | Comerica Bank - LC Cash Collateral (PHL) | **unknown** | **$303,259.00** |

**Creditor's mailing address**

International Trade Service

2321 Rosecrans Ave Fl 5

El Segundo, CA 90245-7902

**Describe the lien**

**Security Interest in Restricted Investment Related to Letter of Credit - PHL**

**Creditor's email address, if known**

_____

**Date debt was incurred** **11/22/2016**

**Last 4 digits of account number** **1 2 5 9**

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☑ Contingent

☑ Unliquidated

☐ Disputed

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Specify each creditor, including this creditor, and its relative priority.

_____

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.** _____

Debtor **Landmark Worldwide LLC**

Name

Case number (if known) _____

| **Part 1:** | Additional Page |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

*Column A*
**Amount of claim**
Do not deduct the value of collateral.

*Column B*
**Value of collateral that supports this claim**

**2.2** **Creditor's name**

**Comerica Bank**

**Creditor's mailing address**

**International Trade Services**

**2321 Rosecrans Ave. 5th Fl.**

**El Segundo, CA 90245**

**Creditor's email address, if known**

_____

**Date debt was incurred** _____

**Last 4 digits of account number**   **1  2  5  5**

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Have you already specified the relative priority?

   ☐ No.  Specify each creditor, including this creditor, and its relative priority.

   _____

   _____

   ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

Comerica Bank - LC Cash Collateral (NYC)

**Describe the lien**

**Security Interest in Restricted Investment Related to Letter of Credit - NYC**

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☑ Contingent

☑ Unliquidated

☐ Disputed

**unknown**    **$1,538,981.00**

Debtor   **Landmark Worldwide LLC**

Name

Case number (if known) _____

| Part 2: | List Others to Be Notified for a Debt Already Listed in Part 1 |
|---------|---------------------------------------------------------------|

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|------------------|-----------------------------------------------------------|-------------------------------------------------|
| **Comerica Bank**<br>**1717 Main St**<br>**Dallas, TX 75201-4612** | Line 2. **1** | ___ ___ ___ ___ |
| | Line 2. ___ | ___ ___ ___ ___ |
| | Line 2. ___ | ___ ___ ___ ___ |
| | Line 2. ___ | ___ ___ ___ ___ |
| | Line 2. ___ | ___ ___ ___ ___ |
| | Line 2. ___ | ___ ___ ___ ___ |
| | Line 2. ___ | ___ ___ ___ ___ |
| | Line 2. ___ | ___ ___ ___ ___ |
| | Line 2. ___ | ___ ___ ___ ___ |
| | Line 2. ___ | ___ ___ ___ ___ |

Fill in this information to identify the case:

Debtor name **Landmark Worldwide LLC**

United States Bankruptcy Court for the:

**Southern District of Texas**

Case number (if known): _____

☐ Check if this is an
amended filing

## Official Form 206E/F

## Schedule E/F: Creditors Who Have Unsecured Claims                   12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases*(Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:  List All Creditors with PRIORITY Unsecured Claims

1.   **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507)
   ☑ No. Go to Part 2.
   ☐ Yes. Go to line 2.

2.   List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part. If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|
| **2.1** Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | | |
| Date or dates debt was incurred | Basis for the claim: | | |
| Last 4 digits of account number ___ ___ ___ ___ | Is the claim subject to offset? ☐ No ☐ Yes | | |
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ___ | | | |
| **2.2** Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | | |
| Date or dates debt was incurred | Basis for the claim: | | |
| Last 4 digits of account number ___ ___ ___ ___ | Is the claim subject to offset? ☐ No ☐ Yes | | |
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ___ | | | |

Debtor **Landmark Worldwide LLC**
Name

Case number *(if known)*

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

**Amount of claim**

**3.1** Nonpriority creditor's name and mailing address

33/34 West Owner LLC

c/o Brookfield Properties

250 Vesey St # 12

New York, NY 10281-1052

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

Remarks: New York Lease

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: **Total Remaining Lease Payments**

Is the claim subject to offset?
☑ No
☐ Yes

$33,606,078.91

---

**3.2** Nonpriority creditor's name and mailing address

40 Cragwood Road Property LLC

c/o Normandy Real Estate Partners LLC
Attn: General Counsel

53 Maple Avenue

Morristown, NJ 07960

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

Remarks: New Jersey Lease

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: **Total Remaining Lease Payments**

Is the claim subject to offset?
☑ No
☐ Yes

$650,561.17

---

**3.3** Nonpriority creditor's name and mailing address

McKinley Freeway Center II, Inc.

