UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| IN RE: | § § | |
| LANDMARK WORLDWIDE LLC, | § § § | CASE NO. 24-20211-MI |
| Debtor. | § § § | Chapter 7 |

### RESIGNATION OF TRUSTEE

I, Catherine Stone Curtis, hereby resign as Chapter 7 Trustee of the above-entitled case. As Trustee, I received $95,659.41 and made no distributions to creditors in this case. Attached is the copy of the balance on hand as reported on Form 2. Within seven (7) days of being notified of the appointment of a successor trustee in this case, I will turn over the balance of funds on hand, and all financial records for this estate to the successor trustee.

Respectfully submitted,

Date: August 22, 2024

*/S/CATHERINE STONE CURTIS*
Catherine Stone Curtis
TBN: 24074100
Federal ID No.: 1129434
MCGINNIS LOCHRIDGE LLP
P.O. Box 720788
McAllen, TX 78504
Ph: (956) 489-5958
Fax: (956) 331-2304
Email: ccurtis@mcginnislaw.com
*Chapter 7 Trustee*

## **CERTIFICATE OF REVIEW**

The United States Trustee has reviewed and approved the foregoing report for compliance with Title 11.

Dated: August 22, 2024                                          By: _____
                                                                                        Aubrey L. Thomas
                                                                                        Assistant to U.S. Trustee

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 24-20211-MI | | Trustee Name: | Catherine S. Curtis |
|---|---|---|---|---|
| Case Name: | LANDMARK WORLDWIDE LLC | | Bank Name: | Veritex Community Bank |
| Primary Taxpayer ID #: | **-***0936 | | Checking Acct #: | ******1101 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | |
| For Period Beginning: | 7/31/2024 | | Blanket bond (per case limit): | $63,850,000.00 |
| For Period Ending: | 8/21/2024 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 08/21/2024 | | Wells Fargo Bank, N.A. | turnover of wells fargo account funds dkt. 1 | 1129-000 | $95,659.41 | | $95,659.41 |
| | | | TOTALS: | | $95,659.41 | $0.00 | $95,659.41 |
| | | | Less: Bank transfers/CDs | | $0.00 | $0.00 | |
| | | | Subtotal | | $95,659.41 | $0.00 | |
| | | | Less: Payments to debtors | | $0.00 | $0.00 | |
| | | | Net | | $95,659.41 | $0.00 | |

For the period of  7/31/2024 to 8/21/2024

| | |
|---|---|
| Total Compensable Receipts: | $95,659.41 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $95,659.41 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $0.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

For the entire history of the account between 07/31/2024 to 8/21/2024

| | |
|---|---|
| Total Compensable Receipts: | $95,659.41 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $95,659.41 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $0.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

Page No: 2

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | | |
|---|---|---|
| **Case No.** | 24-20211-MI | **Trustee Name:** Catherine S. Curtis |
| **Case Name:** | LANDMARK WORLDWIDE LLC | **Bank Name:** Veritex Community Bank |
| **Primary Taxpayer ID #:** | **-***0936 | **Checking Acct #:** ******1101 |
| **Co-Debtor Taxpayer ID #:** | | **Account Title:** |
| **For Period Beginning:** | 7/31/2024 | **Blanket bond (per case limit):** $63,850,000.00 |
| **For Period Ending:** | 8/21/2024 | **Separate bond (if applicable):** |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| | TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|---|
| | | $95,659.41 | $0.00 | $95,659.41 |

| For the period of 7/31/2024 to 8/21/2024 | | For the entire history of the case between 07/31/2024 to 8/21/2024 | |
|---|---|---|---|
| Total Compensable Receipts: | $95,659.41 | Total Compensable Receipts: | $95,659.41 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $95,659.41 | Total Comp/Non Comp Receipts: | $95,659.41 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $0.00 | Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $0.00 | Total Comp/Non Comp Disbursements: | $0.00 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

/s/ CATHERINE S. CURTIS

CATHERINE S. CURTIS