IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | ) | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| LANDMARK WORDLWIDE, LLC, | ) | |
| | ) | Case No. 24-24-20211 |
| Debtor. | ) | |
| | ) | |

**LANDMARK WORLDWIDE NEW ERA, LLC'S COMBINED MOTION TO SEAL AND FILE AMENDED EXHIBIT ECF NO. 39-6**

Landmark Worldwide New Era, LLC ("New Era") files this Combined Motion To Seal And File Amended Exhibit ECF No. 39-6 (the "Motion").

**Relief Requested**

1. New Era seeks entry of an order sealing the document reflected as ECF No. 39-6, on the docket and allowing the filing of an amended exhibit with the necessary redactions. A proposed form of order is attached hereto.

**Background**

2. On September 17, 2024, New Era filed and served its Emergency Motion Under Bankruptcy Code § 362(f) For Relief From Automatic Stay to Trustee's Assertion That Certain Comerica Accounts are Property of the Estate [ECF No. 34] (the "Stay Relief Moton"). The Stay Relief Motion sought relief from the automatic stay asserted by Christopher R. Murray (the "Trustee"), the duly appointed chapter 7 trustee for Landmark Worldwide LLC (the "Debtor") over certain bank accounts at Comerica Bank (the "Assigned Accounts").

3. New Era inadvertently filed the Comerica Bank Statements ("Statements") containing account numbers without redacting from the filed documents all but the last four digits.

4.      New Era only became aware of the inadvertent disclosure of the Statements after it had uploaded the exhibits for public display.  The Statements were attached as ECF No. 39-6.

## Basis for Relief

5.      Section 105(a) of the Bankruptcy Code codifies the inherent equitable powers of the bankruptcy court and empowers the bankruptcy court to "issue any order, process, or judgment that is necessary or appropriate to carry out the provisions of this title." Rule 26(b)(5)(B) applies to proceedings in the bankruptcy court pursuant to 28 U.S.C. § 2075, Bankruptcy Rule 9014(c); and Bankruptcy Rule 7026. The court also has the general inherent power to manage its docket.

6.      Pursuant to 11 U.S.C. § 107(b)(1) the court may, at the request of the interested party, grant protection to an entity with respect to "commercial information" contained in filings related to this case. This provision authorizes the court to safeguard sensitive information in bankruptcy proceedings from public disclosure.

7.      The sealing of original Exhibit 39-6 is necessary and appropriate to carry out the provisions of the Bankruptcy Code. The Federal Rules of Bankruptcy Procedure govern the practice and procedures in cases under the Bankruptcy Code. 28 U.S.C. § 2075. The Bankruptcy Rules incorporate Rule 9037 of the Federal Rules of Civil Procedure. And Rule 9037(a)(4) of the Federal Rules of Civil Procedure requires that personal identifiers be redacted in all documents filed with the court. Specifically, only the last four digits of financial account numbers should be disclosed. Exhibit 39-6 and Amended 39-6 fits within the scope of "sensitive information" under Rule 9037(h)(1), which protects sensitive information, including *financial account details*, from public disclosure, placing the responsibility on New Era to redact previously filed ECF No. 39-6, containing full bank account numbers, by submitting this Motion along with the proposed redacted

document attached hereto. Furthermore, under Rule 9037(h)(2), the court is mandated to promptly restrict public access to both this Motion and ECF No. 39-6 pending its ruling on the matter.

## Conclusion

8. Based on the foregoing, New Era respectfully requests the entry of an order sealing ECF No. 39-6 and permitting the filing of a redacted version to protect sensitive information in accordance with Bankruptcy Rule 9037.

Dated: September 27, 2024

Respectfully submitted,

SHANNON & LEE LLP

*/s/Kyung S. Lee*
Kyung S. Lee (TBA No. 12128400)
R. J. Shannon (TBA No. 24108062)
2100 Travis Street, STE 1525
Houston, TX 77002
Telephone: (713) 714-5770
Email: klee@shannonleellp.com
          rshannon@shannonleellp.com

*Bankruptcy Counsel to Landmark Worldwide New Era, LLC, et. al.*

## **CERTIFICATE OF SERVICE**

  I hereby certify that on September 27, 2024, the forgoing document was served through the Court's CM/ECF System on all parties registered to receive such service.

               */s/Kyung S. Lee*
               Kyung S. Lee

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| In re: | ) ) | Chapter 7 |
| LANDMARK WORLDWIDE, LLC, | ) ) ) | Case No. 24-24-20211 |
| Debtor. | ) ) | |

**ORDER GRANTING LANDMARK WORLDWIDE NEW ERA, LLC'S COMBINED MOTION TO SEAL AND FILE AMENDED EXHIBIT ECF NO. 39-6**

Before the Court is Landmark Worldwide New Era, LLC's Combined Motion to Seal and Filed Amended Exhibit ECF No. 39-6 (the "Motion"). Having considered the Motion, the Court has determined that the Motion should be GRANTED.

IT IS THEREFORE ORDERED that the Clerk of the Court will seal document filed at ECF No. 39-6.

IT IS THEREFORE ORDERED that New Era shall upload a redacted ECF No. 39-6 which version shall have removed sensitive confidential information.

Dated: _____, 2024.

                                                                                                      UNITED STATES BANKRUPTCY JUDGE

Proposed Order Submitted By:

*/s/Kyung S. Lee*
Kyung S. Lee (TBA No. 12128400)
*Shannon & Lee LLP*
2100 Travis Street, STE 1525
Houston, Texas 77002
Telephone: (713) 301-4751
Email: klee@shannonleellp.com

*Bankruptcy Counsel to Landmark Worldwide New Era, LLC, et. al.*