1900 Main Street Suite 375

Irvine, CA 92614

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

Remarks: Denver Lease

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: **Total Remaining Lease Payments**

Is the claim subject to offset?
☑ No
☐ Yes

$1,974,016.82

---

**3.4** Nonpriority creditor's name and mailing address

Newburgh/Six Mile Limited Partnership II

17800 N Laurel Park Dr Ste 200c

Livonia, MI 48152-3985

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

Remarks: Detroit Lease

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: **Total Remaining Lease Payments**

Is the claim subject to offset?
☑ No
☐ Yes

$1,058,338.38

Debtor  **Landmark Worldwide LLC**
_____
Name

Case number *(if known)* _____

---

**Part 2:**  Additional Page

---

**3.5**  **Nonpriority creditor's name and mailing address**

**Pacific Oak SOR 353 Sacramento Street, LLC**

**c/o Jones Lang LaSalle**
**Attn: Property Manager**

**353 Sacramento Street Suite 360**

**San Francisco, CA 94111**

**Date or dates debt was incurred**  _____

**Last 4 digits of account number**  __ __ __ __

**Remarks:** San Francisco Lease

**As of the petition filing date, the claim is:**        $1,719,892.02
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:  **Total Remaining Lease Payments**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.6**  **Nonpriority creditor's name and mailing address**

**Philadelphia Office 2016 LLC**

**c/o G&E Real Estate Management Services, Inc.**
**d/b/a Newmark Grubb Knight Frank**

**1735 Market Street Suite 4000**

**Philadelphia, PA 19103**

**Date or dates debt was incurred**  _____

**Last 4 digits of account number**  __ __ __ __

**Remarks:** Philadelphia Lease

**As of the petition filing date, the claim is:**        $2,538,819.94
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:  **Total Remaining Lease Payments**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor      **Landmark Worldwide LLC**
_____          Case number *(if known)* _____
            Name

| Part 3: | List Others to Be Notified About Unsecured Claims |
|---------|-----------------------------------------------------|

4.  **List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

   **If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|--------------------------|---------------------------------------------------------------------------|-----------------------------------------|
| **4.1**   **LNR Partners, Inc.**<br><br>**attn: Director of Real Estate**<br><br>**1601 Washington Ave Suite 700**<br><br>**Miami Beach, FL 33139** | Line **3.6**<br><br>☐ Not listed. Explain _____<br><br>_____ | __ __ __ __ |
| **4.2**   **Pacific Oak SOR 353 Sacramento Street LLC**<br><br>**c/o Pacific Oak Capital Advisors, LLC**<br>**Attn: Michael Potter, SVP**<br><br>**3200 Park Center Drive Suite 800**<br><br>**Costa Mesa, CA 92626** | Line **3.5**<br><br>☐ Not listed. Explain _____<br><br>_____ | __ __ __ __ |

Debtor     **Landmark Worldwide LLC**
_____
           Name

Case number *(if known)* _____

| **Part 4:** | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

**5.    Add the amounts of priority and nonpriority unsecured claims.**

|  |  | Total of claim amounts |
|---|---|---|
| 5a.  **Total claims from Part 1** | 5a. | **$0.00** |
| 5b.  **Total claims from Part 2** | 5b. **+** | **$41,547,707.24** |
| 5c.  **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | **$41,547,707.24** |

Fill in this information to identify the case:

Debtor name **Landmark Worldwide LLC**

United States Bankruptcy Court for the:

**Southern District of Texas**

Case number (if known): _____ Chapter **7**

☐ Check if this is an amended filing

# Official Form 206G

## Schedule G: Executory Contracts and Unexpired Leases 12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

1. Does the debtor have any executory contracts or unexpired leases?

   ☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

   ☑ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.1** | State what the contract or lease is for and the nature of the debtor's interest: **Commercial Property Lease - New York** <br><br> **Contract to be REJECTED** | **33/34 West Owner LLC** <br> **c/o Brookfield Properties** <br> **250 Vesey St # 12** <br> **New York, NY 10281-1052** |
| | State the term remaining: **103 months** | |
| | List the contract number of any government contract: | |
| **2.2** | State what the contract or lease is for and the nature of the debtor's interest: **Commercial Property Lease - New Jersey** <br><br> **Contract to be REJECTED** | **40 Cragwood Road Property LLC** <br> **c/o Normandy Real Estate Partners LLC Attn: General Counsel** <br> **53 Maple Avenue** <br> **Morristown, NJ 07960** |
| | State the term remaining: **32 months** | |
| | List the contract number of any government contract: | |
| **2.3** | State what the contract or lease is for and the nature of the debtor's interest: **Commercial Property Lease - Denver** <br><br> **Contract to be REJECTED** | **McKinley Freeway Center II, Inc.** <br> **1900 Main Street Suite 375** <br> **Irvine, CA 92614** |
| | State the term remaining: **46 months** | |
| | List the contract number of any government contract: | |
| **2.4** | State what the contract or lease is for and the nature of the debtor's interest: **Commercial Property Lease - Detroit** <br><br> **Contract to be REJECTED** | **Newburgh/Six Mile Limited Partnership II** <br> **17800 N Laurel Park Dr Ste 200c** <br> **Livonia, MI 48152-3985** |
| | State the term remaining: **45 months** | |
| | List the contract number of any government contract: | |

Debtor   **Landmark Worldwide LLC**
_____   Case number *(if known)* _____
Name

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.5** State what the contract or lease is for and the nature of the debtor's interest | **Commercial Property Lease- San Francisco** | **Pacific Oak SOR 353 Sacramento Street LLC** |

**2.5**

State what the contract or lease is for and the nature of the debtor's interest: **Commercial Property Lease- San Francisco**

**Contract to be REJECTED**

State the term remaining: **15 months**

List the contract number of any government contract:

**Pacific Oak SOR 353 Sacramento Street LLC**

**c/o Pacific Oak Capital Advisors, LLC Attn: Michael Potter, SVP**

**3200 Park Center Drive Suite 800**

**Costa Mesa, CA 92626**

---

**2.6**

State what the contract or lease is for and the nature of the debtor's interest: **Commercial Property Lease - Philadelphia**

**Contract to be REJECTED**

State the term remaining: **63 months**

List the contract number of any government contract:

**Philadelphia Office 2016 LLC**

**c/o G&E Real Estate Management Services, Inc. d/b/a Newmark Grubb Knight Frank**

**1735 Market Street Suite 4000**

**Philadelphia, PA 19103**

Fill in this information to identify the case:

Debtor name    **Landmark Worldwide LLC**

United States Bankruptcy Court for the:    **Southern**    District of    **Texas**
     (State)

Case number (If known): _____

☐ Check if this is an amended filing

**Official Form 206H**

# Schedule H: Codebtors

12/15

**Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.**

**1.**    **Does the debtor have any codebtors?**

☑ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

☐ Yes

**2.**    **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, _Schedules D-G._** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| _Column 1:_ **Codebtor** | | _Column 2:_ **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | _Check all schedules that apply:_ |
| 2.1 _____ | _____ Street <br><br> _____ <br> City   State   ZIP Code | _____ | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.2 _____ | _____ Street <br><br> _____ <br> City   State   ZIP Code | _____ | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.3 _____ | _____ Street <br><br> _____ <br> City   State   ZIP Code | _____ | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.4 _____ | _____ Street <br><br> _____ <br> City   State   ZIP Code | _____ | ☐ D <br> ☐ E/F <br> ☐ G |

Debtor   **Landmark Worldwide LLC**

Name

Case number (if known) _____

| | Additional Page if Debtor Has More Codebtors |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. |
|---|

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.5 | _____ | Street _____ <br> _____ <br> City       State       ZIP Code | _____ | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.6 | _____ | Street _____ <br> _____ <br> City       State       ZIP Code | _____ | ☐ D <br> ☐ E/F <br> ☐ G |

**Fill in this information to identify the case:**

Debtor name _____**Landmark Worldwide LLC**_____

United States Bankruptcy Court for the:

_____**Southern District of Texas**_____

Case number (if known): _____   Chapter __**7**__

☐ Check if this is an amended filing

Official Form 206Sum

# Summary of Assets and Liabilities for Non-Individuals

**12/15**

**Part 1:**  Summary of Assets

1. ***Schedule A/B: Assets–Real and Personal Property*** (Official Form 206A/B)

   1a. **Real Property:**

   Copy line 88 from *Schedule A/B*.................................................................................

   | $0.00 |

   1b. **Total personal property:**

   Copy line 91A from *Schedule A/B*.............................................................................

   | $2,086,254.99 |

   1c. **Total of all property:**

   Copy line 92 from *Schedule A/B*................................................................................

   | $2,086,254.99 |

**Part 2:**  Summary of Liabilities

2. ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)

   Copy the total dollar amount listed in Column A, *Amount of claim*, from line 3 of *Schedule D*.................

   | $0.00 |

3. ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**

   Copy the total claims from Part 1 from line 5a of *Schedule E/F*.................................................

   | $0.00 |

   3b. **Total amount of claims of non-priority amount of unsecured claims:**

   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*....................................

   | + $41,547,707.24 |

4. **Total liabilities**........................................................................................................

   Lines 2 + 3a + 3b

   | $41,547,707.24 |

Fill in this information to identify the case:

Debtor name    **Landmark Worldwide LLC**

United States Bankruptcy Court for the:
**Southern District of Texas**

Case number (if known): _____

☐ Check if this is an amended filing

## Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/22

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

## Part 1:  Income

**1.  Gross revenue from business**

☐ None

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From **01/01/2024** to Filing date<br><span style="font-size:smaller">MM/ DD/ YYYY</span> | ☑ Operating a business<br>☑ Other **Through May 2024** | **$5,450,312.40** |
| **For prior year:**<br>From **01/01/2023** to **12/31/2023**<br><span style="font-size:smaller">MM/ DD/ YYYY    MM/ DD/ YYYY</span> | ☑ Operating a business<br>☑ Other _____ | **$12,320,937.96** |
| **For the year before that:**<br>From **01/01/2022** to **12/31/2022**<br><span style="font-size:smaller">MM/ DD/ YYYY    MM/ DD/ YYYY</span> | ☑ Operating a business<br>☑ Other _____ | **$13,256,396.70** |

**2.  Non-business revenue**

Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☑ None

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From **01/01/2024** to Filing date<br><span style="font-size:smaller">MM/ DD/ YYYY</span> | _____ | _____ |
| **For prior year:**<br>From **01/01/2023** to **12/31/2023**<br><span style="font-size:smaller">MM/ DD/ YYYY    MM/ DD/ YYYY</span> | _____ | _____ |
| **For the year before that:**<br>From **01/01/2022** to **12/31/2022**<br><span style="font-size:smaller">MM/ DD/ YYYY    MM/ DD/ YYYY</span> | _____ | _____ |

Debtor  **Landmark Worldwide LLC**                                                    Case number *(if known)*
     Name

| **Part 2:** | List Certain Transfers Made Before Filing for Bankruptcy |
|---|---|

**3.**    **Certain payments or transfers to creditors within 90 days before filing this case**

List payments or transfers—including expense reimbursements—to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None

| Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| **3.1.** **33/34 West Owner LLC** <br> Creditor's name <br> **250 Vesey St # 12** <br> Street <br> **c/o Brookfield Properties** <br> **New York, NY 10281-1052** <br> City   State   ZIP Code | **5/30/2024** <br><br> **7/1/2024** | **$624,167.94** | ☐ Secured debt <br> ☐ Unsecured loan repayments <br> ☐ Suppliers or vendors <br> ☐ Services <br> ☑ Other **Lease Payment - NY** |
| **3.2.** **40 Cragwood Road Property LLC** <br> Creditor's name <br> **53 Maple Avenue** <br> Street <br> **c/o Normandy Real Estate Partners LLC Attn: General Counsel** <br> **Morristown, NJ 07960** <br> City   State   ZIP Code | **5/30/2024** <br><br> **7/1/2024** | **$39,320.62** | ☐ Secured debt <br> ☐ Unsecured loan repayments <br> ☐ Suppliers or vendors <br> ☐ Services <br> ☑ Other **Lease Payment - NJ** |
| **3.3.** **Con Edison** <br> Creditor's name <br><br> Street <br><br> City   State   ZIP Code | **5/29/2024** | **$14,275.48** | ☐ Secured debt <br> ☐ Unsecured loan repayments <br> ☑ Suppliers or vendors <br> ☐ Services <br> ☐ Other _____ |
| **3.4.** **CPVF III Dekalb Tech LLC** <br> Creditor's name <br><br> Street <br><br> City   State   ZIP Code | **5/30/2024** <br><br> **7/1/2024** | **$38,168.69** | ☐ Secured debt <br> ☐ Unsecured loan repayments <br> ☐ Suppliers or vendors <br> ☐ Services <br> ☑ Other **Lease Payment - ATL** |
| **3.5.** **Delaware Secretary of State** <br> Creditor's name <br><br> Street <br><br> City   State   ZIP Code | **5/8/2024** <br><br> **5/8/2024** <br><br> **5/8/2024** | **$11,680.00** | ☐ Secured debt <br> ☐ Unsecured loan repayments <br> ☐ Suppliers or vendors <br> ☐ Services <br> ☑ Other **Taxes/Fees** |

3.6. **Everlast Production, Inc.**
Creditor's name

**7/12/2024**     **$10,328.44**

Street

City     State    ZIP Code

☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other _____

3.7. **Farbman Group of Chicago LLC**
Creditor's name

**6/28/2024**     **$48,361.96**

Street

City     State    ZIP Code

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other **Lease Payment - CHI**

3.8. **Fidelity**
Creditor's name

**5/10/2024**     **$226,540.39**

**5/24/2024**

Street

**6/7/2024**

**6/24/2024**

City     State    ZIP Code

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑   **401(k) payments (from**
Other **employee contribution)**

3.9. **J2M-V LLC**
Creditor's name

**5/30/2024**     **$49,645.70**

Street

City     State    ZIP Code

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other **Lease Payment - CHI**

3.10. **JCR Highlands Ranch Investors LLC**
Creditor's name

**5/30/2024**     **$83,283.34**

**7/1/2024**

Street

City     State    ZIP Code

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other **Lease Payment - DEN**

3.11. **Merchant Advocate LLC**
Creditor's name

**6/17/2024**     **$19,085.59**

Street

City     State    ZIP Code

☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other _____

Debtor     **Landmark Worldwide LLC**                                          Case number *(if known)*
                    Name

---

3.12.  **New York Department of Finance**          **6/17/2024**          **$36,513.83**          ☐ Secured debt
       Creditor's name                                                                            ☐ Unsecured loan repayments
                                                                                                  ☐ Suppliers or vendors
       Street                                            _____                                   ☐ Services
                                                                                                  ☑ Other **Taxes**
       _____                                            _____

       City              State     ZIP Code

3.13.  **Newburgh/Six Mile Limited**               **5/22/2024**          **$45,547.79**          ☐ Secured debt
       **Partnership II**                                                                         ☐ Unsecured loan repayments
       Creditor's name                               **5/30/2024**                                ☐ Suppliers or vendors
       **17800 N Laurel Park Dr Ste 200c**                                                        ☐ Services
       Street                                        **6/21/2024**                                ☑ Other **Lease Payment - DET**

                                                     **7/1/2024**
       **Livonia, MI 48152-3985**
       City              State     ZIP Code

3.14.  **Omninet Metroplex Miramar LLC**           **5/30/2024**          **$53,089.96**          ☐ Secured debt
       Creditor's name                                                                            ☐ Unsecured loan repayments
                                                     **7/1/2024**                                 ☐ Suppliers or vendors
       Street                                                                                     ☐ Services
                                                                                                  ☑ Other **Lease Payment - San Diego**
       _____                                            _____

       City              State     ZIP Code

3.15.  **Philadelphia Office 2016 LLC**            **5/22/2024**          **$77,884.90**          ☐ Secured debt
       Creditor's name                                                                            ☐ Unsecured loan repayments
       **1735 Market Street Suite 4000**             **5/30/2024**                                ☐ Suppliers or vendors
       Street                                                                                     ☐ Services
       **c/o G&E Real Estate Management**            **6/14/2024**                                ☑ Other **Lease Payment - PHL**
       **Services, Inc. d/b/a Newmark Grubb**
       **Knight Frank**                              **7/1/2024**

       **Philadelphia, PA 19103**                    **7/12/2024**
       City              State     ZIP Code

3.16.  **R&S United Services**                      **5/8/2024**          **$14,360.39**          ☐ Secured debt
       Creditor's name                                                                            ☐ Unsecured loan repayments
                                                     **5/24/2024**                                ☑ Suppliers or vendors
       Street                                                                                     ☐ Services
                                                     **6/26/2024**                                ☐ Other _____

                                                     **7/5/2024**
       _____
       City              State     ZIP Code          **7/19/2024**

3.17.  **SMG Broward County Convention**           **7/5/2024**          **$18,844.79**          ☐ Secured debt
       **Center**                                                                                 ☐ Unsecured loan repayments
       Creditor's name                               **7/18/2024**                                ☑ Suppliers or vendors
                                                                                                  ☐ Services
       Street                                                                                     ☐ Other _____

       _____
       City              State     ZIP Code

---

Debtor **Landmark Worldwide LLC**                            Case number *(if known)*_____

      Name

3.18. **ADP**_____   **5/3/2024**___    **$908,842.95**      ☐ Secured debt

     Creditor's name            **5/9/2024**___                 ☐ Unsecured loan repayments

     _____                   ☐ Suppliers or vendors

     Street                 **5/9/2024**___                ☐ Services

     _____   **5/10/2024**___                ☑ Other **Payroll, taxes, and fees**___

     City         State   ZIP Code   **5/10/2024**___

                                  **5/10/2024**___

                                  **5/20/2024**___

                                  **5/23/2024**___

                                  **5/23/2024**___

                                  **6/6/2024**___

                                  **6/6/2024**___

                                  **6/10/2024**___

                                  **6/14/2024**___

                                  **6/14/2024**___

                                  **6/14/2024**___

                                  **6/21/2024**___

                                  **6/21/2024**___

                                  **6/26/2024**___

**4.** **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or co-signed by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☑ None

| Insider's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1. _____ | _____ | _____ | _____ |
| Creditor's name | | | |
| _____ | _____ | | _____ |
| Street | | | |
| _____ | _____ | | _____ |
| City    State   ZIP Code | | | |
| **Relationship to debtor** | | | |
| _____ | | | |

Debtor   **Landmark Worldwide LLC**                                        Case number *(if known)* _____
                    Name

**5.   Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☑ None

| Creditor's name and address | Description of the property | Date | Value of property |
|---|---|---|---|
| 5.1.  _____<br>Creditor's name<br><br>_____<br>Street<br><br>_____<br>City          State     ZIP Code | _____ | _____ | _____ |

**6.   Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☑ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|
| 6.1.  _____<br>Creditor's name<br><br>_____<br>Street<br><br>_____<br>City          State     ZIP Code | XXXX– __ __ __ __ | _____ | _____ |

---

**Part 3:   Legal Actions or Assignments**

**7.   Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☑ None

| Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1.  _____<br><br>**Case number**<br><br>_____ | _____ | Name<br>_____<br>Street<br>_____<br>City          State     ZIP Code | ☐ Pending<br>☐ On appeal<br>☐ Concluded |

**8.   Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☑ None

Debtor   **Landmark Worldwide LLC**

Name                                                      Case number *(if known)*

8.1.

| Custodian's name and address | Description of the property | Value |
|---|---|---|

Custodian's name

Street

City                        State      ZIP Code

| Case title | Court name and address |
|---|---|

Name

| Case number | Street |
|---|---|

| Date of order or assignment | City                    State      ZIP Code |
|---|---|

---

**Part 4:**  Certain Gifts and Charitable Contributions

**9.**  List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000

☑ None

9.1.

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

Recipient's name

Street

City                        State      ZIP Code

**Recipient's relationship to debtor**

---

**Part 5:**  Certain Losses

**10.**  All losses from fire, theft, or other casualty within 1 year before filing this case.

☑ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss | Date of loss | Value of property lost |
|---|---|---|---|
| | If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received. | | |
| | List unpaid claims on Official Form 106A/B (*Schedule A/B: Assets – Real and Personal Property*). | | |

10.1.

---

**Part 6:**  Certain Payments or Transfers

**11.  Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None

---

Debtor   **Landmark Worldwide LLC**                              Case number *(if known)*
            Name

| 11.1. | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| | **Daniels & Tredennick PLLC** | **Legal Services for Restructuring and Bankruptcy Advice** | **7/1/2024** | **$20,750.56** |
| | **Address** | **Legal Services Bankruptcy Representation and Filing Fee** | **7/25/2024** | **$13,338.00** |
| | **6363 Woodway Dr Ste 700**<br>Street | **Legal Services for Restructuring and Bankruptcy Advice** | **7/30/2024** | **$53,827.00** |
| | **Houston, TX 77057-1713**<br>City          State     ZIP Code | | | |
| | Email or website address | | | |
| | Who made the payment, if not debtor? | | | |
| | **Landmark Worldwide Enterprises, Inc.** | | | |

## 12. Self-settled trusts of which the debtor is a beneficiary

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.

Do not include transfers already listed on this statement.

☑ None

| 12.1. | Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|---|
| | | | | |
| | Trustee | | | |
| | | | | |

## 13. Transfers not already listed on this statement

List any transfers of money or other property—by sale, trade, or any other means—made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☐ None

Debtor    **Landmark Worldwide LLC**                                    Case number *(if known)*
                Name

| 13.1. | Who received the transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| | **Landmark Worldwide New Era, LLC** | **Transfer of Assets and Liabilities During Merger** | **7/16/2024** | **($28,932,167.00)** |

| **Address** |
|---|
| **9501 Laird Rd** |
| Street |
| |
| **Round Top, TX 78954-5252** |
| City                    State    ZIP Code |

| **Relationship to debtor** |
|---|
| **Affiliate** |

---

**Part 7:**  Previous Locations

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☐ Does not apply

| Address | | Dates of occupancy |
|---|---|---|

14.1. **3980 Dekalb Technology Pkwy Bldg 7 Suite 720**
Street

**Atlanta, GA 30340-2758**
City                    State    ZIP Code

From _____ To _____

14.1. **850 S Wabash Ave Ste 400**
Street

**Chicago, IL 60605-3642**
City                    State    ZIP Code

From _____ To _____

14.1. **200 Corporate Pointe Walk #150**
Street

**Culver City, CA 90230**
City                    State    ZIP Code

From _____ To _____

14.1. **16100 N Greenway Hayden Loop Ste 108**
Street

**Scottsdale, AZ 85260-1876**
City                    State    ZIP Code

From _____ To _____

Official Form 207        **Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**        page **9**

Debtor   **Landmark Worldwide LLC**
Name                                                           Case number *(if known)* _____

14.1.   **3235 Pope Ave**                                      From _____ To _____
Street

**Sacramento, CA 95821-3555**
City                State     ZIP Code

14.1.   **7340 Miramar Rd Ste 207**                           From _____ To _____
Street

**San Diego, CA 92126-4213**
City                State     ZIP Code

14.1.   **400 N. 34th St 205**                                From _____ To _____
Street

**Seattle, WA 98103**
City                State     ZIP Code

14.1.   **4635 Southwest Fwy Ste 200**                        From _____ To _____
Street

**Houston, TX 77027-7104**
City                State     ZIP Code

14.1.   **6451 N. Federal Hwy Suite 125**                     From _____ To _____
Street

**Fort Lauderdale, FL 33308**
City                State     ZIP Code

14.1.   **7535 Ne Ambassador Pl Ste F**                       From _____ To _____
Street

**Portland, OR 97220-6807**
City                State     ZIP Code

14.1.   **75 Broadway Ste 111**                               From _____ To _____
Street

**San Francisco, CA 94111-1423**
City                State     ZIP Code

14.1.   **2355 S 1070 W**                                     From _____ To _____
Street

**W Valley City, UT 84119-1525**
City                State     ZIP Code

Debtor **Landmark Worldwide LLC**                                      Case number *(if known)* _____
Name

14.1. **6295 Edsall Rd Ste 203**
Street                                              From _____ To _____

**Alexandria, VA 22312-2670**
City              State    ZIP Code

14.1. **3501 W Sunflower Ave Ste 100**
Street                                              From _____ To _____

**Santa Ana, CA 92704-6918**
City              State    ZIP Code

14.1. **2924 Emerson St Ste 200**
Street                                              From _____ To _____

**San Diego, CA 92106-2757**
City              State    ZIP Code

---

**Part 8:**  Health Care Bankruptcies

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:
—diagnosing or treating injury, deformity, or disease, or
—providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No. Go to Part 9.

☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| 15.1. _____ Facility name | _____ | _____ |
| _____ Street | Location where patient records are maintained (if different from facility address). If electronic, identify any service provider. | How are records kept? |
| _____ City        State    ZIP Code | _____ | *Check all that apply:* ☐ Electronically ☐ Paper |

---

**Part 9:**  Personally Identifiable Information

**16. Does the debtor collect and retain personally identifiable information of customers?**

☐ No.

☑ Yes.                                    **General Customer Information (currently maintained**
State the nature of the information collected and retained. **by Landmark Worldwide New Era LLC)**

Does the debtor have a privacy policy about that information?

☑ No
☐ Yes

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b) or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☑ No. Go to Part 10.

---

Official Form 207          **Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**          page **11**

Debtor  **Landmark Worldwide LLC**                                    Case number *(if known)* _____

Name

☐ Yes. Does the debtor serve as plan administrator?

☐ No. Go to Part 10.

☐ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| | EIN: _ _ – _ _ _ _ _ _ _ |

Has the plan been terminated?

☐ No

☐ Yes

---

**Part 10:**  Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

**18.  Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☑ None

| Financial institution name and address | Last 4 digits of account number | Type of account | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| 18.1 _____<br>Name<br><br>_____<br>Street<br><br>_____<br><br>_____<br>City          State   ZIP Code | XXXX– _ _ _ _ | ☐ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other<br>_____ | _____ | _____ |

**19.  Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

| Depository institution name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| 19.1 _____<br>Name<br><br>_____<br>Street<br><br>_____<br>City          State   ZIP Code | _____<br><br>_____<br><br>**Address**<br>_____<br><br>_____ | _____<br><br>_____<br><br>_____<br><br>_____ | ☐ No<br><br>☐ Yes |

**20.  Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☑ None

---

Debtor  **Landmark Worldwide LLC**
_____   Case number *(if known)* _____
Name

20.1

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| | | | ☐ No |
| Name | | | ☐ Yes |
| Street | | | |
| | **Address** | | |
| City          State     ZIP Code | | | |

---

| **Part 11:** | Property the Debtor Holds or Controls That the Debtor Does Not Own |
|---|---|

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☑ None

| Owner's name and address | Location of the property | Description of the property | Value |
|---|---|---|---|
| | | | |
| Name | | | |
| Street | | | |
| City          State     ZIP Code | | | |

---

| **Part 12:** | Details About Environmental Information |
|---|---|

For the purpose of Part 12, the following definitions apply:

■ *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

■ *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

■ *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

☑ No

☐ Yes. Provide details below.

| Case title | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
| | | | ☐ Pending |
| **Case number** | Name | | ☐ On appeal |
| | Street | | ☐ Concluded |
| | City          State     ZIP Code | | |

---

Debtor   **Landmark Worldwide LLC**                                    Case number *(if known)* _____
_____
Name

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☑ No

☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| | | | |
| Name | Name | | |
| Street | Street | | |
| City          State   ZIP Code | City                State   ZIP Code | | |

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

☑ No

☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| | | | |
| Name | Name | | |
| Street | Street | | |
| City          State   ZIP Code | City                State   ZIP Code | | |

## Part 13:   Details About the Debtor's Business or Connections to Any Business

**25. Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☑ None

| Business name and address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|
| 25.1. | | EIN: __ __ – __ __ __ __ __ __ __ |
| Name | | **Dates business existed** |
| Street | | From _____ To _____ |
| City          State   ZIP Code | | |

**26. Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

---

Official Form 207          **Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**          page **14**

Debtor    **Landmark Worldwide LLC**
          Name

Case number *(if known)*

| Name and address | Dates of service |
|---|---|
| 26a.1. **Mario Cruz** <br> Name <br><br> Street <br><br> City          State          ZIP Code | From _____  To _____ |

26b.  List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☑ None

| Name and address | Dates of service |
|---|---|
| 26b.1. <br> Name <br><br> Street <br><br> City          State          ZIP Code | From _____  To _____ |

26c.  List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☑ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1. <br> Name <br><br> Street <br><br> City          State          ZIP Code | |

26d.  List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☑ None

| Name and address |
|---|
| 26d.1. <br> Name <br><br> Street <br><br> City          State          ZIP Code |

**27.  Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☑ No

☐ Yes. Give the details about the two most recent inventories.

Debtor    **Landmark Worldwide LLC**                                           Case number *(if known)*
          Name

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| | | |

| Name and address of the person who has possession of inventory records |
|---|

27.1. _____

Name

_____

Street

_____

_____

City                              State              ZIP Code

**28.** List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Steve Allan | 710 Buffalo St Ste 802 Corp Christi, TX 78401-1902 | Manager, | 0.00% |
| Joan Rosenberg | 710 Buffalo St Ste 802 Corp Christi, TX 78401-1902 | Manager, | 0.00% |
| Michael Leavitt | 710 Buffalo St Ste 802 Corp Christi, TX 78401-1902 | Manager, | 0.00% |
| Landmark Worldwide Enterprises Inc. | | , Shareholder | 100.00% |

**29.** Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

☑ No
☐ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| | | , | From _____ |
| | | | To _____ |

**30.** Payments, distributions, or withdrawals credited or given to insiders

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
☑ Yes. Identify below.

Debtor   Landmark Worldwide LLC
         Name                                                          Case number *(if known)*

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.1. **Steve Allan**<br>Name | **$328,707.00** | **8/23 through 7/24** | **Gross Salary** |
| Street | | | |
| City                State        ZIP Code | | | |
| Relationship to debtor | | | |
| **Manager** | | | |

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.2. **Joan Rosenberg**<br>Name | **$321,003.00** | **8/23 through 7/24** | **Gross Salary** |
| Street | | | |
| City                State        ZIP Code | | | |
| Relationship to debtor | | | |
| **Member** | | | |

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.3. **Michael Leavitt**<br>Name | **$312,301.00** | **8/23 through 7/24** | **Gross Salary** |
| Street | | | |
| City                State        ZIP Code | | | |
| Relationship to debtor | | | |
| **Member** | | | |

**31.** Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?

☐ No
☑ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| **Landmark Worldwide Enterprises, Inc.** | EIN: **2 7 – 0 0 3 3 0 3 5** |

**32.** Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?

☑ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|
| | EIN: __ __ – __ __ __ __ __ __ __ |

Debtor   **Landmark Worldwide LLC**

Name                                                    Case number *(if known)* _____

| Part 14: | Signature and Declaration |

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **07/31/2024**
             MM/ DD/ YYYY

**X** **/s/ Steve Allan** _____          Printed name _____ **Steve Allan** _____
  Signature of individual signing on behalf of the debtor

  Position or relationship to debtor   **Manager** _____

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**

☑ No
☐ Yes

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Southern District of Texas

**In re**    Landmark Worldwide LLC

Case No. _____

**Debtor**

Chapter _____ 7 _____

### DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1.    Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

For legal services, I have agreed to accept ............................................................................    **$87,915.56**

Prior to the filing of this statement I have received ...............................................................    **$0.00**

Balance Due ...........................................................................................................................    **$87,915.56**

2.    The source of the compensation paid to me was:

☐ Debtor            ☑ Other (specify)    **Landmark Worldwide Enterprises, Inc.**

3.    The source of compensation to be paid to me is:

☐ Debtor            ☑ Other (specify)    **Landmark Worldwide Enterprises, Inc.**

4.    ☑   I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

☐   I have agreed to share the above-disclosed compensation with a other person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5.    In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

a.    Analysis of the debtor' s financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

b.    Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;

c.    Representation of the debtor at the meeting of creditors and any continuation thereof

6.    By agreement with the debtor(s), the above-disclosed fee does not include the following services:

Representation of Debtor in connection with lien avoidance actions, relief from stay actions, motions to transfer venue, motions to dismiss, or any other matters whether they are contested matters or adversary proceedings

B2030 (Form 2030) (12/15)

---

**CERTIFICATION**

    I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| | |
|---|---|
| **07/31/2024** | **/s/ Max Beatty** |
| *Date* | Max Beatty |
| | *Signature of Attorney* |

Bar Number: 24051740
Daniels & Tredennick PLLC
6363 Woodway Dr Ste 700
Houston, TX 77057-1713
Phone: (713) 800-3682

**Daniels & Tredennick PLLC**
*Name of law firm*

---

**IN THE UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**CORPUS CHRISTI DIVISION**

IN RE: **Landmark Worldwide LLC**                    CASE NO

                                                     CHAPTER **7**


**VERIFICATION OF CREDITOR MATRIX**


The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.


Date ____**07/31/2024**____      Signature _____**/s/ Steve Allan**_____

                                                     Steve Allan, Manager

33/34 West Owner LLC

c/o Brookfield Properties
250 Vesey St # 12
New York, NY 10281-1052


33/34 West Owner LLC

c/o Corporation Service Company
251 Little Falls Dr
Wilmington, DE 19808-1674


40 Cragwood Road Property
LLC

c/o Normandy Real Estate Partners LLC
Attn: General Counsel
53 Maple Avenue
Morristown, NJ 07960


40 Cragwood Road Property
LLC
1 W 34th St
New York, NY 10001-3011


40 Cragwood Road Property
LLC
c/o National Registered Agents, Inc.
1209 Orange Street
Wilmington, DE 19801


Comerica Bank

International Trade Service
2321 Rosecrans Ave Fl 5
El Segundo, CA 90245-7902


Comerica Bank
1717 Main St
Dallas, TX 75201-4612


Comerica Bank

International Trade Services
2321 Rosecrans Ave. 5th Fl.
El Segundo, CA 90245

LNR Partners, Inc.
attn: Director of Real Estate
1601 Washington Ave Suite 700
Miami Beach, FL 33139


McKinley Freeway Center II,
Inc.
1900 Main Street Suite 375
Irvine, CA 92614


McKinley Freeway Center II,
Inc.
3121 Michelson Dr. Suite 500
Irvine, CA 92612


McKinley Freeway Center II,
Inc.
c/o VCORP Agent Services, Inc.
25 Robert Pitt Drive
Monsey, NY 10952

McKinley Freeway Center II,
Inc.
6892 S Yosemite Ct Ste 2-105
Centennial, CO 80112-1464


Newburgh/Six Mile Limited
Partnership II
17800 N Laurel Park Dr Ste 200c
Livonia, MI 48152-3985


NEWBURGH/SIX MILE
LIMITED PARTNERSHIP II
c/o David W. Schostak
17800 N Laurel Park Dr Ste 200
Livonia, MI 48152-3985

Pacific Oak SOR 353
Sacramento Street LLC
c/o Pacific Oak Capital Advisors, LLC
Attn: Michael Potter, SVP
3200 Park Center Drive Suite 800
Costa Mesa, CA 92626

Pacific Oak SOR 353
Sacramento Street, LLC
c/o Jones Lang LaSalle
Attn: Property Manager
353 Sacramento Street Suite 360
San Francisco, CA 94111

PACIFIC OAK SOR 353
SACRAMENTO STREET, LLC
c/o Registered Agent Solutions, Inc.
838 Walker Rd Ste 21-2
Dover, DE 19904-2751

Philadelphia Office 2016 LLC
c/o G&E Real Estate Management
Services, Inc.
d/b/a Newmark Grubb Knight Frank
1735 Market Street Suite 4000
Philadelphia, PA 19103

Philadelphia Office 2016 LLC
675 3rd Ave Suite 2120
New York, NY 10017

Philadelphia Office 2016 LLC
c/o Registered Agents Inc.
502 W 7th St Ste 100
Erie, PA 16502-1333

Philadelphia Office 2016 LLC
c/o Cohen Equities
Attn: Jane Luger, United States
675 Third Ave Ste 2120
New York, NY 10017

```
Fill in this information to identify the case:

Debtor name        Landmark Worldwide LLC

United States Bankruptcy Court for the:
                   Southern District of Texas

Case number (if known):
```

☐ Check if this is an
amended filing

## Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors                12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### ■ Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct.

☑   *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☑   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☑   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☑   *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☑   *Schedule H: Codebtors* (Official Form 206H)

☑   *A Summary of Assets and Liabilities for Non-Individuals* (Official Form 206A-Summary)

☐   *Amended Schedule*

☐   *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐   *Other document that requires a declaration*

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    07/31/2024                    **X** /s/ Steve Allan
               MM/  DD/  YYYY                    Signature of individual signing on behalf of debtor

                                               **Steve Allan**
                                               Printed name

                                               **Manager**
                                               Position or relationship to debtor