80931

Landmark Worldwide LLC
LC CASH COLLATERAL
353 SACRAMENTO ST STE 200
SAN FRANCISCO CA 94111

*Business Money Market Account*
**statement**

**July 1, 2024** to **July 31, 2024**
**Account number** ████ 5630

# Account summary

**Beginning balance**
**on July 1, 2024**                                    $303,258.70

Plus deposits

Interest                                                      $128.43

**Ending balance**
**on July 31, 2024**                                  $303,387.13

**Interest rates on July 31, 2024**
Interest rates we paid at the end of this statement period:
- on balances of $1.00 to $4,999.00: 0.50%
- on balances of $5,000.00 to $14,999.00: 0.50%
- on balances of $15,000.00 to $24,999.00: 0.50%
- on balances of $25,000.00 to $49,999.00: 0.50%
- on balances of $50,000.00 to $99,999.00: 0.50%
- on balances of $100,000.00 to $499,999.00: 0.50%
- on balances of $500,000.00 to $999,999.00: 1.00%
- on balances of $1,000,000.00 or more: 1.00%

**Summary of interest you've earned**
- Interest paid to you this statement period: $128.43
- Total interest paid to you this year: $881.34

**To contact us**

**Call**
(800) 522-2265
**Visit our web site**
www.comerica.com

**Write to us**
COMERICA BANK
1 EMBARCADERO CTR - STREET LEVEL
SAN FRANCISCO, CA 94111-3600-4331

**Important information**

The Account Balance Fee for this statement
period for this account is $0.00/$1,000.

Thank you

***Business Money Market Account*** statement
**July 1, 2024 to July 31, 2024**

# *Business Money Market Account* account details: ████ 5630

## Other deposits this statement period

| | | | Reference numbers | |
|---|---|---|---|---|
| Date | Amount ($) | Activity | Customer | Bank |
| Jul31 | 128.43 | Interest | | I-GEN12204 |

**Total Other Deposits: $128.43**
**Total Number of Other Deposits: 1**

## 💲 Lowest daily balance

Your lowest daily balance this statement period was **$303,258.70**
on **July 1, 2024**.

**Business Money Market Account statement**
**July 1, 2024 to July 31, 2024**

# Business Money Market Account: ▮▮▮ 5630

### PLEASE EXAMINE THIS STATEMENT PROMPTLY
#### Reporting Errors and Unauthorized Transactions

**Personal Accounts:** *Electronic Funds Transfers:* In Case of Errors (including unauthorized electronic transactions) or Questions About Your Electronic Transfers: Call us at the telephone number printed on the first page of this statement or write us at the address printed on the first page of this statement as soon as you can, if you think this statement or your receipt is wrong or if you need more information about a transfer on the statement or receipt. For pre-authorized transfers (e.g., insurance payments, etc.), call us at the telephone number printed on the first page or write us at Comerica Bank – Electronic Services Department, Attn: Research, P.O. Box 75000, Detroit, Michigan 48275-7570. For Comerica ATM Card or Comerica Check Card transactions, call us at the telephone number printed on the first page or write us at Comerica Bank – Electronic Processing, P.O. Box 75000, Detroit, Michigan 48275-7584. We must hear from you no later than 60 days after we sent you the FIRST statement on which the Error or problem appeared.

When reporting the Error: (1) tell us your name and account number (if any); (2) describe the Error (an Error includes an unauthorized electronic funds transfer) or the electronic transfer you are unsure about, and explain as clearly as you can why you believe it is an Error or why you need more information; and (3) tell us the dollar amount of the suspected Error or the transaction you question.

If you tell us orally, we may require that you send us your complaint or question in writing within 10 business days. If you fail to do so, and your account is a personal account, we are not obligated to give you provisional credit for the amount of your claim while we investigate your claim. We will investigate your complaint and will correct any error promptly.  If we take more than 10 business days to do this, we will credit your account for the amount you think is in error so that you will have the use of the money during the time it takes us to complete our investigation.

*Comerica Debit Card Transactions:* Notwithstanding the above information, if your account was debited for a transaction resulting from the use of your Comerica Debit Card or Debit Card number, you may have additional rights and protections. See the Comerica Business and Personal Deposit Account Contract for specific information.

*Checks and Other Non-Electronic Funds Transfer Transactions:* If you need a copy of a check or additional information about a transaction, you can call us at the telephone number on the first page of this statement. State law and the terms of the Business and Personal Deposit Contract govern your liability and the Bank's for fraudulent checks and non electronic funds transfer transactions. The best way to limit your possible loss is to report any unauthorized activity involving your account as soon as possible but always within 30 days of when we sent the statement to you or otherwise made the information available to you. See the Comerica Business and Personal Deposit Contract for further details.

**Business Accounts:** *Electronic Transactions:* If you think this statement shows an Error (an Error includes an unauthorized electronic transaction) or an ATM receipt you received is wrong or if you need more information about an electronic transaction listed on the statement, call or write us as soon as possible at the telephone number or address printed on the first page but always within 30 days of when we first made the information available to you regarding the transaction. For pre-authorized transfers (e.g., insurance payment, etc.), call us at the telephone number printed on the first page or write us at Comerica Bank – Electronic Services Department, Attn:  Research, P.O. Box 75000, Detroit, Michigan 48275-7570. For Comerica ATM Card or Comerica Business Check Card transactions, call us at the telephone number printed on the first page or write us at Comerica Bank – Electronic Processing, P.O. Box 75000, Detroit, Michigan 48275-7584. For all claims related to an electronic transaction, we must hear from you no later than 30 days after we first made the information available to you regarding the transaction otherwise you may waive your right to recover for the loss you incurred. Call or write us as soon as possible at the telephone number or address printed on the first page and (1) tell us your name and account number; (2) describe the Error or transaction you are unsure about, and explain as clearly as you can why you believe it is an Error or why you need more information; and (3) tell us the dollar amount of the suspected Error. We reserve the right to require that you complete an affidavit regarding claims of unauthorized transactions. If we timely receive your claim, we will investigate your claim and correct any Errors within the time frame required by law. If the claim is for an unauthorized electronic transaction and we find your claim genuine, we will process your claim in accordance with ACH rules or other applicable electronic clearinghouse rules. To the extent we recover we will refund to you the recovery. If an electronic transaction, including wire transfer was conducted in accordance with the terms of an electronic service you agreed to obtain from us, the terms of that agreement will govern whether the transaction in question is authorized or not.

*Comerica Business Check Card Transactions:* If your account was debited for a transaction resulting from the use of your Comerica Business Check Card or Check Card number (does not apply to ATM Cards or Comerica Check Cards that are not activated) or if your claim is related to an electronic debit transaction resulting from the use of your Comerica Check Card or Check Card number, you may have rights and protections in addition to those described above. See the Comerica Business and Personal Deposit Account Contract for specific information.

*Checks and Other Non-Electronic Transactions:* If you need a copy of a check or additional information about a non-electronic transaction, you can call us at the telephone number on the first page of this statement. State law and the terms of the Business and Personal Deposit Contract govern your liability and the Bank's for fraudulent checks and non electronic transactions. The best way to limit your possible loss is to report any unauthorized activity involving your account as soon as possible but always within 30 days of when we sent the statement to you or otherwise made the information available to you.  See the Business and Personal Deposit Contract for further details. You should keep this statement for your records.

**Balancing Your Account:** For assistance on how to balance your account, please call us at the phone number listed on your account statement or visit your local Comerica banking center.

80931

Il.ll..l.l..l.ll..ll..ll.ll.ll
LANDMARK WORLDWIDE LLC
LC CASH COLLATERAL
353 SACRAMENTO ST STE 200
SAN FRANCISCO CA 94111

## Business Money Market Account statement

**July 1, 2024** to **July 31, 2024**
**Account number** ████ 8404

# Account summary

**Beginning balance**
**on July 1, 2024**      **$1,538,980.98**

Plus deposits

Interest      $1,303.50

**Ending balance**
**on July 31, 2024**      **$1,540,284.48**

**Interest rates on July 31, 2024**
Interest rates we paid at the end of this statement period:

- on balances of $1.00 to $4,999.00: 0.50%
- on balances of $5,000.00 to $14,999.00: 0.50%
- on balances of $15,000.00 to $24,999.00: 0.50%
- on balances of $25,000.00 to $49,999.00: 0.50%
- on balances of $50,000.00 to $99,999.00: 0.50%
- on balances of $100,000.00 to $499,999.00: 0.50%
- on balances of $500,000.00 to $999,999.00: 1.00%
- on balances of $1,000,000.00 or more: 1.00%

**Summary of interest you've earned**

- Interest paid to you this statement period: $1,303.50
- Total interest paid to you this year: $8,934.21

**To contact us** To contact us

**Call**
(800) 522-2265
**Visit our web site**
www.comerica.com

**Write to us**
COMERICA BANK
1 EMBARCADERO CTR - STREET LEVEL
SAN FRANCISCO, CA 94111-3600-4331

**Important information** Important information

The Account Balance Fee for this statement period for this account is $0.00/$1,000.

**Thank you** Thank you

***Business Money Market Account** statement*
**July 1, 2024 to July 31, 2024**

# ***Business Money Market Account** account details:* ████ 8404

## Other deposits this statement period

| | | | Reference numbers | |
|---|---|---|---|---|
| Date | Amount ($) | Activity | Customer | Bank |
| Jul31 | 1,303.50 | Interest | | I-GEN12396 |

**Total Other Deposits: $1,303.50**
**Total Number of Other Deposits: 1**

## 💲 Lowest daily balance

Your lowest daily balance this statement period was **$1,538,980.98** on **July 1, 2024**.

**Business Money Market Account statement**
**July 1, 2024 to July 31, 2024**

# Business Money Market Account: ██████ 8404

**PLEASE EXAMINE THIS STATEMENT PROMPTLY**
**Reporting Errors and Unauthorized Transactions**

**Personal Accounts:** *Electronic Funds Transfers:* In Case of Errors (including unauthorized electronic transactions) or Questions About Your Electronic Transfers: Call us at the telephone number printed on the first page of this statement or write us at the address printed on the first page of this statement as soon as you can, if you think this statement or your receipt is wrong or if you need more information about a transfer on the statement or receipt. For pre-authorized transfers (e.g., insurance payments, etc.), call us at the telephone number printed on the first page or write us at Comerica Bank – Electronic Services Department, Attn: Research, P.O. Box 75000, Detroit, Michigan 48275-7570. For Comerica ATM Card or Comerica Check Card transactions, call us at the telephone number printed on the first page or write us at Comerica Bank – Electronic Processing, P.O. Box 75000, Detroit, Michigan 48275-7584. We must hear from you no later than 60 days after we sent you the FIRST statement on which the Error or problem appeared.

When reporting the Error: (1) tell us your name and account number (if any); (2) describe the Error (an Error includes an unauthorized electronic funds transfer) or the electronic transfer you are unsure about, and explain as clearly as you can why you believe it is an Error or why you need more information; and (3) tell us the dollar amount of the suspected Error or the transaction you question.

If you tell us orally, we may require that you send us your complaint or question in writing within 10 business days. If you fail to do so, and your account is a personal account, we are not obligated to give you provisional credit for the amount of your claim while we investigate your claim. We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error so that you will have the use of the money during the time it takes us to complete our investigation.

*Comerica Debit Card Transactions:* Notwithstanding the above information, if your account was debited for a transaction resulting from the use of your Comerica Debit Card or Debit Card number, you may have additional rights and protections. See the Comerica Business and Personal Deposit Account Contract for specific information.

*Checks and Other Non-Electronic Funds Transfer Transactions*: If you need a copy of a check or additional information about a transaction, you can call us at the telephone number on the first page of this statement. State law and the terms of the Business and Personal Deposit Contract govern your liability and the Bank's for fraudulent checks and non electronic funds transfer transactions. The best way to limit your possible loss is to report any unauthorized activity involving your account as soon as possible but always within 30 days of when we sent the statement to you or otherwise made the information available to you. See the Comerica Business and Personal Deposit Contract for further details.

**Business Accounts:** *Electronic Transactions*: If you think this statement shows an Error (an Error includes an unauthorized electronic transaction) or an ATM receipt you received is wrong or if you need more information about an electronic transaction listed on the statement, call or write us as soon as possible at the telephone number or address printed on the first page but always within 30 days of when we first made the information available to you regarding the transaction. For pre-authorized transfers (e.g., insurance payment, etc.), call us at the telephone number printed on the first page or write us at Comerica Bank – Electronic Services Department, Attn: Research, P.O. Box 75000, Detroit, Michigan 48275-7570. For Comerica ATM Card or Comerica Business Check Card transactions, call us at the telephone number printed on the first page or write us at Comerica Bank – Electronic Processing, P.O. Box 75000, Detroit, Michigan 48275-7584. For all claims related to an electronic transaction, we must hear from you no later than 30 days after we first made the information available to you regarding the transaction otherwise you may waive your right to recover for the loss you incurred. Call or write us as soon as possible at the telephone number or address printed on the first page and (1) tell us your name and account number; (2) describe the Error or transaction you are unsure about, and explain as clearly as you can why you believe it is an Error or why you need more information; and (3) tell us the dollar amount of the suspected Error. We reserve the right to require that you complete an affidavit regarding claims of unauthorized transactions. If we timely receive your claim, we will investigate your claim and correct any Errors within the time frame required by law. If the claim is for an unauthorized electronic transaction and we find your claim genuine, we will process your claim in accordance with ACH rules or other applicable electronic clearinghouse rules. To the extent we recover we will refund to you the recovery. If an electronic transaction, including wire transfer was conducted in accordance with the terms of an electronic service you agreed to obtain from us, the terms of that agreement will govern whether the transaction in question is authorized or not.

*Comerica Business Check Card Transactions:* If your account was debited for a transaction resulting from the use of your Comerica Business Check Card or Check Card number (does not apply to ATM Cards or Comerica Check Cards that are not activated) or if your claim is related to an electronic debit transaction resulting from the use of your Comerica Check Card or Check Card number, you may have rights and protections in addition to those described above. See the Comerica Business and Personal Deposit Account Contract for specific information.

*Checks and Other Non-Electronic Transactions*: If you need a copy of a check or additional information about a non-electronic transaction, you can call us at the telephone number on the first page of this statement. State law and the terms of the Business and Personal Deposit Contract govern your liability and the Bank's for fraudulent checks and non electronic transactions. The best way to limit your possible loss is to report any unauthorized activity involving your account as soon as possible but always within 30 days of when we sent the statement to you or otherwise made the information available to you. See the Business and Personal Deposit Contract for further details. You should keep this statement for your records.

**Balancing Your Account:** For assistance on how to balance your account, please call us at the phone number listed on your account statement or visit your local Comerica banking center.

80931

LANDMARK WORLDWIDE LLC
LC CASH COLLATERAL
353 SACRAMENTO ST STE 200
SAN FRANCISCO CA 94111

*Business Money Market Account*
**statement**

**August 1, 2024** to **August 31, 2024**
**Account number** ████ 5630

# Account summary

**Beginning balance
on August 1, 2024**      **$303,387.13**

Plus deposits

Interest      $128.49

**Ending balance
on August 31, 2024**      **$303,515.62**

**Interest rates on August 31, 2024**
Interest rates we paid at the end of this statement period:

- on balances of $1.00 to $4,999.00: 0.50%
- on balances of $5,000.00 to $14,999.00: 0.50%
- on balances of $15,000.00 to $24,999.00: 0.50%
- on balances of $25,000.00 to $49,999.00: 0.50%
- on balances of $50,000.00 to $99,999.00: 0.50%
- on balances of $100,000.00 to $499,999.00: 0.50%
- on balances of $500,000.00 to $999,999.00: 1.00%
- on balances of $1,000,000.00 or more: 1.00%

**Summary of interest you've earned**

- Interest paid to you this statement period: $128.49
- Total interest paid to you this year: $1,009.83

**To contact us**

**Call**
(800) 522-2265
**Visit our web site**
www.comerica.com

**Write to us**
COMERICA BANK
1 EMBARCADERO CTR - STREET LEVEL
SAN FRANCISCO, CA 94111-3600-4331

**Important information**

The Account Balance Fee for this statement
period for this account is $0.00/$1,000.

Thank you

***Business Money Market Account*** statement
**August 1, 2024 to August 31, 2024**

___  ___  ___
___

# ***Business Money Market Account*** account details: XXXXXX5630

## Other deposits this statement period

| | | | Reference numbers | |
| --- | --- | --- | --- | --- |
| Date | Amount ($) | Activity | Customer | Bank |
| Aug30 | 128.49 | Interest | | I-GEN12172 |

**Total Other Deposits: $128.49**
**Total Number of Other Deposits: 1**

## 💲 Lowest daily balance

Your lowest daily balance this statement period was **$303,387.13**
on **August 1, 2024**.

**Business Money Market Account statement**
**August 1, 2024 to August 31, 2024**

# Business Money Market Account: XXXXXX6630

**PLEASE EXAMINE THIS STATEMENT PROMPTLY**
**Reporting Errors and Unauthorized Transactions**

**Personal Accounts:** *Electronic Funds Transfers:* In Case of Errors (including unauthorized electronic transactions) or Questions About Your Electronic Transfers: Call us at the telephone number printed on the first page of this statement or write us at the address printed on the first page of this statement as soon as you can, if you think this statement or your receipt is wrong or if you need more information about a transfer on the statement or receipt. For pre-authorized transfers (e.g., insurance payments, etc.), call us at the telephone number printed on the first page or write us at Comerica Bank – Electronic Services Department, Attn: Research, P.O. Box 75000, Detroit, Michigan 48275-7570. For Comerica ATM Card or Comerica Check Card transactions, call us at the telephone number printed on the first page or write us at Comerica Bank – Electronic Processing, P.O. Box 75000, Detroit, Michigan 48275-7584. We must hear from you no later than 60 days after we sent you the FIRST statement on which the Error or problem appeared.

When reporting the Error: (1) tell us your name and account number (if any); (2) describe the Error (an Error includes an unauthorized electronic funds transfer) or the electronic transfer you are unsure about, and explain as clearly as you can why you believe it is an Error or why you need more information; and (3) tell us the dollar amount of the suspected Error or the transaction you question.

If you tell us orally, we may require that you send us your complaint or question in writing within 10 business days. If you fail to do so, and your account is a personal account, we are not obligated to give you provisional credit for the amount of your claim while we investigate your claim. We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error so that you will have the use of the money during the time it takes us to complete our investigation.

*Comerica Debit Card Transactions:* Notwithstanding the above information, if your account was debited for a transaction resulting from the use of your Comerica Debit Card or Debit Card number, you may have additional rights and protections. See the Comerica Business and Personal Deposit Account Contract for specific information.

*Checks and Other Non-Electronic Funds Transfer Transactions:* If you need a copy of a check or additional information about a transaction, you can call us at the telephone number on the first page of this statement. State law and the terms of the Business and Personal Deposit Contract govern your liability and the Bank's for fraudulent checks and non electronic funds transfer transactions. The best way to limit your possible loss is to report any unauthorized activity involving your account as soon as possible but always within 30 days of when we sent the statement to you or otherwise made the information available to you. See the Comerica Business and Personal Deposit Contract for further details.

**Business Accounts:** *Electronic Transactions:* If you think this statement shows an Error (an Error includes an unauthorized electronic transaction) or an ATM receipt you received is wrong or if you need more information about an electronic transaction listed on the statement, call or write us as soon as possible at the telephone number or address printed on the first page but always within 30 days of when we first made the information available to you regarding the transaction. For pre-authorized transfers (e.g., insurance payment, etc.), call us at the telephone number printed on the first page or write us at Comerica Bank – Electronic Services Department, Attn: Research, P.O. Box 75000, Detroit, Michigan 48275-7570. For Comerica ATM Card or Comerica Business Check Card transactions, call us at the telephone number printed on the first page or write us at Comerica Bank – Electronic Processing, P.O. Box 75000, Detroit, Michigan 48275-7584. For all claims related to an electronic transaction, we must hear from you no later than 30 days after we first made the information available to you regarding the transaction otherwise you may waive your right to recover for the loss you incurred. Call or write us as soon as possible at the telephone number or address printed on the first page and (1) tell us your name and account number; (2) describe the Error or transaction you are unsure about, and explain as clearly as you can why you believe it is an Error or why you need more information; and (3) tell us the dollar amount of the suspected Error. We reserve the right to require that you complete an affidavit regarding claims of unauthorized transactions. If we timely receive your claim, we will investigate your claim and correct any Errors within the time frame required by law. If the claim is for an unauthorized electronic transaction and we find your claim genuine, we will process your claim in accordance with ACH rules or other applicable electronic clearinghouse rules. To the extent we recover we will refund to you the recovery. If an electronic transaction, including wire transfer was conducted in accordance with the terms of an electronic service you agreed to obtain from us, the terms of that agreement will govern whether the transaction in question is authorized or not.

*Comerica Business Check Card Transactions:* If your account was debited for a transaction resulting from the use of your Comerica Business Check Card or Check Card number (does not apply to ATM Cards or Comerica Check Cards that are not activated) or if your claim is related to an electronic debit transaction resulting from the use of your Comerica Check Card or Check Card number, you may have rights and protections in addition to those described above. See the Comerica Business and Personal Deposit Account Contract for specific information.

*Checks and Other Non-Electronic Transactions:* If you need a copy of a check or additional information about a non-electronic transaction, you can call us at the telephone number on the first page of this statement. State law and the terms of the Business and Personal Deposit Contract govern your liability and the Bank's for fraudulent checks and non electronic transactions. The best way to limit your possible loss is to report any unauthorized activity involving your account as soon as possible but always within 30 days of when we sent the statement to you or otherwise made the information available to you. See the Business and Personal Deposit Contract for further details. You should keep this statement for your records.

**Balancing Your Account:** For assistance on how to balance your account, please call us at the phone number listed on your account statement or visit your local Comerica banking center.

80931

Illılılıllıllıllıllıllıllıllıllıllıllıllıllıllıllıllıllıllıllıllıllıllıllıllıllıllıllıllıllıllıllıllıllıllıllıllıllıllıllıll
LANDMARK WORLDWIDE LLC
LC CASH COLLATERAL
353 SACRAMENTO ST STE 200
SAN FRANCISCO CA 94111

***Business Money Market Account statement***

**August 1, 2024** to **August 31, 2024**
**Account number** ████8404

# Account summary

**Beginning balance
on August 1, 2024**     **$1,540,284.48**

Plus deposits

Interest     $1,304.62

**Ending balance
on August 31, 2024**     **$1,541,589.10**

**Interest rates on August 31, 2024**
Interest rates we paid at the end of this statement period:

- on balances of $1.00 to $4,999.00: 0.50%
- on balances of $5,000.00 to $14,999.00: 0.50%
- on balances of $15,000.00 to $24,999.00: 0.50%
- on balances of $25,000.00 to $49,999.00: 0.50%
- on balances of $50,000.00 to $99,999.00: 0.50%
- on balances of $100,000.00 to $499,999.00: 0.50%
- on balances of $500,000.00 to $999,999.00: 1.00%
- on balances of $1,000,000.00 or more: 1.00%

**Summary of interest you've earned**

- Interest paid to you this statement period: $1,304.62
- Total interest paid to you this year: $10,238.83

**To contact us**

**Call**
(800) 522-2265
**Visit our web site**
www.comerica.com

**Write to us**
COMERICA BANK
1 EMBARCADERO CTR - STREET LEVEL
SAN FRANCISCO, CA 94111-3600-4331

**Important information**

The Account Balance Fee for this statement period for this account is $0.00/$1,000.

Thank you

***Business Money Market Account*** statement
**August 1, 2024 to August 31, 2024**

# *Business Money Market Account* account details: XXXXXX8404

## Other deposits this statement period

|  |  |  | Reference numbers | |
|---|---|---|---|---|
| Date | Amount ($) | Activity | Customer | Bank |
| Aug30 | 1,304.62 | Interest |  | I-GEN12357 |

**Total Other Deposits: $1,304.62**
**Total Number of Other Deposits: 1**

## 💲 Lowest daily balance

Your lowest daily balance this statement period was **$1,540,284.48**
on **August 1, 2024**.

**Business Money Market Account statement**
**August 1, 2024 to August 31, 2024**

# Business Money Market Account: XXXXXX8404

**PLEASE EXAMINE THIS STATEMENT PROMPTLY**

**Reporting Errors and Unauthorized Transactions**

**Personal Accounts:** *Electronic Funds Transfers:* In Case of Errors (including unauthorized electronic transactions) or Questions About Your Electronic Transfers: Call us at the telephone number printed on the first page of this statement or write us at the address printed on the first page of this statement as soon as you can, if you think this statement or your receipt is wrong or if you need more information about a transfer on the statement or receipt. For pre-authorized transfers (e.g., insurance payments, etc.), call us at the telephone number printed on the first page or write us at Comerica Bank – Electronic Services Department, Attn: Research, P.O. Box 75000, Detroit, Michigan 48275-7570. For Comerica ATM Card or Comerica Check Card transactions, call us at the telephone number printed on the first page or write us at Comerica Bank – Electronic Processing, P.O. Box 75000, Detroit, Michigan 48275-7584. We must hear from you no later than 60 days after we sent you the FIRST statement on which the Error or problem appeared.

When reporting the Error: (1) tell us your name and account number (if any); (2) describe the Error (an Error includes an unauthorized electronic funds transfer) or the electronic transfer you are unsure about, and explain as clearly as you can why you believe it is an Error or why you need more information; and (3) tell us the dollar amount of the suspected Error or the transaction you question.

If you tell us orally, we may require that you send us your complaint or question in writing within 10 business days. If you fail to do so, and your account is a personal account, we are not obligated to give you provisional credit for the amount of your claim while we investigate your claim. We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error so that you will have the use of the money during the time it takes us to complete our investigation.

*Comerica Debit Card Transactions:* Notwithstanding the above information, if your account was debited for a transaction resulting from the use of your Comerica Debit Card or Debit Card number, you may have additional rights and protections. See the Comerica Business and Personal Deposit Account Contract for specific information.

*Checks and Other Non-Electronic Funds Transfer Transactions:* If you need a copy of a check or additional information about a transaction, you can call us at the telephone number on the first page of this statement. State law and the terms of the Business and Personal Deposit Contract govern your liability and the Bank's for fraudulent checks and non electronic funds transfer transactions. The best way to limit your possible loss is to report any unauthorized activity involving your account as soon as possible but always within 30 days of when we sent the statement to you or otherwise made the information available to you. See the Comerica Business and Personal Deposit Contract for further details.

**Business Accounts:** *Electronic Transactions:* If you think this statement shows an Error (an Error includes an unauthorized electronic transaction) or an ATM receipt you received is wrong or if you need more information about an electronic transaction listed on the statement, call or write us as soon as possible at the telephone number or address printed on the first page but always within 30 days of when we first made the information available to you regarding the transaction. For pre-authorized transfers (e.g., insurance payment, etc.), call us at the telephone number printed on the first page or write us at Comerica Bank – Electronic Services Department, Attn: Research, P.O. Box 75000, Detroit, Michigan 48275-7570. For Comerica ATM Card or Comerica Business Check Card transactions, call us at the telephone number printed on the first page or write us at Comerica Bank – Electronic Processing, P.O. Box 75000, Detroit, Michigan 48275-7584. For all claims related to an electronic transaction, we must hear from you no later than 30 days after we first made the information available to you regarding the transaction otherwise you may waive your right to recover for the loss you incurred. Call or write us as soon as possible at the telephone number or address printed on the first page and (1) tell us your name and account number; (2) describe the Error or transaction you are unsure about, and explain as clearly as you can why you believe it is an Error or why you need more information; and (3) tell us the dollar amount of the suspected Error. We reserve the right to require that you complete an affidavit regarding claims of unauthorized transactions. If we timely receive your claim, we will investigate your claim and correct any Errors within the time frame required by law. If the claim is for an unauthorized electronic transaction and we find your claim genuine, we will process your claim in accordance with ACH rules or other applicable electronic clearinghouse rules. To the extent we recover we will refund to you the recovery. If an electronic transaction, including wire transfer was conducted in accordance with the terms of an electronic service you agreed to obtain from us, the terms of that agreement will govern whether the transaction in question is authorized or not.

*Comerica Business Check Card Transactions:* If your account was debited for a transaction resulting from the use of your Comerica Business Check Card or Check Card number (does not apply to ATM Cards or Comerica Check Cards that are not activated) or if your claim is related to an electronic debit transaction resulting from the use of your Comerica Check Card or Check Card number, you may have rights and protections in addition to those described above. See the Comerica Business and Personal Deposit Account Contract for specific information.

*Checks and Other Non-Electronic Transactions:* If you need a copy of a check or additional information about a non-electronic transaction, you can call us at the telephone number on the first page of this statement. State law and the terms of the Business and Personal Deposit Contract govern your liability and the Bank's for fraudulent checks and non electronic transactions. The best way to limit your possible loss is to report any unauthorized activity involving your account as soon as possible but always within 30 days of when we sent the statement to you or otherwise made the information available to you. See the Business and Personal Deposit Contract for further details. You should keep this statement for your records.

**Balancing Your Account:** For assistance on how to balance your account, please call us at the phone number listed on your account statement or visit your local Comerica banking center.

80931

Ilıludıludıludılıdıludıll
LANDMARK WORLDWIDE LLC
LOS ANGELES CENTER
ATTN STEVE ALLAN
353 SACRAMENTO ST STE 200
SAN FRANCISCO CA 94111

*Commercial Checking* statement

**July 1, 2024** to **July 31, 2024**
**Account number** ████ 3737
**Previous account number** ███ 4920

# Account summary

| | |
|---|---:|
| **Beginning balance** on July 1, 2024 | **$0.00** |
| Plus deposits | |
| Transfers from other accounts | $4,500.00 |
| Transfers to other accounts | -$4,500.00 |
| **Ending balance** on July 31, 2024 | **$0.00** |

To contact us

**Call**
(800) 522-2265
**Visit our web site**
www.comerica.com

**Write to us**
COMERICA BANK
1 EMBARCADERO CTR - STREET LEVEL
SAN FRANCISCO, CA 94111-3600-4331

Important information

The Account Balance Fee for this statement period for this account is $0.125/$1,000.

Thank you

*Commercial Checking* statement
**July 1, 2024 to July 31, 2024**

# *Commercial Checking* account details: 3737

## Transfer from other accounts this statement period

| Date | Amount | Activity | Bank reference number |
|------|--------|----------|-----------------------|
| Jul 25 | 4,500.00 | Automatic Transfer From Account Xxxxxx1654 | I-GEN10115 |

**Total Transferred from Other Accounts: $4,500.00**
**Total Number of Transfers from Other Accounts: 1**

## Transfers to other accounts this statement period

| Date | Amount ($) | Activity | Bank reference number |
|------|-----------|----------|-----------------------|
| Jul 26 | -4,500.00 | Automatic Transfer  To  Account Xxxxxx1654 | I-GEN10113 |

**Total Transferred to Other Accounts: -$4,500.00**
**Total Number of Transfers to Other Accounts: 1**

## Lowest daily balance

Your lowest daily balance this statement period was **$0.00**
on **July 1, 2024**.

**Commercial Checking statement**
**July 1, 2024 to July 31, 2024**

# Commercial Checking: ████3737

### PLEASE EXAMINE THIS STATEMENT PROMPTLY
#### Reporting Errors and Unauthorized Transactions

**Personal Accounts:** *Electronic Funds Transfers:* In Case of Errors (including unauthorized electronic transactions) or Questions About Your Electronic Transfers: Call us at the telephone number printed on the first page of this statement or write us at the address printed on the first page of this statement as soon as you can, if you think this statement or your receipt is wrong or if you need more information about a transfer on the statement or receipt. For pre-authorized transfers (e.g., insurance payments, etc.), call us at the telephone number printed on the first page or write us at Comerica Bank – Electronic Services Department, Attn: Research, P.O. Box 75000, Detroit, Michigan 48275-7570. For Comerica ATM Card or Comerica Check Card transactions, call us at the telephone number printed on the first page or write us at Comerica Bank – Electronic Processing, P.O. Box 75000, Detroit, Michigan 48275-7584. We must hear from you no later than 60 days after we sent you the FIRST statement on which the Error or problem appeared.

When reporting the Error: (1) tell us your name and account number (if any); (2) describe the Error (an Error includes an unauthorized electronic funds transfer) or the electronic transfer you are unsure about, and explain as clearly as you can why you believe it is an Error or why you need more information; and (3) tell us the dollar amount of the suspected Error or the transaction you question.

If you tell us orally, we may require that you send us your complaint or question in writing within 10 business days. If you fail to do so, and your account is a personal account, we are not obligated to give you provisional credit for the amount of your claim while we investigate your claim. We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error so that you will have the use of the money during the time it takes us to complete our investigation.

*Comerica Debit Card Transactions:* Notwithstanding the above information, if your account was debited for a transaction resulting from the use of your Comerica Debit Card or Debit Card number, you may have additional rights and protections. See the Comerica Business and Personal Deposit Account Contract for specific information.

*Checks and Other Non-Electronic Funds Transfer Transactions:* If you need a copy of a check or additional information about a transaction, you can call us at the telephone number on the first page of this statement. State law and the terms of the Business and Personal Deposit Contract govern your liability and the Bank's for fraudulent checks and non electronic funds transfer transactions. The best way to limit your possible loss is to report any unauthorized activity involving your account as soon as possible but always within 30 days of when we sent the statement to you or otherwise made the information available to you. See the Comerica Business and Personal Deposit Contract for further details.

**Business Accounts:** *Electronic Transactions:* If you think this statement shows an Error (an Error includes an unauthorized electronic transaction) or an ATM receipt you received is wrong or if you need more information about an electronic transaction listed on the statement, call or write us as soon as possible at the telephone number or address printed on the first page but always within 30 days of when we first made the information available to you regarding the transaction. For pre-authorized transfers (e.g., insurance payment, etc.), call us at the telephone number printed on the first page or write us at Comerica Bank – Electronic Services Department, Attn: Research, P.O. Box 75000, Detroit, Michigan 48275-7570. For Comerica ATM Card or Comerica Business Check Card transactions, call us at the telephone number printed on the first page or write us at Comerica Bank – Electronic Processing, P.O. Box 75000, Detroit, Michigan 48275-7584. For all claims related to an electronic transaction, we must hear from you no later than 30 days after we first made the information available to you regarding the transaction otherwise you may waive your right to recover for the loss you incurred. Call or write us as soon as possible at the telephone number or address printed on the first page and (1) tell us your name and account number; (2) describe the Error or transaction you are unsure about, and explain as clearly as you can why you believe it is an Error or why you need more information; and (3) tell us the dollar amount of the suspected Error. We reserve the right to require that you complete an affidavit regarding claims of unauthorized transactions. If we timely receive your claim, we will investigate your claim and correct any Errors within the time frame required by law. If the claim is for an unauthorized electronic transaction and we find your claim genuine, we will process your claim in accordance with ACH rules or other applicable electronic clearinghouse rules. To the extent we recover we will refund to you the recovery. If an electronic transaction, including wire transfer was conducted in accordance with the terms of an electronic service you agreed to obtain from us, the terms of that agreement will govern whether the transaction in question is authorized or not.

*Comerica Business Check Card Transactions:* If your account was debited for a transaction resulting from the use of your Comerica Business Check Card or Check Card number (does not apply to ATM Cards or Comerica Check Cards that are not activated) or if your claim is related to an electronic debit transaction resulting from the use of your Comerica Check Card or Check Card number, you may have rights and protections in addition to those described above. See the Comerica Business and Personal Deposit Account Contract for specific information.

*Checks and Other Non-Electronic Transactions:* If you need a copy of a check or additional information about a non-electronic transaction, you can call us at the telephone number on the first page of this statement. State law and the terms of the Business and Personal Deposit Contract govern your liability and the Bank's for fraudulent checks and non electronic transactions. The best way to limit your possible loss is to report any unauthorized activity involving your account as soon as possible but always within 30 days of when we sent the statement to you or otherwise made the information available to you. See the Business and Personal Deposit Contract for further details. You should keep this statement for your records.

**Balancing Your Account:** For assistance on how to balance your account, please call us at the phone number listed on your account statement or visit your local Comerica banking center.

80931

LANDMARK WORLDWIDE LLC
353 SACRAMENTO ST STE 200
SAN FRANCISCO CA 94111

## *Commercial Checking* statement

**July 1, 2024 to July 31, 2024**
**Account number** ████ 5060

# Account summary

**Beginning balance**
**on July 1, 2024**                          **$9,416.14**

**Ending balance**
**on July 31, 2024**                         **$9,416.14**

**To contact us**

**Call**
(800) 522-2265
**Visit our web site**
www.comerica.com

**Write to us**
COMERICA BANK
1 EMBARCADERO CTR - STREET LEVEL
SAN FRANCISCO, CA 94111-3600-4331

## 💲 Lowest daily balance

Your lowest daily balance this statement period was **$9,416.14**
on **July 1, 2024**.

**Important information**

The Account Balance Fee for this statement
period for this account is $0.125/$1,000.

**Thank you**

**Commercial Checking statement**
**July 1, 2024 to July 31, 2024**

**PLEASE EXAMINE THIS STATEMENT PROMPTLY**
**Reporting Errors and Unauthorized Transactions**

**Personal Accounts:** *Electronic Funds Transfers:* In Case of Errors (including unauthorized electronic transactions) or Questions About Your Electronic Transfers: Call us at the telephone number printed on the first page of this statement or write us at the address printed on the first page of this statement as soon as you can, if you think this statement or your receipt is wrong or if you need more information about a transfer on the statement or receipt. For pre-authorized transfers (e.g., insurance payments, etc.), call us at the telephone number printed on the first page or write us at Comerica Bank – Electronic Services Department, Attn: Research, P.O. Box 75000, Detroit, Michigan 48275-7570. For Comerica ATM Card or Comerica Check Card transactions, call us at the telephone number printed on the first page or write us at Comerica Bank – Electronic Processing, P.O. Box 75000, Detroit, Michigan 48275-7584. We must hear from you no later than 60 days after we sent you the FIRST statement on which the Error or problem appeared.

When reporting the Error: (1) tell us your name and account number (if any); (2) describe the Error (an Error includes an unauthorized electronic funds transfer) or the electronic transfer you are unsure about, and explain as clearly as you can why you believe it is an Error or why you need more information; and (3) tell us the dollar amount of the suspected Error or the transaction you question.

If you tell us orally, we may require that you send us your complaint or question in writing within 10 business days. If you fail to do so, and your account is a personal account, we are not obligated to give you provisional credit for the amount of your claim while we investigate your claim. We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error so that you will have the use of the money during the time it takes us to complete our investigation.

*Comerica Debit Card Transactions:* Notwithstanding the above information, if your account was debited for a transaction resulting from the use of your Comerica Debit Card or Debit Card number, you may have additional rights and protections. See the Comerica Business and Personal Deposit Account Contract for specific information.

*Checks and Other Non-Electronic Funds Transfer Transactions:* If you need a copy of a check or additional information about a transaction, you can call us at the telephone number on the first page of this statement. State law and the terms of the Business and Personal Deposit Contract govern your liability and the Bank's for fraudulent checks and non electronic funds transfer transactions. The best way to limit your possible loss is to report any unauthorized activity involving your account as soon as possible but always within 30 days of when we sent the statement to you or otherwise made the information available to you. See the Comerica Business and Personal Deposit Contract for further details.

**Business Accounts:** *Electronic Transactions:* If you think this statement shows an Error (an Error includes an unauthorized electronic transaction) or an ATM receipt you received is wrong or if you need more information about an electronic transaction listed on the statement, call or write us as soon as possible at the telephone number or address printed on the first page but always within 30 days of when we first made the information available to you regarding the transaction. For pre-authorized transfers (e.g., insurance payment, etc.), call us at the telephone number printed on the first page or write us at Comerica Bank – Electronic Services Department, Attn: Research, P.O. Box 75000, Detroit, Michigan 48275-7570. For Comerica ATM Card or Comerica Business Check Card transactions, call us at the telephone number printed on the first page or write us at Comerica Bank – Electronic Processing, P.O. Box 75000, Detroit, Michigan 48275-7584. For all claims related to an electronic transaction, we must hear from you no later than 30 days after we first made the information available to you regarding the transaction otherwise you may waive your right to recover for the loss you incurred. Call or write us as soon as possible at the telephone number or address printed on the first page and (1) tell us your name and account number; (2) describe the Error or transaction you are unsure about, and explain as clearly as you can why you believe it is an Error or why you need more information; and (3) tell us the dollar amount of the suspected Error. We reserve the right to require that you complete an affidavit regarding claims of unauthorized transactions. If we timely receive your claim, we will investigate your claim and correct any Errors within the time frame required by law. If the claim is for an unauthorized electronic transaction and we find your claim genuine, we will process your claim in accordance with ACH rules or other applicable electronic clearinghouse rules. To the extent we recover we will refund to you the recovery. If an electronic transaction, including wire transfer was conducted in accordance with the terms of an electronic service you agreed to obtain from us, the terms of that agreement will govern whether the transaction in question is authorized or not.

*Comerica Business Check Card Transactions:* If your account was debited for a transaction resulting from the use of your Comerica Business Check Card or Check Card number (does not apply to ATM Cards or Comerica Check Cards that are not activated) or if your claim is related to an electronic debit transaction resulting from the use of your Comerica Check Card or Check Card number, you may have rights and protections in addition to those described above. See the Comerica Business and Personal Deposit Account Contract for specific information.

*Checks and Other Non-Electronic Transactions:* If you need a copy of a check or additional information about a non-electronic transaction, you can call us at the telephone number on the first page of this statement. State law and the terms of the Business and Personal Deposit Contract govern your liability and the Bank's for fraudulent checks and non electronic transactions. The best way to limit your possible loss is to report any unauthorized activity involving your account as soon as possible but always within 30 days of when we sent the statement to you or otherwise made the information available to you. See the Business and Personal Deposit Contract for further details. You should keep this statement for your records.

**Balancing Your Account:** For assistance on how to balance your account, please call us at the phone number listed on your account statement or visit your local Comerica banking center.

Equal Opportunity Lender  Rev. 10-23                    MEMBER FDIC
www.comerica.com

80931

LANDMARK WORLDWIDE LLC
505 SWEEP
ATTN STEVE ALLAN
353 SACRAMENTO ST STE 200
SAN FRANCISCO CA 94111

*Commercial Checking* statement

**July 1, 2024 to July 31, 2024**
**Account number** ████1654

# Account summary

| | |
|---|---|
| **Beginning balance on July 1, 2024** | **$886,691.61** |
| Plus deposits | |
| Transfers from other accounts | $2,288,509.96 |
| Transfers to other accounts | -$1,627,843.33 |
| **Ending balance on July 31, 2024** | **$1,547,358.24** |

**To contact us**

**Call**
(800) 522-2265
**Visit our web site**
www.comerica.com

**Write to us**
COMERICA BANK
1 EMBARCADERO CTR - STREET LEVEL
SAN FRANCISCO, CA 94111-3600-4331

**Important information**

The Account Balance Fee for this statement period for this account is $0.125/$1,000.

**Thank you**

***Commercial Checking*** statement
**July 1, 2024 to July 31, 2024**

# *Commercial Checking* account details: ███ 1654

## Transfer from other accounts this statement period

| Date | Amount | Activity | Bank reference number |
|------|-------:|----------|------------------------|
| Jul 01 | 500,000.00 | Tpa Funds Transfer From Account    Xxxxxx4198 | TA01000657 |
| Jul 01 | 60,277.94 | Automatic Transfer From Account Xxxxxx3489 | I-GEN10110 |
| Jul 01 | 2,715.82 | Automatic Transfer From Account Xxxxxx2882 | I-GEN10300 |
| Jul 02 | 51,097.66 | Automatic Transfer From Account Xxxxxx3489 | I-GEN10106 |
| Jul 02 | 1,475.54 | Automatic Transfer From Account Xxxxxx2882 | I-GEN10284 |
| Jul 03 | 92,223.41 | Automatic Transfer From Account Xxxxxx3489 | I-GEN10102 |
| Jul 03 | 16,476.55 | Automatic Transfer From Account Xxxxxx3620 | I-GEN10106 |
| Jul 03 | 540.49 | Automatic Transfer From Account Xxxxxx2882 | I-GEN10338 |
| Jul 05 | 26,188.86 | Automatic Transfer From Account Xxxxxx3489 | I-GEN10117 |
| Jul 05 | 3,619.63 | Automatic Transfer From Account Xxxxxx2882 | I-GEN10313 |
| Jul 08 | 86,435.75 | Automatic Transfer From Account Xxxxxx3489 | I-GEN10113 |
| Jul 08 | 1,883.23 | Automatic Transfer From Account Xxxxxx2882 | I-GEN10305 |
| Jul 09 | 47,682.75 | Automatic Transfer From Account Xxxxxx3489 | I-GEN10088 |
| Jul 09 | 397.17 | Automatic Transfer From Account Xxxxxx2882 | I-GEN10318 |
| Jul 10 | 44,778.42 | Automatic Transfer From Account Xxxxxx3489 | I-GEN10102 |
| Jul 10 | 3,232.66 | Automatic Transfer From Account Xxxxxx2882 | I-GEN10320 |
| Jul 11 | 55,101.83 | Automatic Transfer From Account Xxxxxx3489 | I-GEN10104 |
| Jul 11 | 1,286.70 | Automatic Transfer From Account Xxxxxx2882 | I-GEN10276 |
| Jul 12 | 64,091.33 | Automatic Transfer From Account Xxxxxx3489 | I-GEN10132 |
| Jul 12 | 755.91 | Automatic Transfer From Account Xxxxxx2882 | I-GEN10402 |
| Jul 15 | 181,113.75 | Automatic Transfer From Account Xxxxxx3489 | I-GEN10102 |
| Jul 15 | 8,048.80 | Automatic Transfer From Account Xxxxxx2882 | I-GEN10374 |
| Jul 16 | 68,237.81 | Automatic Transfer From Account Xxxxxx3489 | I-GEN10094 |
| Jul 16 | 1,609.08 | Automatic Transfer From Account Xxxxxx2882 | I-GEN10270 |
| Jul 17 | 212,759.63 | Automatic Transfer From Account Xxxxxx3489 | I-GEN10106 |
| Jul 17 | 2,539.56 | Automatic Transfer From Account Xxxxxx2882 | I-GEN10334 |
| Jul 18 | 109,894.00 | Automatic Transfer From Account Xxxxxx3489 | I-GEN10116 |
| Jul 18 | 3,566.34 | Automatic Transfer From Account Xxxxxx2882 | I-GEN10302 |
| Jul 19 | 80,999.67 | Automatic Transfer From Account Xxxxxx3489 | I-GEN10126 |
| Jul 19 | 1,746.51 | Automatic Transfer From Account Xxxxxx2882 | I-GEN10340 |
| Jul 22 | 43,662.50 | Automatic Transfer From Account Xxxxxx3489 | I-GEN10118 |
| Jul 22 | 3,779.34 | Automatic Transfer From Account Xxxxxx2882 | I-GEN10348 |
| Jul 23 | 72,966.50 | Automatic Transfer From Account Xxxxxx3489 | I-GEN10104 |
| Jul 24 | 126,335.25 | Automatic Transfer From Account Xxxxxx3489 | I-GEN10102 |
| Jul 24 | 430.35 | Automatic Transfer From Account Xxxxxx2882 | I-GEN10338 |
| Jul 25 | 56,869.75 | Automatic Transfer From Account Xxxxxx3489 | I-GEN10108 |
| Jul 25 | 1,213.99 | Automatic Transfer From Account Xxxxxx2882 | I-GEN10348 |
| Jul 26 | 74,761.37 | Automatic Transfer From Account Xxxxxx3489 | I-GEN10106 |
| Jul 26 | 4,500.00 | Automatic Transfer From Account Xxxxxx3737 | I-GEN10112 |
| Jul 26 | 459.60 | Automatic Transfer From Account Xxxxxx2882 | I-GEN10318 |
| Jul 29 | 61,465.64 | Automatic Transfer From Account Xxxxxx3489 | I-GEN10104 |
| Jul 29 | 1,947.11 | Automatic Transfer From Account Xxxxxx2882 | I-GEN10328 |
| Jul 30 | 33,249.92 | Automatic Transfer From Account Xxxxxx3489 | I-GEN10100 |
| Jul 30 | 240.66 | Automatic Transfer From Account Xxxxxx2882 | I-GEN10290 |
| Jul 31 | 74,371.24 | Automatic Transfer From Account Xxxxxx3489 | I-GEN10102 |
| Jul 31 | 1,479.94 | Automatic Transfer From Account Xxxxxx2882 | I-GEN10356 |

**Total Transferred from Other Accounts: $2,288,509.96**

**Total Number of Transfers from Other Accounts: 46**

***Commercial Checking*** statement
**July 1, 2024 to July 31, 2024**

# Commercial Checking: ███1654

## Transfers to other accounts this statement period

| Date | Amount ($) | Activity | Bank reference number |
|------|-----------|----------|-----------------------|
| Jul 01 | -65,825.28 | Automatic Transfer To Account Xxxxxx3620 | I-GEN10114 |
| Jul 02 | -259.90 | Automatic Transfer To Account Xxxxxx3612 | I-GEN10108 |
| Jul 02 | -484,912.15 | Automatic Transfer To Account Xxxxxx3620 | I-GEN10110 |
| Jul 05 | -545.00 | Automatic Transfer To Account Xxxxxx3604 | I-GEN10121 |
| Jul 05 | -957.32 | Automatic Transfer To Account Xxxxxx3620 | I-GEN10123 |
| Jul 08 | -53,868.85 | Automatic Transfer To Account Xxxxxx3620 | I-GEN10117 |
| Jul 09 | -165.00 | Automatic Transfer To Account Xxxxxx3604 | I-GEN10090 |
| Jul 10 | -543.84 | Automatic Transfer To Account Xxxxxx3620 | I-GEN10106 |
| Jul 11 | -28,335.81 | Automatic Transfer To Account Xxxxxx3620 | I-GEN10108 |
| Jul 12 | -800,000.00 | Tpa Funds Transfer To Account     Xxxxxx4172 | TA01009931 |
| Jul 15 | -33,671.56 | Automatic Transfer To Account Xxxxxx3620 | I-GEN10104 |
| Jul 15 | -1,090.33 | Automatic Transfer To Account Xxxxxx3638 | I-GEN10106 |
| Jul 16 | -10,735.94 | Automatic Transfer To Account Xxxxxx3620 | I-GEN10098 |
| Jul 17 | -8,983.86 | Automatic Transfer To Account Xxxxxx3620 | I-GEN10110 |
| Jul 18 | -14,043.73 | Automatic Transfer To Account Xxxxxx3620 | I-GEN10120 |
| Jul 19 | -52,457.09 | Automatic Transfer To Account Xxxxxx3620 | I-GEN10130 |
| Jul 22 | -4,558.54 | Automatic Transfer To Account Xxxxxx3620 | I-GEN10122 |
| Jul 23 | -200.00 | Automatic Transfer To Account Xxxxxx3604 | I-GEN10106 |
| Jul 23 | -24.14 | Automatic Transfer To Account Xxxxxx2882 | I-GEN10316 |
| Jul 24 | -1,429.96 | Automatic Transfer To Account Xxxxxx3620 | I-GEN10106 |
| Jul 25 | -1,377.48 | Automatic Transfer To Account Xxxxxx3620 | I-GEN10112 |
| Jul 25 | -4,500.00 | Automatic Transfer To Account Xxxxxx3737 | I-GEN10114 |
| Jul 26 | -55.36 | Automatic Transfer To Account Xxxxxx3620 | I-GEN10110 |
| Jul 29 | -675.00 | Automatic Transfer To Account Xxxxxx3604 | I-GEN10108 |
| Jul 29 | -212.91 | Automatic Transfer To Account Xxxxxx3620 | I-GEN10110 |
| Jul 30 | -41,199.16 | Automatic Transfer To Account Xxxxxx3620 | I-GEN10104 |
| Jul 31 | -17,215.12 | Automatic Transfer To Account Xxxxxx3620 | I-GEN10106 |

**Total Transferred to Other Accounts: -$1,627,843.33**
**Total Number of Transfers to Other Accounts: 27**

 ## Lowest daily balance

Your lowest daily balance this statement period was **$511,540.11**
on **July 12, 2024**.

**Commercial Checking statement**
**July 1, 2024 to July 31, 2024**

# Commercial Checking: ███ 1654

**PLEASE EXAMINE THIS STATEMENT PROMPTLY**
**Reporting Errors and Unauthorized Transactions**
**Personal Accounts:** *Electronic Funds Transfers:* In Case of Errors (including unauthorized electronic transactions) or Questions About Your Electronic Transfers: Call us at the telephone number printed on the first page of this statement or write us at the address printed on the first page of this statement as soon as you can, if you think this statement or your receipt is wrong or if you need more information about a transfer on the statement or receipt. For pre-authorized transfers (e.g., insurance payments, etc.), call us at the telephone number printed on the first page or write us at Comerica Bank – Electronic Services Department, Attn: Research, P.O. Box 75000, Detroit, Michigan 48275-7570. For Comerica ATM Card or Comerica Check Card transactions, call us at the telephone number printed on the first page or write us at Comerica Bank – Electronic Processing, P.O. Box 75000, Detroit, Michigan 48275-7584. We must hear from you no later than 60 days after we sent you the FIRST statement on which the Error or problem appeared.

When reporting the Error: (1) tell us your name and account number (if any); (2) describe the Error (an Error includes an unauthorized electronic funds transfer) or the electronic transfer you are unsure about, and explain as clearly as you can why you believe it is an Error or why you need more information; and (3) tell us the dollar amount of the suspected Error or the transaction you question.

If you tell us orally, we may require that you send us your complaint or question in writing within 10 business days. If you fail to do so, and your account is a personal account, we are not obligated to give you provisional credit for the amount of your claim while we investigate your claim. We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error so that you will have the use of the money during the time it takes us to complete our investigation.

*Comerica Debit Card Transactions:* Notwithstanding the above information, if your account was debited for a transaction resulting from the use of your Comerica Debit Card or Debit Card number, you may have additional rights and protections. See the Comerica Business and Personal Deposit Account Contract for specific information.

*Checks and Other Non-Electronic Funds Transfer Transactions:* If you need a copy of a check or additional information about a transaction, you can call us at the telephone number on the first page of this statement. State law and the terms of the Business and Personal Deposit Contract govern your liability and the Bank's for fraudulent checks and non electronic funds transfer transactions. The best way to limit your possible loss is to report any unauthorized activity involving your account as soon as possible but always within 30 days of when we sent the statement to you or otherwise made the information available to you. See the Comerica Business and Personal Deposit Contract for further details.

**Business Accounts:** *Electronic Transactions:* If you think this statement shows an Error (an Error includes an unauthorized electronic transaction) or an ATM receipt you received is wrong or if you need more information about an electronic transaction listed on the statement, call or write us as soon as possible at the telephone number or address printed on the first page but always within 30 days of when we first made the information available to you regarding the transaction. For pre-authorized transfers (e.g., insurance payment, etc.), call us at the telephone number printed on the first page or write us at Comerica Bank – Electronic Services Department, Attn: Research, P.O. Box 75000, Detroit, Michigan 48275-7570. For Comerica ATM Card or Comerica Business Check Card transactions, call us at the telephone number printed on the first page or write us at Comerica Bank – Electronic Processing, P.O. Box 75000, Detroit, Michigan 48275-7584. For all claims related to an electronic transaction, we must hear from you no later than 30 days after we first made the information available to you regarding the transaction otherwise you may waive your right to recover for the loss you incurred. Call or write us as soon as possible at the telephone number or address printed on the first page and (1) tell us your name and account number; (2) describe the Error or transaction you are unsure about, and explain as clearly as you can why you believe it is an Error or why you need more information; and (3) tell us the dollar amount of the suspected Error. We reserve the right to require that you complete an affidavit regarding claims of unauthorized transactions. If we timely receive your claim, we will investigate your claim and correct any Errors within the time frame required by law. If the claim is for an unauthorized electronic transaction and we find your claim genuine, we will process your claim in accordance with ACH rules or other applicable electronic clearinghouse rules. To the extent we recover we will refund to you the recovery. If an electronic transaction, including wire transfer was conducted in accordance with the terms of an electronic service you agreed to obtain from us, the terms of that agreement will govern whether the transaction in question is authorized or not.

*Comerica Business Check Card Transactions:* If your account was debited for a transaction resulting from the use of your Comerica Business Check Card or Check Card number (does not apply to ATM Cards or Comerica Check Cards that are not activated) or if your claim is related to an electronic debit transaction resulting from the use of your Comerica Check Card or Check Card number, you may have rights and protections in addition to those described above. See the Comerica Business and Personal Deposit Account Contract for specific information.

*Checks and Other Non-Electronic Transactions:* If you need a copy of a check or additional information about a non-electronic transaction, you can call us at the telephone number on the first page of this statement. State law and the terms of the Business and Personal Deposit Contract govern your liability and the Bank's for fraudulent checks and non electronic transactions. The best way to limit your possible loss is to report any unauthorized activity involving your account as soon as possible but always within 30 days of when we sent the statement to you or otherwise made the information available to you. See the Business and Personal Deposit Contract for further details. You should keep this statement for your records.

**Balancing Your Account:** For assistance on how to balance your account, please call us at the phone number listed on your account statement or visit your local Comerica banking center.

80931

Il.ll..l.l..ll..ll..ll.l.ll
LANDMARK WORLDWIDE LLC
COLLATERAL FOR FLORIDA CENTER
ATTN: STEVE ALLAN
353 SACRAMENTO ST STE 200
SAN FRANCISCO CA 94111

## *Business Money Market Account* statement

**July 1, 2024** to **July 31, 2024**
**Account number** ▮▮▮▮4351

# Account summary

| | |
|---|---|
| **Beginning balance**<br>on July 1, 2024 | **$19.39** |
| Plus deposits | |
| Interest | $0.01 |
| **Ending balance**<br>on July 31, 2024 | **$19.40** |

### Interest rates on July 31, 2024
Interest rates we paid at the end of this statement period:

- on balances of $1.00 to $4,999.00: 0.50%
- on balances of $5,000.00 to $14,999.00: 0.50%
- on balances of $15,000.00 to $24,999.00: 0.50%
- on balances of $25,000.00 to $49,999.00: 0.50%
- on balances of $50,000.00 to $99,999.00: 0.50%
- on balances of $100,000.00 to $499,999.00: 0.50%
- on balances of $500,000.00 to $999,999.00: 1.00%
- on balances of $1,000,000.00 or more: 1.00%

### Summary of interest you've earned
- Interest paid to you this statement period: $0.01
- Total interest paid to you this year: $0.06

To contact us

**Call**
(800) 522-2265
**Visit our web site**
www.comerica.com

**Write to us**
COMERICA BANK
1 EMBARCADERO CTR - STREET LEVEL
SAN FRANCISCO, CA 94111-3600-4331

Important information

The Account Balance Fee for this statement
period for this account is $0.00/$1,000.

Thank you

**Business Money Market Account statement**
**July 1, 2024 to July 31, 2024**

# Business Money Market Account account details: ████ 4351

## Other deposits this statement period

| Date | Amount ($) | Activity | Reference numbers Customer | Bank |
|------|-----------|----------|----------|------|
| Jul31 | 0.01 | Interest | | I-GEN11452 |

**Total Other Deposits: $0.01**
**Total Number of Other Deposits: 1**

## Lowest daily balance

Your lowest daily balance this statement period was **$19.39**
on **July 1, 2024**.

**Business Money Market Account statement**
**July 1, 2024 to July 31, 2024**

# Business Money Market Account: ▮▮▮▮4351

**PLEASE EXAMINE THIS STATEMENT PROMPTLY**
**Reporting Errors and Unauthorized Transactions**

**Personal Accounts:** *Electronic Funds Transfers:* In Case of Errors (including unauthorized electronic transactions) or Questions About Your Electronic Transfers: Call us at the telephone number printed on the first page of this statement or write us at the address printed on the first page of this statement as soon as you can, if you think this statement or your receipt is wrong or if you need more information about a transfer on the statement or receipt. For pre-authorized transfers (e.g., insurance payments, etc.), call us at the telephone number printed on the first page or write us at Comerica Bank – Electronic Services Department, Attn: Research, P.O. Box 75000, Detroit, Michigan 48275-7570. For Comerica ATM Card or Comerica Check Card transactions, call us at the telephone number printed on the first page or write us at Comerica Bank – Electronic Processing, P.O. Box 75000, Detroit, Michigan 48275-7584. We must hear from you no later than 60 days after we sent you the FIRST statement on which the Error or problem appeared.

When reporting the Error: (1) tell us your name and account number (if any); (2) describe the Error (an Error includes an unauthorized electronic funds transfer) or the electronic transfer you are unsure about, and explain as clearly as you can why you believe it is an Error or why you need more information; and (3) tell us the dollar amount of the suspected Error or the transaction you question.

If you tell us orally, we may require that you send us your complaint or question in writing within 10 business days. If you fail to do so, and your account is a personal account, we are not obligated to give you provisional credit for the amount of your claim while we investigate your claim. We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error so that you will have the use of the money during the time it takes us to complete our investigation.

*Comerica Debit Card Transactions:* Notwithstanding the above information, if your account was debited for a transaction resulting from the use of your Comerica Debit Card or Debit Card number, you may have additional rights and protections. See the Comerica Business and Personal Deposit Account Contract for specific information.

*Checks and Other Non-Electronic Funds Transfer Transactions:* If you need a copy of a check or additional information about a transaction, you can call us at the telephone number on the first page of this statement. State law and the terms of the Business and Personal Deposit Contract govern your liability and the Bank's for fraudulent checks and non electronic funds transfer transactions. The best way to limit your possible loss is to report any unauthorized activity involving your account as soon as possible but always within 30 days of when we sent the statement to you or otherwise made the information available to you. See the Comerica Business and Personal Deposit Contract for further details.

**Business Accounts:** *Electronic Transactions:* If you think this statement shows an Error (an Error includes an unauthorized electronic transaction) or an ATM receipt you received is wrong or if you need more information about an electronic transaction listed on the statement, call or write us as soon as possible at the telephone number or address printed on the first page but always within 30 days of when we first made the information available to you regarding the transaction. For pre-authorized transfers (e.g., insurance payment, etc.), call us at the telephone number printed on the first page or write us at Comerica Bank – Electronic Services Department, Attn: Research, P.O. Box 75000, Detroit, Michigan 48275-7570. For Comerica ATM Card or Comerica Business Check Card transactions, call us at the telephone number printed on the first page or write us at Comerica Bank – Electronic Processing, P.O. Box 75000, Detroit, Michigan 48275-7584. For all claims related to an electronic transaction, we must hear from you no later than 30 days after we first made the information available to you regarding the transaction otherwise you may waive your right to recover for the loss you incurred. Call or write us as soon as possible at the telephone number or address printed on the first page and (1) tell us your name and account number; (2) describe the Error or transaction you are unsure about, and explain as clearly as you can why you believe it is an Error or why you need more information; and (3) tell us the dollar amount of the suspected Error. We reserve the right to require that you complete an affidavit regarding claims of unauthorized transactions. If we timely receive your claim, we will investigate your claim and correct any Errors within the time frame required by law. If the claim is for an unauthorized electronic transaction and we find your claim genuine, we will process your claim in accordance with ACH rules or other applicable electronic clearinghouse rules. To the extent we recover we will refund to you the recovery. If an electronic transaction, including wire transfer was conducted in accordance with the terms of an electronic service you agreed to obtain from us, the terms of that agreement will govern whether the transaction in question is authorized or not.

*Comerica Business Check Card Transactions:* If your account was debited for a transaction resulting from the use of your Comerica Business Check Card or Check Card number (does not apply to ATM Cards or Comerica Check Cards that are not activated) or if your claim is related to an electronic debit transaction resulting from the use of your Comerica Check Card or Check Card number, you may have rights and protections in addition to those described above. See the Comerica Business and Personal Deposit Account Contract for specific information.

*Checks and Other Non-Electronic Transactions:* If you need a copy of a check or additional information about a non-electronic transaction, you can call us at the telephone number on the first page of this statement. State law and the terms of the Business and Personal Deposit Contract govern your liability and the Bank's for fraudulent checks and non electronic transactions. The best way to limit your possible loss is to report any unauthorized activity involving your account as soon as possible but always within 30 days of when we sent the statement to you or otherwise made the information available to you. See the Business and Personal Deposit Contract for further details. You should keep this statement for your records.

**Balancing Your Account:** For assistance on how to balance your account, please call us at the phone number listed on your account statement or visit your local Comerica banking center.

---

Equal Opportunity Lender   Rev. 10-23                    MEMBER FDIC

www.comerica.com

80931

lllullldullludlddull
LANDMARK WORLDWIDE LLC
CREDIT CARD
ATTN STEVE ALLAN
353 SACRAMENTO ST STE 200
SAN FRANCISCO CA 94111

*Commercial Checking* statement

**July 1, 2024 to July 31, 2024**
**Account number** �— 3612
**Previous account number** �— 4793

# Account summary

| | |
|---|---|
| **Beginning balance** on July 1, 2024 | **$0.00** |
| Plus deposits | |
| Transfers from other accounts | $259.90 |
| Less withdrawals | |
| Electronic (EFT) withdrawals | -$259.90 |
| **Ending balance** on July 31, 2024 | **$0.00** |

**To contact us**

**Call**
(800) 522-2265
**Visit our web site**
www.comerica.com

**Write to us**
COMERICA BANK
1 EMBARCADERO CTR - STREET LEVEL
SAN FRANCISCO, CA 94111-3600-4331

**Important information**

The Account Balance Fee for this statement period for this account is $0.125/$1,000.

**Thank you**

*Commercial Checking* statement
**July 1, 2024 to July 31, 2024**

# *Commercial Checking* account details: ▮3612

## Transfer from other accounts this statement period

| Date | Amount | Activity | Bank reference number |
|---|---|---|---|
| Jul 02 | 259.90 | Automatic Transfer From Account Xxxxxx1654 | I-GEN10109 |

**Total Transferred from Other Accounts: $259.90**
**Total Number of Transfers from Other Accounts: 1**

## Electronic withdrawals this statement period

| | | | Reference numbers | |
|---|---|---|---|---|
| Date | Amount ($) | Activity | Customer | Bank |
| Jul 02 | -129.95 | Tsys Fees Sep 240701 84870001920325 | | 9488254007 |
| Jul 02 | -129.95 | Tsys Fees Sep 240701 84870001920338 | | 9488254008 |

**Total Electronic Withdrawals: -$259.90**
**Total Number of Electronic Withdrawals: 2**

## Lowest daily balance

Your lowest daily balance this statement period was **$0.00** on **July 1, 2024**.

**Commercial Checking statement**
**July 1, 2024 to July 31, 2024**

# Commercial Checking: ███ 3612

### PLEASE EXAMINE THIS STATEMENT PROMPTLY
### Reporting Errors and Unauthorized Transactions

**Personal Accounts:** *Electronic Funds Transfers:* In Case of Errors (including unauthorized electronic transactions) or Questions About Your Electronic Transfers: Call us at the telephone number printed on the first page of this statement or write us at the address printed on the first page of this statement as soon as you can, if you think this statement or your receipt is wrong or if you need more information about a transfer on the statement or receipt. For pre-authorized transfers (e.g., insurance payments, etc.), call us at the telephone number printed on the first page or write us at Comerica Bank – Electronic Services Department, Attn: Research, P.O. Box 75000, Detroit, Michigan 48275-7570. For Comerica ATM Card or Comerica Check Card transactions, call us at the telephone number printed on the first page or write us at Comerica Bank – Electronic Processing, P.O. Box 75000, Detroit, Michigan 48275-7584. We must hear from you no later than 60 days after we sent you the FIRST statement on which the Error or problem appeared.

When reporting the Error: (1) tell us your name and account number (if any); (2) describe the Error (an Error includes an unauthorized electronic funds transfer) or the electronic transfer you are unsure about, and explain as clearly as you can why you believe it is an Error or why you need more information; and (3) tell us the dollar amount of the suspected Error or the transaction you question.

If you tell us orally, we may require that you send us your complaint or question in writing within 10 business days. If you fail to do so, and your account is a personal account, we are not obligated to give you provisional credit for the amount of your claim while we investigate your claim. We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error so that you will have the use of the money during the time it takes us to complete our investigation.

*Comerica Debit Card Transactions:* Notwithstanding the above information, if your account was debited for a transaction resulting from the use of your Comerica Debit Card or Debit Card number, you may have additional rights and protections. See the Comerica Business and Personal Deposit Account Contract for specific information.

*Checks and Other Non-Electronic Funds Transfer Transactions:* If you need a copy of a check or additional information about a transaction, you can call us at the telephone number on the first page of this statement. State law and the terms of the Business and Personal Deposit Contract govern your liability and the Bank's for fraudulent checks and non electronic funds transfer transactions. The best way to limit your possible loss is to report any unauthorized activity involving your account as soon as possible but always within 30 days of when we sent the statement to you or otherwise made the information available to you. See the Comerica Business and Personal Deposit Contract for further details.

**Business Accounts:** *Electronic Transactions:* If you think this statement shows an Error (an Error includes an unauthorized electronic transaction) or an ATM receipt you received is wrong or if you need more information about an electronic transaction listed on the statement, call or write us as soon as possible at the telephone number or address printed on the first page but always within 30 days of when we first made the information available to you regarding the transaction. For pre-authorized transfers (e.g., insurance payment, etc.), call us at the telephone number printed on the first page or write us at Comerica Bank – Electronic Services Department, Attn: Research, P.O. Box 75000, Detroit, Michigan 48275-7570. For Comerica ATM Card or Comerica Business Check Card transactions, call us at the telephone number printed on the first page or write us at Comerica Bank – Electronic Processing, P.O. Box 75000, Detroit, Michigan 48275-7584. For all claims related to an electronic transaction, we must hear from you no later than 30 days after we first made the information available to you regarding the transaction otherwise you may waive your right to recover for the loss you incurred. Call or write us as soon as possible at the telephone number or address printed on the first page and (1) tell us your name and account number; (2) describe the Error or transaction you are unsure about, and explain as clearly as you can why you believe it is an Error or why you need more information; and (3) tell us the dollar amount of the suspected Error. We reserve the right to require that you complete an affidavit regarding claims of unauthorized transactions. If we timely receive your claim, we will investigate your claim and correct any Errors within the time frame required by law. If the claim is for an unauthorized electronic transaction and we find your claim genuine, we will process your claim in accordance with ACH rules or other applicable electronic clearinghouse rules. To the extent we recover we will refund to you the recovery. If an electronic transaction, including wire transfer was conducted in accordance with the terms of an electronic service you agreed to obtain from us, the terms of that agreement will govern whether the transaction in question is authorized or not.

*Comerica Business Check Card Transactions:* If your account was debited for a transaction resulting from the use of your Comerica Business Check Card or Check Card number (does not apply to ATM Cards or Comerica Check Cards that are not activated) or if your claim is related to an electronic debit transaction resulting from the use of your Comerica Check Card or Check Card number, you may have rights and protections in addition to those described above. See the Comerica Business and Personal Deposit Account Contract for specific information.

*Checks and Other Non-Electronic Transactions:* If you need a copy of a check or additional information about a non-electronic transaction, you can call us at the telephone number on the first page of this statement. State law and the terms of the Business and Personal Deposit Contract govern your liability and the Bank's for fraudulent checks and non electronic transactions. The best way to limit your possible loss is to report any unauthorized activity involving your account as soon as possible but always within 30 days of when we sent the statement to you or otherwise made the information available to you. See the Business and Personal Deposit Contract for further details. You should keep this statement for your records.

**Balancing Your Account:** For assistance on how to balance your account, please call us at the phone number listed on your account statement or visit your local Comerica banking center.

80931

LANDMARK WORLDWIDE LLC
DEP/AP
ATTN STEVE ALLAN
353 SACRAMENTO ST STE 200
SAN FRANCISCO CA 94111

## *Commercial Checking* statement

**July 1, 2024** to **July 31, 2024**
**Account number** ████ 1670

# Account summary

**Beginning balance**
**on July 1, 2024**                                            $0.00

**Ending balance**
**on July 31, 2024**                                           $0.00

**$** **Lowest daily balance**

Your lowest daily balance this statement period was **$0.00**
on **July 1, 2024**.

To contact us

**Call**
(800) 522-2265
**Visit our web site**
www.comerica.com

**Write to us**
COMERICA BANK
1 EMBARCADERO CTR - STREET LEVEL
SAN FRANCISCO, CA 94111-3600-4331

Important information

The Account Balance Fee for this statement
period for this account is $0.125/$1,000.

Thank you

**Commercial Checking statement**
**July 1, 2024 to July 31, 2024**

PLEASE EXAMINE THIS STATEMENT PROMPTLY
Reporting Errors and Unauthorized Transactions

**Personal Accounts:** *Electronic Funds Transfers:* In Case of Errors (including unauthorized electronic transactions) or Questions About Your Electronic Transfers: Call us at the telephone number printed on the first page of this statement or write us at the address printed on the first page of this statement as soon as you can, if you think this statement or your receipt is wrong or if you need more information about a transfer on the statement or receipt. For pre-authorized transfers (e.g., insurance payments, etc.), call us at the telephone number printed on the first page or write us at Comerica Bank – Electronic Services Department, Attn: Research, P.O. Box 75000, Detroit, Michigan 48275-7570. For Comerica ATM Card or Comerica Check Card transactions, call us at the telephone number printed on the first page or write us at Comerica Bank – Electronic Processing, P.O. Box 75000, Detroit, Michigan 48275-7584. We must hear from you no later than 60 days after we sent you the FIRST statement on which the Error or problem appeared.

When reporting the Error: (1) tell us your name and account number (if any); (2) describe the Error (an Error includes an unauthorized electronic funds transfer) or the electronic transfer you are unsure about, and explain as clearly as you can why you believe it is an Error or why you need more information; and (3) tell us the dollar amount of the suspected Error or the transaction you question.

If you tell us orally, we may require that you send us your complaint or question in writing within 10 business days. If you fail to do so, and your account is a personal account, we are not obligated to give you provisional credit for the amount of your claim while we investigate your claim. We will investigate your complaint and will correct any error promptly.  If we take more than 10 business days to do this, we will credit your account for the amount you think is in error so that you will have the use of the money during the time it takes us to complete our investigation.

*Comerica Debit Card Transactions:* Notwithstanding the above information, if your account was debited for a transaction resulting from the use of your Comerica Debit Card or Debit Card number, you may have additional rights and protections. See the Comerica Business and Personal Deposit Account Contract for specific information.

*Checks and Other Non-Electronic Funds Transfer Transactions*: If you need a copy of a check or additional information about a transaction, you can call us at the telephone number on the first page of this statement. State law and the terms of the Business and Personal Deposit Contract govern your liability and the Bank's for fraudulent checks and non electronic funds transfer transactions. The best way to limit your possible loss is to report any unauthorized activity involving your account as soon as possible but always within 30 days of when we sent the statement to you or otherwise made the information available to you. See the Comerica Business and Personal Deposit Contract for further details.

**Business Accounts:**  *Electronic Transactions*: If you think this statement shows an Error (an Error includes an unauthorized electronic transaction) or an ATM receipt you received is wrong or if you need more information about an electronic transaction listed on the statement, call or write us as soon as possible at the telephone number or address printed on the first page but always within 30 days of when we first made the information available to you regarding the transaction. For pre-authorized transfers (e.g., insurance payment, etc.), call us at the telephone number printed on the first page or write us at Comerica Bank – Electronic Services Department, Attn:  Research, P.O. Box 75000, Detroit, Michigan 48275-7570. For Comerica ATM Card or Comerica Business Check Card transactions, call us at the telephone number printed on the first page or write us at Comerica Bank – Electronic Processing, P.O. Box 75000, Detroit, Michigan 48275-7584. For all claims related to an electronic transaction, we must hear from you no later than 30 days after we first made the information available to you regarding the transaction otherwise you may waive your right to recover for the loss you incurred. Call or write us as soon as possible at the telephone number or address printed on the first page and (1) tell us your name and account number; (2) describe the Error or transaction you are unsure about, and explain as clearly as you can why you believe it is an Error or why you need more information; and (3) tell us the dollar amount of the suspected Error. We reserve the right to require that you complete an affidavit regarding claims of unauthorized transactions. If we timely receive your claim, we will investigate your claim and correct any Errors within the time frame required by law. If the claim is for an unauthorized electronic transaction and we find your claim genuine, we will process your claim in accordance with ACH rules or other applicable electronic clearinghouse rules. To the extent we recover we will refund to you the recovery. If an electronic transaction, including wire transfer was conducted in accordance with the terms of an electronic service you agreed to obtain from us, the terms of that agreement will govern whether the transaction in question is authorized or not.

*Comerica Business Check Card Transactions:* If your account was debited for a transaction resulting from the use of your Comerica Business Check Card or Check Card number (does not apply to ATM Cards or Comerica Check Cards that are not activated) or if your claim is related to an electronic debit transaction resulting from the use of your Comerica Check Card or Check Card number, you may have rights and protections in addition to those described above. See the Comerica Business and Personal Deposit Account Contract for specific information.

*Checks and Other Non-Electronic Transactions*: If you need a copy of a check or additional information about a non-electronic transaction, you can call us at the telephone number on the first page of this statement. State law and the terms of the Business and Personal Deposit Contract govern your liability and the Bank's for fraudulent checks and non electronic transactions. The best way to limit your possible loss is to report any unauthorized activity involving your account as soon as possible but always within 30 days of when we sent the statement to you or otherwise made the information available to you.  See the Business and Personal Deposit Contract for further details. You should keep this statement for your records.

**Balancing Your Account:** For assistance on how to balance your account, please call us at the phone number listed on your account statement or visit your local Comerica banking center.

80931

LANDMARK WORLDWIDE LLC
353 SACRAMENTO ST STE 200
SAN FRANCISCO CA 94111

*Business Money Market Account*
**statement**

**July 1, 2024** to **July 31, 2024**
**Account number** ████4633

# Account summary

| | |
|---|---|
| **Beginning balance** on July 1, 2024 | **$29.12** |
| Plus deposits | |
| Interest | $0.02 |
| **Ending balance** on July 31, 2024 | **$29.14** |

### Interest rates on July 31, 2024
Interest rates we paid at the end of this statement period:

- on balances of $1.00 to $4,999.00: 0.50%
- on balances of $5,000.00 to $14,999.00: 0.50%
- on balances of $15,000.00 to $24,999.00: 0.50%
- on balances of $25,000.00 to $49,999.00: 0.50%
- on balances of $50,000.00 to $99,999.00: 0.50%
- on balances of $100,000.00 to $499,999.00: 0.50%
- on balances of $500,000.00 to $999,999.00: 1.00%
- on balances of $1,000,000.00 or more: 1.00%

### Summary of interest you've earned
- Interest paid to you this statement period: $0.02
- Total interest paid to you this year: $0.09

**To contact us**

**Call**
(800) 522-2265
**Visit our web site**
www.comerica.com

**Write to us**
COMERICA BANK
1 EMBARCADERO CTR - STREET LEVEL
SAN FRANCISCO, CA 94111-3600-4331

**Important information**

The Account Balance Fee for this statement period for this account is $0.00/$1,000.

**Thank you**

***Business Money Market Account*** statement
**July 1, 2024 to July 31, 2024**

# *Business Money Market Account* account details: ███ 4633

## Other deposits this statement period

| | | | Reference numbers | |
|---|---|---|---|---|
| **Date** | **Amount ($)** | **Activity** | **Customer** | **Bank** |
| Jul31 | 0.02 | Interest | | I-GEN11454 |

**Total Other Deposits: $0.02**
**Total Number of Other Deposits: 1**

## 💲 Lowest daily balance

Your lowest daily balance this statement period was **$29.12** on **July 1, 2024**.

**Business Money Market Account statement**
**July 1, 2024 to July 31, 2024**

# Business Money Market Account: ████ 4633

### PLEASE EXAMINE THIS STATEMENT PROMPTLY
<u>**Reporting Errors and Unauthorized Transactions**</u>

**Personal Accounts:** *Electronic Funds Transfers:* In Case of Errors (including unauthorized electronic transactions) or Questions About Your Electronic Transfers: Call us at the telephone number printed on the first page of this statement or write us at the address printed on the first page of this statement as soon as you can, if you think this statement or your receipt is wrong or if you need more information about a transfer on the statement or receipt. For pre-authorized transfers (e.g., insurance payments, etc.), call us at the telephone number printed on the first page or write us at Comerica Bank – Electronic Services Department, Attn: Research, P.O. Box 75000, Detroit, Michigan 48275-7570. For Comerica ATM Card or Comerica Check Card transactions, call us at the telephone number printed on the first page or write us at Comerica Bank – Electronic Processing, P.O. Box 75000, Detroit, Michigan 48275-7584. We must hear from you no later than 60 days after we sent you the FIRST statement on which the Error or problem appeared.

When reporting the Error: (1) tell us your name and account number (if any); (2) describe the Error (an Error includes an unauthorized electronic funds transfer) or the electronic transfer you are unsure about, and explain as clearly as you can why you believe it is an Error or why you need more information; and (3) tell us the dollar amount of the suspected Error or the transaction you question.

If you tell us orally, we may require that you send us your complaint or question in writing within 10 business days. If you fail to do so, and your account is a personal account, we are not obligated to give you provisional credit for the amount of your claim while we investigate your claim. We will investigate your complaint and will correct any error promptly.  If we take more than 10 business days to do this, we will credit your account for the amount you think is in error so that you will have the use of the money during the time it takes us to complete our investigation.

*Comerica Debit Card Transactions:* Notwithstanding the above information, if your account was debited for a transaction resulting from the use of your Comerica Debit Card or Debit Card number, you may have additional rights and protections. See the Comerica Business and Personal Deposit Account Contract for specific information.

*Checks and Other Non-Electronic Funds Transfer Transactions:* If you need a copy of a check or additional information about a transaction, you can call us at the telephone number on the first page of this statement. State law and the terms of the Business and Personal Deposit Contract govern your liability and the Bank's for fraudulent checks and non electronic funds transfer transactions. The best way to limit your possible loss is to report any unauthorized activity involving your account as soon as possible but always within 30 days of when we sent the statement to you or otherwise made the information available to you. See the Comerica Business and Personal Deposit Contract for further details.

**Business Accounts:** *Electronic Transactions:* If you think this statement shows an Error (an Error includes an unauthorized electronic transaction) or an ATM receipt you received is wrong or if you need more information about an electronic transaction listed on the statement, call or write us as soon as possible at the telephone number or address printed on the first page but always within 30 days of when we first made the information available to you regarding the transaction. For pre-authorized transfers (e.g., insurance payment, etc.), call us at the telephone number printed on the first page or write us at Comerica Bank – Electronic Services Department, Attn:  Research, P.O. Box 75000, Detroit, Michigan 48275-7570. For Comerica ATM Card or Comerica Business Check Card transactions, call us at the telephone number printed on the first page or write us at Comerica Bank – Electronic Processing, P.O. Box 75000, Detroit, Michigan 48275-7584. For all claims related to an electronic transaction, we must hear from you no later than 30 days after we first made the information available to you regarding the transaction otherwise you may waive your right to recover for the loss you incurred. Call or write us as soon as possible at the telephone number or address printed on the first page and (1) tell us your name and account number; (2) describe the Error or transaction you are unsure about, and explain as clearly as you can why you believe it is an Error or why you need more information; and (3) tell us the dollar amount of the suspected Error. We reserve the right to require that you complete an affidavit regarding claims of unauthorized transactions. If we timely receive your claim, we will investigate your claim and correct any Errors within the time frame required by law. If the claim is for an unauthorized electronic transaction and we find your claim genuine, we will process your claim in accordance with ACH rules or other applicable electronic clearinghouse rules. To the extent we recover we will refund to you the recovery. If an electronic transaction, including wire transfer was conducted in accordance with the terms of an electronic service you agreed to obtain from us, the terms of that agreement will govern whether the transaction in question is authorized or not.

*Comerica Business Check Card Transactions:* If your account was debited for a transaction resulting from the use of your Comerica Business Check Card or Check Card number (does not apply to ATM Cards or Comerica Check Cards that are not activated) or if your claim is related to an electronic debit transaction resulting from the use of your Comerica Check Card or Check Card number, you may have rights and protections in addition to those described above. See the Comerica Business and Personal Deposit Account Contract for specific information.

*Checks and Other Non-Electronic Transactions:* If you need a copy of a check or additional information about a non-electronic transaction, you can call us at the telephone number on the first page of this statement. State law and the terms of the Business and Personal Deposit Contract govern your liability and the Bank's for fraudulent checks and non electronic transactions. The best way to limit your possible loss is to report any unauthorized activity involving your account as soon as possible but always within 30 days of when we sent the statement to you or otherwise made the information available to you.  See the Business and Personal Deposit Contract for further details. You should keep this statement for your records.

**Balancing Your Account:** For assistance on how to balance your account, please call us at the phone number listed on your account statement or visit your local Comerica banking center.

80931

LANDMARK WORLDWIDE LLC
ATTN STEVE ALLAN
353 SACRAMENTO ST STE 200
SAN FRANCISCO CA 94111

*Commercial Checking* statement

**July 1, 2024 to July 31, 2024**
**Account number** 3638
**Previous account number** 4815

# Account summary

| | |
|---|---|
| **Beginning balance** on July 1, 2024 | **$0.00** |
| Plus deposits | |
| Transfers from other accounts | $1,090.33 |
| Less withdrawals | |
| Checks | -$1,090.33 |
| **Ending balance** on July 31, 2024 | **$0.00** |

To contact us

**Call**
(800) 522-2265
**Visit our web site**
www.comerica.com

**Write to us**
COMERICA BANK
1 EMBARCADERO CTR - STREET LEVEL
SAN FRANCISCO, CA 94111-3600-4331

Important information

The Account Balance Fee for this statement period for this account is $0.125/$1,000.

Thank you

*Commercial Checking* **statement**
**July 1, 2024 to July 31, 2024**



# *Commercial Checking* account details: ███ 3638

## Transfer from other accounts this statement period

| Date | Amount | Activity | Bank reference number |
|---|---|---|---|
| Jul 15 | 1,090.33 | Automatic Transfer From Account Xxxxxx1654 | I-GEN10107 |

**Total Transferred from Other Accounts: $1,090.33**
**Total Number of Transfers from Other Accounts: 1**

## Checks paid this statement period

\* Symbol indicates a break in check number sequence
\# Symbol indicates an original item not enclosed
@ Symbol indicates a break in check number sequence and an original item not enclosed

| Check Number | Amount | Date Paid | Bank Reference Number |
|---|---|---|---|
| #6722 | -1,090.33 | Jul 15 | 0970041879 |

**Total checks paid this statement period: -$1,090.33**
**Total number of checks paid this statement period: 1**

 ## Lowest daily balance

Your lowest daily balance this statement period was **$0.00** on **July 1, 2024**.

**Commercial Checking statement**
**July 1, 2024 to July 31, 2024**

# Commercial Checking: ████3638

**PLEASE EXAMINE THIS STATEMENT PROMPTLY**
**Reporting Errors and Unauthorized Transactions**

**Personal Accounts:** *Electronic Funds Transfers:* In Case of Errors (including unauthorized electronic transactions) or Questions About Your Electronic Transfers: Call us at the telephone number printed on the first page of this statement or write us at the address printed on the first page of this statement as soon as you can, if you think this statement or your receipt is wrong or if you need more information about a transfer on the statement or receipt. For pre-authorized transfers (e.g., insurance payments, etc.), call us at the telephone number printed on the first page or write us at Comerica Bank – Electronic Services Department, Attn: Research, P.O. Box 75000, Detroit, Michigan 48275-7570. For Comerica ATM Card or Comerica Check Card transactions, call us at the telephone number printed on the first page or write us at Comerica Bank – Electronic Processing, P.O. Box 75000, Detroit, Michigan 48275-7584. We must hear from you no later than 60 days after we sent you the FIRST statement on which the Error or problem appeared.

When reporting the Error: (1) tell us your name and account number (if any); (2) describe the Error (an Error includes an unauthorized electronic funds transfer) or the electronic transfer you are unsure about, and explain as clearly as you can why you believe it is an Error or why you need more information; and (3) tell us the dollar amount of the suspected Error or the transaction you question.

If you tell us orally, we may require that you send us your complaint or question in writing within 10 business days. If you fail to do so, and your account is a personal account, we are not obligated to give you provisional credit for the amount of your claim while we investigate your claim. We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error so that you will have the use of the money during the time it takes us to complete our investigation.

*Comerica Debit Card Transactions:* Notwithstanding the above information, if your account was debited for a transaction resulting from the use of your Comerica Debit Card or Debit Card number, you may have additional rights and protections. See the Comerica Business and Personal Deposit Account Contract for specific information.

*Checks and Other Non-Electronic Funds Transfer Transactions:* If you need a copy of a check or additional information about a transaction, you can call us at the telephone number on the first page of this statement. State law and the terms of the Business and Personal Deposit Contract govern your liability and the Bank's for fraudulent checks and non electronic funds transfer transactions. The best way to limit your possible loss is to report any unauthorized activity involving your account as soon as possible but always within 30 days of when we sent the statement to you or otherwise made the information available to you. See the Comerica Business and Personal Deposit Contract for further details.

**Business Accounts:** *Electronic Transactions:* If you think this statement shows an Error (an Error includes an unauthorized electronic transaction) or an ATM receipt you received is wrong or if you need more information about an electronic transaction listed on the statement, call or write us as soon as possible at the telephone number or address printed on the first page but always within 30 days of when we first made the information available to you regarding the transaction. For pre-authorized transfers (e.g., insurance payment, etc.), call us at the telephone number printed on the first page or write us at Comerica Bank – Electronic Services Department, Attn: Research, P.O. Box 75000, Detroit, Michigan 48275-7570. For Comerica ATM Card or Comerica Business Check Card transactions, call us at the telephone number printed on the first page or write us at Comerica Bank – Electronic Processing, P.O. Box 75000, Detroit, Michigan 48275-7584. For all claims related to an electronic transaction, we must hear from you no later than 30 days after we first made the information available to you regarding the transaction otherwise you may waive your right to recover for the loss you incurred. Call or write us as soon as possible at the telephone number or address printed on the first page and (1) tell us your name and account number; (2) describe the Error or transaction you are unsure about, and explain as clearly as you can why you believe it is an Error or why you need more information; and (3) tell us the dollar amount of the suspected Error. We reserve the right to require that you complete an affidavit regarding claims of unauthorized transactions. If we timely receive your claim, we will investigate your claim and correct any Errors within the time frame required by law. If the claim is for an unauthorized electronic transaction and we find your claim genuine, we will process your claim in accordance with ACH rules or other applicable electronic clearinghouse rules. To the extent we recover we will refund to you the recovery. If an electronic transaction, including wire transfer was conducted in accordance with the terms of an electronic service you agreed to obtain from us, the terms of that agreement will govern whether the transaction in question is authorized or not.

*Comerica Business Check Card Transactions:* If your account was debited for a transaction resulting from the use of your Comerica Business Check Card or Check Card number (does not apply to ATM Cards or Comerica Check Cards that are not activated) or if your claim is related to an electronic debit transaction resulting from the use of your Comerica Check Card or Check Card number, you may have rights and protections in addition to those described above. See the Comerica Business and Personal Deposit Account Contract for specific information.

*Checks and Other Non-Electronic Transactions:* If you need a copy of a check or additional information about a non-electronic transaction, you can call us at the telephone number on the first page of this statement. State law and the terms of the Business and Personal Deposit Contract govern your liability and the Bank's for fraudulent checks and non electronic transactions. The best way to limit your possible loss is to report any unauthorized activity involving your account as soon as possible but always within 30 days of when we sent the statement to you or otherwise made the information available to you. See the Business and Personal Deposit Contract for further details. You should keep this statement for your records.

**Balancing Your Account:** For assistance on how to balance your account, please call us at the phone number listed on your account statement or visit your local Comerica banking center.

Equal Opportunity Lender   Rev. 10-23                          MEMBER FDIC
www.comerica.com

80931

LANDMARK WORLDWIDE LLC
REFUND
ATTN STEVE ALLAN
353 SACRAMENTO ST STE 200
SAN FRANCISCO CA 94111

*Commercial Checking* statement

**July 1, 2024 to July 31, 2024**
**Account number**      3604
**Previous account number**      4785

# Account summary

| | |
|---|---|
| **Beginning balance**<br>**on July 1, 2024** | **$0.00** |
| Plus deposits | |
| Transfers from other accounts | $1,585.00 |
| Less withdrawals | |
| Checks | -$1,385.00 |
| Electronic (EFT) withdrawals | -$200.00 |
| **Ending balance**<br>**on July 31, 2024** | **$0.00** |

**To contact us**

**Call**
(800) 522-2265
**Visit our web site**
www.comerica.com

**Write to us**
COMERICA BANK
1 EMBARCADERO CTR - STREET LEVEL
SAN FRANCISCO, CA 94111-3600-4331

**Important information**

The Account Balance Fee for this statement
period for this account is $0.125/$1,000.

Thank you

***Commercial Checking*** statement
**July 1, 2024 to July 31, 2024**



# ***Commercial Checking*** account details: ██████3604

## Transfer from other accounts this statement period

| Date | Amount | Activity | Bank reference number |
|------|--------|----------|-----------------------|
| Jul 05 | 545.00 | Automatic Transfer From Account Xxxxxx1654 | I-GEN10122 |
| Jul 09 | 165.00 | Automatic Transfer From Account Xxxxxx1654 | I-GEN10091 |
| Jul 23 | 200.00 | Automatic Transfer From Account Xxxxxx1654 | I-GEN10107 |
| Jul 29 | 675.00 | Automatic Transfer From Account Xxxxxx1654 | I-GEN10109 |

**Total Transferred from Other Accounts: $1,585.00**

**Total Number of Transfers from Other Accounts: 4**

## Checks paid this statement period

\* Symbol indicates a break in check number sequence

\# Symbol indicates an original item not enclosed

@ Symbol indicates a break in check number sequence and an original item not enclosed

| Check Number | Amount | Date Paid | Bank Reference Number | Check Number | Amount | Date Paid | Bank Reference Number |
|--------------|--------|-----------|-----------------------|--------------|--------|-----------|-----------------------|
| #27881 | -675.00 | Jul 29 | 0970048440 | @27887 | -545.00 | Jul 05 | 0970273990 |
| | | | | #27888 | -165.00 | Jul 09 | 0970037215 |

**Total checks paid this statement period: -$1,385.00**

**Total number of checks paid this statement period: 3**

## Electronic withdrawals this statement period

| Date | Amount ($) | Activity | Reference numbers Customer | Bank |
|------|-----------|----------|----------------------------|------|
| Jul 23 | -200.00 | Landmark Ww Cons Cp 240723 -sett-tpa ACH | | 9488371222 |

**Total Electronic Withdrawals: -$200.00**

**Total Number of Electronic Withdrawals: 1**

 ## Lowest daily balance

Your lowest daily balance this statement period was **$0.00** on **July 1, 2024**.

**Commercial Checking statement**
**July 1, 2024 to July 31, 2024**

# Commercial Checking: ███ 3604

**PLEASE EXAMINE THIS STATEMENT PROMPTLY**
**Reporting Errors and Unauthorized Transactions**
**Personal Accounts:** *Electronic Funds Transfers:* In Case of Errors (including unauthorized electronic transactions) or Questions About Your Electronic Transfers: Call us at the telephone number printed on the first page of this statement or write us at the address printed on the first page of this statement as soon as you can, if you think this statement or your receipt is wrong or if you need more information about a transfer on the statement or receipt. For pre-authorized transfers (e.g., insurance payments, etc.), call us at the telephone number printed on the first page or write us at Comerica Bank – Electronic Services Department, Attn: Research, P.O. Box 75000, Detroit, Michigan 48275-7570. For Comerica ATM Card or Comerica Check Card transactions, call us at the telephone number printed on the first page or write us at Comerica Bank – Electronic Processing, P.O. Box 75000, Detroit, Michigan 48275-7584. We must hear from you no later than 60 days after we sent you the FIRST statement on which the Error or problem appeared.

When reporting the Error: (1) tell us your name and account number (if any); (2) describe the Error (an Error includes an unauthorized electronic funds transfer) or the electronic transfer you are unsure about, and explain as clearly as you can why you believe it is an Error or why you need more information; and (3) tell us the dollar amount of the suspected Error or the transaction you question.

If you tell us orally, we may require that you send us your complaint or question in writing within 10 business days. If you fail to do so, and your account is a personal account, we are not obligated to give you provisional credit for the amount of your claim while we investigate your claim. We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error so that you will have the use of the money during the time it takes us to complete our investigation.

*Comerica Debit Card Transactions:* Notwithstanding the above information, if your account was debited for a transaction resulting from the use of your Comerica Debit Card or Debit Card number, you may have additional rights and protections. See the Comerica Business and Personal Deposit Account Contract for specific information.

*Checks and Other Non-Electronic Funds Transfer Transactions:* If you need a copy of a check or additional information about a transaction, you can call us at the telephone number on the first page of this statement. State law and the terms of the Business and Personal Deposit Contract govern your liability and the Bank's for fraudulent checks and non electronic funds transfer transactions. The best way to limit your possible loss is to report any unauthorized activity involving your account as soon as possible but always within 30 days of when we sent the statement to you or otherwise made the information available to you. See the Comerica Business and Personal Deposit Contract for further details.

**Business Accounts:** *Electronic Transactions:* If you think this statement shows an Error (an Error includes an unauthorized electronic transaction) or an ATM receipt you received is wrong or if you need more information about an electronic transaction listed on the statement, call or write us as soon as possible at the telephone number or address printed on the first page but always within 30 days of when we first made the information available to you regarding the transaction. For pre-authorized transfers (e.g., insurance payment, etc.), call us at the telephone number printed on the first page or write us at Comerica Bank – Electronic Services Department, Attn: Research, P.O. Box 75000, Detroit, Michigan 48275-7570. For Comerica ATM Card or Comerica Business Check Card transactions, call us at the telephone number printed on the first page or write us at Comerica Bank – Electronic Processing, P.O. Box 75000, Detroit, Michigan 48275-7584. For all claims related to an electronic transaction, we must hear from you no later than 30 days after we first made the information available to you regarding the transaction otherwise you may waive your right to recover for the loss you incurred. Call or write us as soon as possible at the telephone number or address printed on the first page and (1) tell us your name and account number; (2) describe the Error or transaction you are unsure about, and explain as clearly as you can why you believe it is an Error or why you need more information; and (3) tell us the dollar amount of the suspected Error. We reserve the right to require that you complete an affidavit regarding claims of unauthorized transactions. If we timely receive your claim, we will investigate your claim and correct any Errors within the time frame required by law. If the claim is for an unauthorized electronic transaction and we find your claim genuine, we will process your claim in accordance with ACH rules or other applicable electronic clearinghouse rules. To the extent we recover we will refund to you the recovery. If an electronic transaction, including wire transfer was conducted in accordance with the terms of an electronic service you agreed to obtain from us, the terms of that agreement will govern whether the transaction in question is authorized or not.

*Comerica Business Check Card Transactions:* If your account was debited for a transaction resulting from the use of your Comerica Business Check Card or Check Card number (does not apply to ATM Cards or Comerica Check Cards that are not activated) or if your claim is related to an electronic debit transaction resulting from the use of your Comerica Check Card or Check Card number, you may have rights and protections in addition to those described above. See the Comerica Business and Personal Deposit Account Contract for specific information.

*Checks and Other Non-Electronic Transactions:* If you need a copy of a check or additional information about a non-electronic transaction, you can call us at the telephone number on the first page of this statement. State law and the terms of the Business and Personal Deposit Contract govern your liability and the Bank's for fraudulent checks and non electronic transactions. The best way to limit your possible loss is to report any unauthorized activity involving your account as soon as possible but always within 30 days of when we sent the statement to you or otherwise made the information available to you. See the Business and Personal Deposit Contract for further details. You should keep this statement for your records.

**Balancing Your Account:** For assistance on how to balance your account, please call us at the phone number listed on your account statement or visit your local Comerica banking center.

80931

Ⅱ.ⅼ.ⅼ.ⅼ.ⅼ.ⅼ.ⅼ.ⅼ.ⅼ.ⅼ.ⅼ.ⅼ.ⅼ.ⅼ.ⅼ.Ⅱ
LANDMARK WORLDWIDE LLC
ATTN STEVE ALLAN
15 RAILROAD AVENUE, #1008
DANVILLE CA 94526

## *Commercial Checking* statement

**July 1, 2024** to **July 31, 2024**
**Account number** ████ 3489
**Previous account number** ████ 4645

## Account summary

| | |
|---|---|
| **Beginning balance** | |
| **on July 1, 2024** | **$0.00** |
| Plus deposits | |
| Electronic deposits | $1,721,970.61 |
| Other deposits | $36,367.71 |
| | |
| Less withdrawals | |
| Electronic (EFT) withdrawals | -$29,525.82 |
| Fees and service charges | -$4,247.52 |
| Transfers to other accounts | -$1,724,564.98 |
| | |
| **Ending balance** | |
| **on July 31, 2024** | **$0.00** |

To contact us

**Call**
(800) 522-2265
**Visit our web site**
www.comerica.com

**Write to us**
COMERICA BANK
1 EMBARCADERO CTR - STREET LEVEL
SAN FRANCISCO, CA 94111-3600-4331

Important information

The Account Balance Fee for this statement
period for this account is $0.125/$1,000.

Thank you

*Commercial Checking* statement
**July 1, 2024 to July 31, 2024**

# *Commercial Checking* account details: ████ 3489

## Electronic deposits this statement period

| | | | Reference numbers | |
| Date | Amount | Activity | Customer | Bank |
|------|--------|----------|----------|------|
| Jul 01 | 60,193.47 | Braintree Funding 8rtr2y | | 9488598317 |
| Jul 01 | 76.30 | Amazon.com, Inc. Payments Fcs002245336942 | | 9488957811 |
| Jul 01 | 3.58 | Amazon.com.ca Ul Payment 240701 | | 9488708852 |
| Jul 01 | 1.01 | Amazon Media Eu Payment 240701 | | 9488226954 |
| Jul 01 | 0.96 | Amazon Media Eu Payment 240701 | | 9488226601 |
| Jul 01 | 0.95 | Amazon Media Eu Payment 240701 | | 9488226842 |
| Jul 01 | 0.85 | Amazon Australia Payment 240701 | | 9488709124 |
| Jul 01 | 0.82 | Amazon As4651787 Edi Pymnts Fcs002238510462 | | 9488893981 |
| Jul 02 | 51,097.66 | Braintree Funding 4qt444 | | 9488634129 |
| Jul 03 | 92,223.41 | Braintree Funding 875yp4 | | 9488101972 |
| Jul 05 | 55,714.68 | Braintree Funding 33p5v8 | | 9488487206 |
| Jul 08 | 86,435.75 | Braintree Funding B2jp7j | | 9488162746 |
| Jul 09 | 47,682.75 | Braintree Funding 2skqxj | | 9488765540 |
| Jul 10 | 44,778.42 | Braintree Funding 3j2q2d | | 9488930761 |
| Jul 11 | 55,101.83 | Braintree Funding Jz3bz8 | | 9488028044 |
| Jul 12 | 32,773.50 | Braintree Funding Chy6hj | | 9488169927 |
| Jul 15 | 100,000.00 | Landmark Worldwi Sender 240715 730854874 | | 9488452329 |
| Jul 15 | 78,613.75 | Braintree Funding 6jxcyp | | 9488489449 |
| Jul 15 | 1,300.00 | Wire # 000522 Org 1/stefanie Hal Fed # 000135 | | 9485000209 |
| Jul 15 | 1,200.00 | Wire # 002677 Org 1/stefanie Hal Fed # 000582 | | 9485000210 |
| Jul 16 | 68,237.81 | Braintree Funding 2nkj2y | | 9488095332 |
| Jul 17 | 124,759.63 | Braintree Funding 6mphyp | | 9488315247 |
| Jul 17 | 61,000.00 | Landmark Worldwi Sender 240717 731300882 | | 9488281436 |
| Jul 17 | 27,000.00 | Landmark Worldwi Sender 240717 731301028 | | 9488281437 |
| Jul 18 | 67,168.00 | Braintree Funding D5t7gy | | 9488411118 |
| Jul 18 | 42,726.00 | Panda Restaurant Ap Payment | | 9488376329 |
| Jul 19 | 80,999.67 | Braintree Funding 6jj5v8 | | 9488527895 |
| Jul 22 | 43,662.50 | Braintree Funding Jyfzry | | 9488706166 |
| Jul 23 | 72,966.50 | Braintree Funding D6rgtp | | 9488210920 |
| Jul 24 | 126,335.25 | Braintree Funding 8bj6hj | | 9488550520 |
| Jul 25 | 56,869.75 | Braintree Funding 498cdp | | 9488591533 |
| Jul 26 | 73,959.01 | Braintree Funding H8zfry | | 9488786832 |
| Jul 29 | 61,370.17 | Braintree Funding Fzrnghj | | 9488170149 |
| Jul 29 | 67.02 | Amazon.com, Inc. Payments Fcs002296548042 | | 9488750773 |
| Jul 29 | 18.65 | Amazon Media Eu Payment 240729 | | 9488963621 |
| Jul 29 | 4.90 | Amazon As4721099 Edi Pymnts Fcs002288911642 | | 9488373283 |
| Jul 29 | 3.87 | Amazon Media Eu Payment 240729 | | 9488275307 |
| Jul 29 | 1.03 | Amazon.com.ca Ul Payment 240729 | | 9488275195 |
| Jul 30 | 33,249.92 | Braintree Funding Gckhqt | | 9488758166 |
| Jul 31 | 74,371.24 | Braintree Funding Bms26d | | 9488756574 |

**Total Electronic Deposits: $1,721,970.61**
**Total Number of Electronic Deposits: 40**

## Other deposits this statement period

| | | | Reference numbers | |
| Date | Amount ($) | Activity | Customer | Bank |
|------|-----------|----------|----------|------|
| Jul 12 | 35,565.35 | Wholesale Lockbox Deposit | 670780 | 0880015517 |
| Jul 26 | 802.36 | Wholesale Lockbox Deposit | 670780 | 0880019850 |

**Total Other Deposits: $36,367.71**
**Total Number of Other Deposits: 2**

*Commercial Checking* **statement**
**July 1, 2024 to July 31, 2024**

# Commercial Checking: ███3489

## Electronic withdrawals this statement period

| | | | Reference numbers | |
| Date | Amount ($) | Activity | Customer | Bank |
| --- | --- | --- | --- | --- |
| Jul 05 | -22,684.86 | Braintree Funding 6yv7wd | | 9488491648 |
| Jul 05 | -6,840.96 | Braintree Funding Bw29xj | | 9488491632 |

**Total Electronic Withdrawals: -$29,525.82**
**Total Number of Electronic Withdrawals: 2**

## Fees and service charges this statement period

| Date | Amount ($) | Activity | Bank reference number |
| --- | --- | --- | --- |
| Jul 12 | -4,247.52 | Service Charge | 0000027830 |

**Total Fees and Service Charges: -$4,247.52**

**Total Number of Fees and Service Charges: 1**

## Transfers to other accounts this statement period

| Date | Amount ($) | Activity | Bank reference number |
| --- | --- | --- | --- |
| Jul 01 | -60,277.94 | Automatic Transfer  To  Account Xxxxxx1654 | I-GEN10111 |
| Jul 02 | -51,097.66 | Automatic Transfer  To  Account Xxxxxx1654 | I-GEN10107 |
| Jul 03 | -92,223.41 | Automatic Transfer  To  Account Xxxxxx1654 | I-GEN10103 |
| Jul 05 | -26,188.86 | Automatic Transfer  To  Account Xxxxxx1654 | I-GEN10118 |
| Jul 08 | -86,435.75 | Automatic Transfer  To  Account Xxxxxx1654 | I-GEN10114 |
| Jul 09 | -47,682.75 | Automatic Transfer  To  Account Xxxxxx1654 | I-GEN10089 |
| Jul 10 | -44,778.42 | Automatic Transfer  To  Account Xxxxxx1654 | I-GEN10103 |
| Jul 11 | -55,101.83 | Automatic Transfer  To  Account Xxxxxx1654 | I-GEN10105 |
| Jul 12 | -64,091.33 | Automatic Transfer  To  Account Xxxxxx1654 | I-GEN10133 |
| Jul 15 | -181,113.75 | Automatic Transfer  To  Account Xxxxxx1654 | I-GEN10103 |
| Jul 16 | -68,237.81 | Automatic Transfer  To  Account Xxxxxx1654 | I-GEN10095 |
| Jul 17 | -212,759.63 | Automatic Transfer  To  Account Xxxxxx1654 | I-GEN10107 |
| Jul 18 | -109,894.00 | Automatic Transfer  To  Account Xxxxxx1654 | I-GEN10117 |
| Jul 19 | -80,999.67 | Automatic Transfer  To  Account Xxxxxx1654 | I-GEN10127 |
| Jul 22 | -43,662.50 | Automatic Transfer  To  Account Xxxxxx1654 | I-GEN10119 |
| Jul 23 | -72,966.50 | Automatic Transfer  To  Account Xxxxxx1654 | I-GEN10105 |
| Jul 24 | -126,335.25 | Automatic Transfer  To  Account Xxxxxx1654 | I-GEN10103 |
| Jul 25 | -56,869.75 | Automatic Transfer  To  Account Xxxxxx1654 | I-GEN10109 |
| Jul 26 | -74,761.37 | Automatic Transfer  To  Account Xxxxxx1654 | I-GEN10107 |
| Jul 29 | -61,465.64 | Automatic Transfer  To  Account Xxxxxx1654 | I-GEN10105 |
| Jul 30 | -33,249.92 | Automatic Transfer  To  Account Xxxxxx1654 | I-GEN10101 |
| Jul 31 | -74,371.24 | Automatic Transfer  To  Account Xxxxxx1654 | I-GEN10103 |

**Total Transferred to Other Accounts: -$1,724,564.98**
**Total Number of Transfers to Other Accounts: 22**

 ## Lowest daily balance

Your lowest daily balance this statement period was **$0.00**
on **July 1, 2024**.

**Commercial Checking statement**
**July 1, 2024 to July 31, 2024**

# Commercial Checking: ████ 3489

## PLEASE EXAMINE THIS STATEMENT PROMPTLY
### Reporting Errors and Unauthorized Transactions

**Personal Accounts:** *Electronic Funds Transfers:* In Case of Errors (including unauthorized electronic transactions) or Questions About Your Electronic Transfers: Call us at the telephone number printed on the first page of this statement or write us at the address printed on the first page of this statement as soon as you can, if you think this statement or your receipt is wrong or if you need more information about a transfer on the statement or receipt. For pre-authorized transfers (e.g., insurance payments, etc.), call us at the telephone number printed on the first page or write us at Comerica Bank – Electronic Services Department, Attn: Research, P.O. Box 75000, Detroit, Michigan 48275-7570. For Comerica ATM Card or Comerica Check Card transactions, call us at the telephone number printed on the first page or write us at Comerica Bank – Electronic Processing, P.O. Box 75000, Detroit, Michigan 48275-7584. We must hear from you no later than 60 days after we sent you the FIRST statement on which the Error or problem appeared.

When reporting the Error: (1) tell us your name and account number (if any); (2) describe the Error (an Error includes an unauthorized electronic funds transfer) or the electronic transfer you are unsure about, and explain as clearly as you can why you believe it is an Error or why you need more information; and (3) tell us the dollar amount of the suspected Error or the transaction you question.

If you tell us orally, we may require that you send us your complaint or question in writing within 10 business days. If you fail to do so, and your account is a personal account, we are not obligated to give you provisional credit for the amount of your claim while we investigate your claim. We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error so that you will have the use of the money during the time it takes us to complete our investigation.

*Comerica Debit Card Transactions:* Notwithstanding the above information, if your account was debited for a transaction resulting from the use of your Comerica Debit Card or Debit Card number, you may have additional rights and protections. See the Comerica Business and Personal Deposit Account Contract for specific information.

*Checks and Other Non-Electronic Funds Transfer Transactions:* If you need a copy of a check or additional information about a transaction, you can call us at the telephone number on the first page of this statement. State law and the terms of the Business and Personal Deposit Contract govern your liability and the Bank's for fraudulent checks and non electronic funds transfer transactions. The best way to limit your possible loss is to report any unauthorized activity involving your account as soon as possible but always within 30 days of when we sent the statement to you or otherwise made the information available to you. See the Comerica Business and Personal Deposit Contract for further details.

**Business Accounts:** *Electronic Transactions:* If you think this statement shows an Error (an Error includes an unauthorized electronic transaction) or an ATM receipt you received is wrong or if you need more information about an electronic transaction listed on the statement, call or write us as soon as possible at the telephone number or address printed on the first page but always within 30 days of when we first made the information available to you regarding the transaction. For pre-authorized transfers (e.g., insurance payment, etc.), call us at the telephone number printed on the first page or write us at Comerica Bank – Electronic Services Department, Attn: Research, P.O. Box 75000, Detroit, Michigan 48275-7570. For Comerica ATM Card or Comerica Business Check Card transactions, call us at the telephone number printed on the first page or write us at Comerica Bank – Electronic Processing, P.O. Box 75000, Detroit, Michigan 48275-7584. For all claims related to an electronic transaction, we must hear from you no later than 30 days after we first made the information available to you regarding the transaction otherwise you may waive your right to recover for the loss you incurred. Call or write us as soon as possible at the telephone number or address printed on the first page and (1) tell us your name and account number; (2) describe the Error or transaction you are unsure about, and explain as clearly as you can why you believe it is an Error or why you need more information; and (3) tell us the dollar amount of the suspected Error. We reserve the right to require that you complete an affidavit regarding claims of unauthorized transactions. If we timely receive your claim, we will investigate your claim and correct any Errors within the time frame required by law. If the claim is for an unauthorized electronic transaction and we find your claim genuine, we will process your claim in accordance with ACH rules or other applicable electronic clearinghouse rules. To the extent we recover we will refund to you the recovery. If an electronic transaction, including wire transfer was conducted in accordance with the terms of an electronic service you agreed to obtain from us, the terms of that agreement will govern whether the transaction in question is authorized or not.

*Comerica Business Check Card Transactions:* If your account was debited for a transaction resulting from the use of your Comerica Business Check Card or Check Card number (does not apply to ATM Cards or Comerica Check Cards that are not activated) or if your claim is related to an electronic debit transaction resulting from the use of your Comerica Check Card or Check Card number, you may have rights and protections in addition to those described above. See the Comerica Business and Personal Deposit Account Contract for specific information.

*Checks and Other Non-Electronic Transactions:* If you need a copy of a check or additional information about a non-electronic transaction, you can call us at the telephone number on the first page of this statement. State law and the terms of the Business and Personal Deposit Contract govern your liability and the Bank's for fraudulent checks and non electronic transactions. The best way to limit your possible loss is to report any unauthorized activity involving your account as soon as possible but always within 30 days of when we sent the statement to you or otherwise made the information available to you. See the Business and Personal Deposit Contract for further details. You should keep this statement for your records.

**Balancing Your Account:** For assistance on how to balance your account, please call us at the phone number listed on your account statement or visit your local Comerica banking center.

80931

LANDMARK WORLDWIDE LLC
ATTN STEVE ALLAN
353 SACRAMENTO ST STE 200
SAN FRANCISCO CA 94111

*Commercial Checking* statement

**July 1, 2024** to **July 31, 2024**
**Account number** █████ 3620
**Previous account number** ████ 4807

# Account summary

| | |
|---|---:|
| **Beginning balance** on July 1, 2024 | **$0.00** |
| Plus deposits | |
| Electronic deposits | $40,091.14 |
| Transfers from other accounts | $820,383.96 |
| Less withdrawals | |
| Checks | -$34,676.03 |
| Electronic (EFT) withdrawals | -$809,322.52 |
| Transfers to other accounts | -$16,476.55 |
| **Ending balance** on July 31, 2024 | **$0.00** |

**To contact us**

**Call**
(800) 522-2265
**Visit our web site**
www.comerica.com

**Write to us**
COMERICA BANK
1 EMBARCADERO CTR - STREET LEVEL
SAN FRANCISCO, CA 94111-3600-4331

**Important information**

The Account Balance Fee for this statement period for this account is $0.125/$1,000.

Thank you

*Commercial Checking* statement
**July 1, 2024 to July 31, 2024**

# *Commercial Checking* account details: ███3620

## Electronic deposits this statement period

| Date | Amount | Activity | Reference numbers Customer | Bank |
|------|--------|----------|----------------------------|------|
| Jul 03 | 16,476.55 | Barabbas Road Ch ACH Pmt 240703 11136851633 | | 9488092364 |
| Jul 15 | 10,328.44 | Return Settle Return 240715 -sett-ca Auto | | 9488158635 |
| Jul 17 | 2,486.15 | Return Settle Return 240717 -sett-ca Auto | | 9488470148 |
| Jul 18 | 10,800.00 | Return Settle Return 240718 -sett-ca Auto | | 9488601377 |

**Total Electronic Deposits: $40,091.14**

**Total Number of Electronic Deposits: 4**

## Transfer from other accounts this statement period

| Date | Amount | Activity | Bank reference number |
|------|--------|----------|-----------------------|
| Jul 01 | 65,825.28 | Automatic Transfer From Account Xxxxxx1654 | I-GEN10115 |
| Jul 02 | 484,912.15 | Automatic Transfer From Account Xxxxxx1654 | I-GEN10111 |
| Jul 05 | 957.32 | Automatic Transfer From Account Xxxxxx1654 | I-GEN10124 |
| Jul 08 | 53,868.85 | Automatic Transfer From Account Xxxxxx1654 | I-GEN10118 |
| Jul 10 | 543.84 | Automatic Transfer From Account Xxxxxx1654 | I-GEN10107 |
| Jul 11 | 28,335.81 | Automatic Transfer From Account Xxxxxx1654 | I-GEN10109 |
| Jul 15 | 33,671.56 | Automatic Transfer From Account Xxxxxx1654 | I-GEN10105 |
| Jul 16 | 10,735.94 | Automatic Transfer From Account Xxxxxx1654 | I-GEN10099 |
| Jul 17 | 8,983.86 | Automatic Transfer From Account Xxxxxx1654 | I-GEN10111 |
| Jul 18 | 14,043.73 | Automatic Transfer From Account Xxxxxx1654 | I-GEN10121 |
| Jul 19 | 52,457.09 | Automatic Transfer From Account Xxxxxx1654 | I-GEN10131 |
| Jul 22 | 4,558.54 | Automatic Transfer From Account Xxxxxx1654 | I-GEN10123 |
| Jul 24 | 1,429.96 | Automatic Transfer From Account Xxxxxx1654 | I-GEN10107 |
| Jul 25 | 1,377.48 | Automatic Transfer From Account Xxxxxx1654 | I-GEN10113 |
| Jul 26 | 55.36 | Automatic Transfer From Account Xxxxxx1654 | I-GEN10111 |
| Jul 29 | 212.91 | Automatic Transfer From Account Xxxxxx1654 | I-GEN10111 |
| Jul 30 | 41,199.16 | Automatic Transfer From Account Xxxxxx1654 | I-GEN10105 |
| Jul 31 | 17,215.12 | Automatic Transfer From Account Xxxxxx1654 | I-GEN10107 |

**Total Transferred from Other Accounts: $820,383.96**

**Total Number of Transfers from Other Accounts: 18**

## Checks paid this statement period

\* Symbol indicates a break in check number sequence

\# Symbol indicates an original item not enclosed

@ Symbol indicates a break in check number sequence and an original item not enclosed

| Check Number | Amount | Date Paid | Bank Reference Number | Check Number | Amount | Date Paid | Bank Reference Number |
|--------------|--------|-----------|-----------------------|--------------|--------|-----------|-----------------------|
| #127888 | -19,085.59 | Jul 11 | 0970221369 | @127895 | -205.00 | Jul 16 | 0970018112 |
| #127889 | -188.35 | Jul 02 | 0970296612 | #127896 | -8,044.79 | Jul 16 | 0970041543 |
| #127890 | -1,703.66 | Jul 01 | 0970133925 | #127897 | -4,218.91 | Jul 15 | 0970111610 |
| @127892 | -190.00 | Jul 22 | 0970050647 | #127898 | -135.00 | Jul 22 | 0970418910 |
| #127893 | -55.50 | Jul 15 | 0970100171 | @127900 | -849.23 | Jul 25 | 0970046728 |

**Total checks paid this statement period: -$34,676.03**

**Total number of checks paid this statement period: 10**

*Commercial Checking* **statement**
**July 1, 2024 to July 31, 2024**

# Commercial Checking: ████3620

## Electronic withdrawals this statement period

| | | | Reference numbers | |
|---|---|---|---|---|
| Date | Amount ($) | Activity | Customer | Bank |
| Jul 01 | -48,361.96 | Landmark Ww-ap Cons Cp 240701 -sett-tpa ACH | | 9488158848 |
| Jul 01 | -15,759.66 | Con Ed Of NY Cecony 240628 28721340009 | | 9488544205 |
| Jul 02 | -484,723.80 | Landmark Ww-ap Cons Cp 240702 -sett-tpa ACH | | 9488862054 |
| Jul 05 | -902.00 | Landmark Ww-ap Cons Cp 240705 -sett-tpa ACH | | 9488883793 |
| Jul 05 | -55.32 | Igs Energy Scana Bill Pay 240703 | | 9488869415 |
| Jul 08 | -53,748.02 | Fidelity Fprs 240705 40865 001 | | 9488057678 |
| Jul 08 | -82.12 | Fpl Direct Debit Elec Pymt 07/24 | | 9488584169 |
| Jul 08 | -38.71 | Landmark Ww-ap Cons Cp 240708 -sett-tpa ACH | | 9488693641 |
| Jul 10 | -543.84 | Quill Corporatio Bt0709 070924 000000279898543 | | 9488659177 |
| Jul 11 | -9,250.22 | Landmark Ww-ap Cons Cp 240711 -sett-tpa ACH | | 9488183063 |
| Jul 15 | -26,055.47 | Commercial Card Payments Landmark6203798 | | 9488573889 |
| Jul 15 | -13,648.84 | Landmark Ww-ap Cons Cp 240715 -sett-tpa ACH | | 9488994048 |
| Jul 15 | -21.28 | Public Service Pseg | | 9488403900 |
| Jul 16 | -2,486.15 | Landmark Ww-ap Broward 240716 -sett-tpa ACH | | 9488805506 |
| Jul 17 | -10,800.00 | Landmark Ww-ap Broward 240717 -sett-tpa ACH | | 9488470755 |
| Jul 17 | -670.01 | Comed Payments 240712 | | 9488515562 |
| Jul 18 | -10,800.00 | Wire # 008927 Bnf Smg Food And B Fed # 001016 | | 9485002260 |
| Jul 18 | -10,328.44 | Wire # 008589 Bnf Everlast Produ Fed # 000960 | | 9485002261 |
| Jul 18 | -2,486.15 | Wire # 008926 Bnf Smg        Fed # 001015 | | 9485002262 |
| Jul 18 | -1,229.14 | Xcel Energy-psco Xcelenergy | | 9488673731 |
| Jul 19 | -52,457.09 | Fidelity Fprs 240718 40865 001 | | 9488319518 |
| Jul 22 | -3,460.35 | Landmark Ww-ap Cons Cp 240722 -sett-tpa ACH | | 9488221594 |
| Jul 22 | -773.19 | Landmark Ww-ap Cons Cp 240722 -sett-tpa ACH | | 9488221475 |
| Jul 24 | -1,362.27 | WA Dept Revenue Tax Pymt 240722 13599145 | | 9488048759 |
| Jul 24 | -62.69 | Seattle&otax Taxpymt 240723 | | 9488530215 |
| Jul 24 | -4.00 | Filelocal Processfee 240723 | | 9488530217 |
| Jul 24 | -1.00 | Seattle Kubrafee Taxpymtfee 240723 | | 9488160669 |
| Jul 25 | -304.00 | Wex Health Inc Wh Admin | | 9488253230 |
| Jul 25 | -224.25 | Landmark Ww-ap Cons Cp 240725 -sett-tpa ACH | | 9488720314 |
| Jul 26 | -55.36 | Gas South Llc Gassouth 240725 | | 9488754675 |
| Jul 29 | -212.91 | Landmark Ww-ap Cons Cp 240729 -sett-tpa ACH | | 9488614048 |
| Jul 30 | -40,719.88 | Landmark Ww-ap Rent072924 240730 -sett-tpa ACH | | 9488930063 |
| Jul 30 | -479.28 | Landmark Ww-ap Adam C. 240730 -sett-tpa ACH | | 9488929857 |
| Jul 31 | -17,215.12 | Con Ed Of NY Cecony 240730 28721340009 | | 9488610178 |

**Total Electronic Withdrawals: -$809,322.52**
**Total Number of Electronic Withdrawals: 34**

## Transfers to other accounts this statement period

| Date | Amount ($) | Activity | Bank reference number |
|---|---|---|---|
| Jul 03 | -16,476.55 | Automatic Transfer To Account Xxxxxx1654 | I-GEN10107 |

**Total Transferred to Other Accounts: -$16,476.55**
**Total Number of Transfers to Other Accounts: 1**

 ## Lowest daily balance

Your lowest daily balance this statement period was **$0.00**
on **July 1, 2024**.

**Commercial Checking statement**
**July 1, 2024 to July 31, 2024**

# Commercial Checking: ▉▉▉3620

**PLEASE EXAMINE THIS STATEMENT PROMPTLY**
**Reporting Errors and Unauthorized Transactions**

**Personal Accounts:** *Electronic Funds Transfers:* In Case of Errors (including unauthorized electronic transactions) or Questions About Your Electronic Transfers: Call us at the telephone number printed on the first page of this statement or write us at the address printed on the first page of this statement as soon as you can, if you think this statement or your receipt is wrong or if you need more information about a transfer on the statement or receipt. For pre-authorized transfers (e.g., insurance payments, etc.), call us at the telephone number printed on the first page or write us at Comerica Bank – Electronic Services Department, Attn: Research, P.O. Box 75000, Detroit, Michigan 48275-7570. For Comerica ATM Card or Comerica Check Card transactions, call us at the telephone number printed on the first page or write us at Comerica Bank – Electronic Processing, P.O. Box 75000, Detroit, Michigan 48275-7584. We must hear from you no later than 60 days after we sent you the FIRST statement on which the Error or problem appeared.

When reporting the Error: (1) tell us your name and account number (if any); (2) describe the Error (an Error includes an unauthorized electronic funds transfer) or the electronic transfer you are unsure about, and explain as clearly as you can why you believe it is an Error or why you need more information; and (3) tell us the dollar amount of the suspected Error or the transaction you question.

If you tell us orally, we may require that you send us your complaint or question in writing within 10 business days. If you fail to do so, and your account is a personal account, we are not obligated to give you provisional credit for the amount of your claim while we investigate your claim. We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error so that you will have the use of the money during the time it takes us to complete our investigation.

*Comerica Debit Card Transactions:* Notwithstanding the above information, if your account was debited for a transaction resulting from the use of your Comerica Debit Card or Debit Card number, you may have additional rights and protections. See the Comerica Business and Personal Deposit Account Contract for specific information.

*Checks and Other Non-Electronic Funds Transfer Transactions:* If you need a copy of a check or additional information about a transaction, you can call us at the telephone number on the first page of this statement. State law and the terms of the Business and Personal Deposit Contract govern your liability and the Bank's for fraudulent checks and non electronic funds transfer transactions. The best way to limit your possible loss is to report any unauthorized activity involving your account as soon as possible but always within 30 days of when we sent the statement to you or otherwise made the information available to you. See the Comerica Business and Personal Deposit Contract for further details.

**Business Accounts:** *Electronic Transactions:* If you think this statement shows an Error (an Error includes an unauthorized electronic transaction) or an ATM receipt you received is wrong or if you need more information about an electronic transaction listed on the statement, call or write us as soon as possible at the telephone number or address printed on the first page but always within 30 days of when we first made the information available to you regarding the transaction. For pre-authorized transfers (e.g., insurance payment, etc.), call us at the telephone number printed on the first page or write us at Comerica Bank – Electronic Services Department, Attn: Research, P.O. Box 75000, Detroit, Michigan 48275-7570. For Comerica ATM Card or Comerica Business Check Card transactions, call us at the telephone number printed on the first page or write us at Comerica Bank – Electronic Processing, P.O. Box 75000, Detroit, Michigan 48275-7584. For all claims related to an electronic transaction, we must hear from you no later than 30 days after we first made the information available to you regarding the transaction otherwise you may waive your right to recover for the loss you incurred. Call or write us as soon as possible at the telephone number or address printed on the first page and (1) tell us your name and account number; (2) describe the Error or transaction you are unsure about, and explain as clearly as you can why you believe it is an Error or why you need more information; and (3) tell us the dollar amount of the suspected Error. We reserve the right to require that you complete an affidavit regarding claims of unauthorized transactions. If we timely receive your claim, we will investigate your claim and correct any Errors within the time frame required by law. If the claim is for an unauthorized electronic transaction and we find your claim genuine, we will process your claim in accordance with ACH rules or other applicable electronic clearinghouse rules. To the extent we recover we will refund to you the recovery. If an electronic transaction, including wire transfer was conducted in accordance with the terms of an electronic service you agreed to obtain from us, the terms of that agreement will govern whether the transaction in question is authorized or not.

*Comerica Business Check Card Transactions:* If your account was debited for a transaction resulting from the use of your Comerica Business Check Card or Check Card number (does not apply to ATM Cards or Comerica Check Cards that are not activated) or if your claim is related to an electronic debit transaction resulting from the use of your Comerica Check Card or Check Card number, you may have rights and protections in addition to those described above. See the Comerica Business and Personal Deposit Account Contract for specific information.

*Checks and Other Non-Electronic Transactions:* If you need a copy of a check or additional information about a non-electronic transaction, you can call us at the telephone number on the first page of this statement. State law and the terms of the Business and Personal Deposit Contract govern your liability and the Bank's for fraudulent checks and non electronic transactions. The best way to limit your possible loss is to report any unauthorized activity involving your account as soon as possible but always within 30 days of when we sent the statement to you or otherwise made the information available to you. See the Business and Personal Deposit Contract for further details. You should keep this statement for your records.

**Balancing Your Account:** For assistance on how to balance your account, please call us at the phone number listed on your account statement or visit your local Comerica banking center.

80931

Ilılıdıdıdıllıdılllıdılll
LANDMARK WORLDWIDE LLC
ATTN STEVE ALLAN
353 SACRAMENTO ST STE 200
SAN FRANCISCO CA 94111

*Commercial Checking* statement

**July 1, 2024** to **July 31, 2024**
**Account number** ▮▮▮▮2882

# Account summary

| | |
|---|---|
| **Beginning balance** | |
| **on July 1, 2024** | **$0.00** |
| Plus deposits | |
| Electronic deposits | $43,799.29 |
| Transfers from other accounts | $24.14 |
| Less withdrawals | |
| Electronic (EFT) withdrawals | -$855.00 |
| Transfers to other accounts | -$42,968.43 |
| **Ending balance** | |
| **on July 31, 2024** | **$0.00** |

**To contact us**

**Call**
(800) 522-2265
**Visit our web site**
www.comerica.com

**Write to us**
COMERICA BANK
1 EMBARCADERO CTR - STREET LEVEL
SAN FRANCISCO, CA 94111-3600-4331

**Important information**

The Account Balance Fee for this statement
period for this account is $0.125/$1,000.

Thank you

*Commercial Checking* **statement**
**July 1, 2024 to July 31, 2024**

# *Commercial Checking* account details: ▮▮▮2882

## Electronic deposits this statement period

| Date | Amount | Activity | Reference numbers Customer | Bank |
|------|--------|----------|---------|------|
| Jul 01 | 2,224.48 | Paypal Transfer 240628 | | 9488897557 |
| Jul 01 | 415.66 | Paypal Transfer 240628 | | 9488874553 |
| Jul 01 | 75.68 | Paypal Transfer 240628 | | 9488524874 |
| Jul 02 | 1,475.54 | Paypal Transfer 240701 | | 9488584182 |
| Jul 03 | 570.49 | Paypal Transfer 240702 | | 9488052399 |
| Jul 05 | 2,602.78 | Paypal Transfer 240703 | | 9488691845 |
| Jul 05 | 1,016.85 | Paypal Transfer 240703 | | 9488490862 |
| Jul 08 | 1,218.13 | Paypal Transfer 240705 | | 9488337407 |
| Jul 08 | 438.06 | Paypal Transfer 240705 | | 9488389491 |
| Jul 08 | 227.04 | Paypal Transfer 240705 | | 9488066683 |
| Jul 09 | 397.17 | Paypal Transfer 240708 | | 9488953382 |
| Jul 10 | 3,232.66 | Paypal Transfer 240709 | | 9488079786 |
| Jul 11 | 1,286.70 | Paypal Transfer 240710 | | 9488236572 |
| Jul 12 | 755.91 | Paypal Transfer 240711 | | 9488311170 |
| Jul 15 | 4,143.41 | Paypal Transfer 240712 | | 9488460495 |
| Jul 15 | 2,614.14 | Paypal Transfer 240712 | | 9488779802 |
| Jul 15 | 1,291.25 | Paypal Transfer 240712 | | 9487739982 |
| Jul 16 | 1,609.08 | Paypal Transfer 240715 | | 9488256197 |
| Jul 17 | 2,539.56 | Paypal Transfer 240716 | | 9488517355 |
| Jul 18 | 3,566.34 | Paypal Transfer 240717 | | 9488668690 |
| Jul 19 | 1,746.51 | Paypal Transfer 240718 | | 9488778346 |
| Jul 22 | 2,217.99 | Paypal Transfer 240719 | | 9488809172 |
| Jul 22 | 868.03 | Paypal Transfer 240719 | | 9488970359 |
| Jul 22 | 693.32 | Paypal Transfer 240719 | | 9488016937 |
| Jul 23 | 605.86 | Paypal Transfer 240722 | | 9488475155 |
| Jul 24 | 430.35 | Paypal Transfer 240723 | | 9488848548 |
| Jul 25 | 1,213.99 | Paypal Transfer 240724 | | 9488828737 |
| Jul 26 | 459.60 | Paypal Transfer 240725 | | 9488843311 |
| Jul 29 | 1,090.13 | Paypal Transfer 240726 | | 9488968152 |
| Jul 29 | 454.64 | Paypal Transfer 240726 | | 9488396931 |
| Jul 29 | 422.34 | Paypal Transfer 240726 | | 9488374962 |
| Jul 30 | 415.66 | Paypal Transfer 240729 | | 9488918496 |
| Jul 31 | 1,479.94 | Paypal Transfer 240730 | | 9488592001 |

**Total Electronic Deposits: $43,799.29**

**Total Number of Electronic Deposits: 33**

## Transfer from other accounts this statement period

| Date | Amount | Activity | Bank reference number |
|------|--------|----------|------------------------|
| Jul 23 | 24.14 | Automatic Transfer From Account Xxxxxx1654 | I-GEN10317 |

**Total Transferred from Other Accounts: $24.14**

**Total Number of Transfers from Other Accounts: 1**

## Electronic withdrawals this statement period

| Date | Amount ($) | Activity | Reference numbers Customer | Bank |
|------|-----------|----------|---------|------|
| Jul 03 | -30.00 | Paypal Inc Paypal | | 9488264848 |
| Jul 23 | -630.00 | Paypal Echeck 240722 | | 9488337083 |
| Jul 29 | -20.00 | Paypal Echeck 240726 | | 9488096565 |
| Jul 30 | -175.00 | Paypal Echeck 240729 | | 9488306455 |

**Total Electronic Withdrawals: -$855.00**

**Total Number of Electronic Withdrawals: 4**

*Commercial Checking* statement
**July 1, 2024 to July 31, 2024**

_____   _____   _____
                _____

# Commercial Checking: ███2882

## Transfers to other accounts this statement period

| Date | Amount ($) | Activity | Bank reference number |
|------|-----------|----------|----------------------|
| Jul 01 | -2,715.82 | Automatic Transfer To Account Xxxxxx1654 | I-GEN10301 |
| Jul 02 | -1,475.54 | Automatic Transfer To Account Xxxxxx1654 | I-GEN10285 |
| Jul 03 | -540.49 | Automatic Transfer To Account Xxxxxx1654 | I-GEN10339 |
| Jul 05 | -3,619.63 | Automatic Transfer To Account Xxxxxx1654 | I-GEN10314 |
| Jul 08 | -1,883.23 | Automatic Transfer To Account Xxxxxx1654 | I-GEN10306 |
| Jul 09 | -397.17 | Automatic Transfer To Account Xxxxxx1654 | I-GEN10319 |
| Jul 10 | -3,232.66 | Automatic Transfer To Account Xxxxxx1654 | I-GEN10321 |
| Jul 11 | -1,286.70 | Automatic Transfer To Account Xxxxxx1654 | I-GEN10277 |
| Jul 12 | -755.91 | Automatic Transfer To Account Xxxxxx1654 | I-GEN10403 |
| Jul 15 | -8,048.80 | Automatic Transfer To Account Xxxxxx1654 | I-GEN10375 |
| Jul 16 | -1,609.08 | Automatic Transfer To Account Xxxxxx1654 | I-GEN10271 |
| Jul 17 | -2,539.56 | Automatic Transfer To Account Xxxxxx1654 | I-GEN10335 |
| Jul 18 | -3,566.34 | Automatic Transfer To Account Xxxxxx1654 | I-GEN10303 |
| Jul 19 | -1,746.51 | Automatic Transfer To Account Xxxxxx1654 | I-GEN10341 |
| Jul 22 | -3,779.34 | Automatic Transfer To Account Xxxxxx1654 | I-GEN10349 |
| Jul 24 | -430.35 | Automatic Transfer To Account Xxxxxx1654 | I-GEN10339 |
| Jul 25 | -1,213.99 | Automatic Transfer To Account Xxxxxx1654 | I-GEN10349 |
| Jul 26 | -459.60 | Automatic Transfer To Account Xxxxxx1654 | I-GEN10319 |
| Jul 29 | -1,947.11 | Automatic Transfer To Account Xxxxxx1654 | I-GEN10329 |
| Jul 30 | -240.66 | Automatic Transfer To Account Xxxxxx1654 | I-GEN10291 |
| Jul 31 | -1,479.94 | Automatic Transfer To Account Xxxxxx1654 | I-GEN10357 |

**Total Transferred to Other Accounts: -$42,968.43**
**Total Number of Transfers to Other Accounts: 21**

## 💲 Lowest daily balance

Your lowest daily balance this statement period was **$0.00** on **July 1, 2024**.

**Commercial Checking statement**
**July 1, 2024 to July 31, 2024**

# Commercial Checking: ████2882

**PLEASE EXAMINE THIS STATEMENT PROMPTLY**
**Reporting Errors and Unauthorized Transactions**
**Personal Accounts:** *Electronic Funds Transfers:* In Case of Errors (including unauthorized electronic transactions) or Questions About Your Electronic Transfers: Call us at the telephone number printed on the first page of this statement or write us at the address printed on the first page of this statement as soon as you can, if you think this statement or your receipt is wrong or if you need more information about a transfer on the statement or receipt. For pre-authorized transfers (e.g., insurance payments, etc.), call us at the telephone number printed on the first page or write us at Comerica Bank – Electronic Services Department, Attn: Research, P.O. Box 75000, Detroit, Michigan 48275-7570. For Comerica ATM Card or Comerica Check Card transactions, call us at the telephone number printed on the first page or write us at Comerica Bank – Electronic Processing, P.O. Box 75000, Detroit, Michigan 48275-7584. We must hear from you no later than 60 days after we sent you the FIRST statement on which the Error or problem appeared.

When reporting the Error: (1) tell us your name and account number (if any); (2) describe the Error (an Error includes an unauthorized electronic funds transfer) or the electronic transfer you are unsure about, and explain as clearly as you can why you believe it is an Error or why you need more information; and (3) tell us the dollar amount of the suspected Error or the transaction you question.

If you tell us orally, we may require that you send us your complaint or question in writing within 10 business days. If you fail to do so, and your account is a personal account, we are not obligated to give you provisional credit for the amount of your claim while we investigate your claim. We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error so that you will have the use of the money during the time it takes us to complete our investigation.

*Comerica Debit Card Transactions:* Notwithstanding the above information, if your account was debited for a transaction resulting from the use of your Comerica Debit Card or Debit Card number, you may have additional rights and protections. See the Comerica Business and Personal Deposit Account Contract for specific information.

*Checks and Other Non-Electronic Funds Transfer Transactions:* If you need a copy of a check or additional information about a transaction, you can call us at the telephone number on the first page of this statement. State law and the terms of the Business and Personal Deposit Contract govern your liability and the Bank's for fraudulent checks and non electronic funds transfer transactions. The best way to limit your possible loss is to report any unauthorized activity involving your account as soon as possible but always within 30 days of when we sent the statement to you or otherwise made the information available to you. See the Comerica Business and Personal Deposit Contract for further details.

**Business Accounts:** *Electronic Transactions:* If you think this statement shows an Error (an Error includes an unauthorized electronic transaction) or an ATM receipt you received is wrong or if you need more information about an electronic transaction listed on the statement, call or write us as soon as possible at the telephone number or address printed on the first page but always within 30 days of when we first made the information available to you regarding the transaction. For pre-authorized transfers (e.g., insurance payment, etc.), call us at the telephone number printed on the first page or write us at Comerica Bank – Electronic Services Department, Attn: Research, P.O. Box 75000, Detroit, Michigan 48275-7570. For Comerica ATM Card or Comerica Business Check Card transactions, call us at the telephone number printed on the first page or write us at Comerica Bank – Electronic Processing, P.O. Box 75000, Detroit, Michigan 48275-7584. For all claims related to an electronic transaction, we must hear from you no later than 30 days after we first made the information available to you regarding the transaction otherwise you may waive your right to recover for the loss you incurred. Call or write us as soon as possible at the telephone number or address printed on the first page and (1) tell us your name and account number; (2) describe the Error or transaction you are unsure about, and explain as clearly as you can why you believe it is an Error or why you need more information; and (3) tell us the dollar amount of the suspected Error. We reserve the right to require that you complete an affidavit regarding claims of unauthorized transactions. If we timely receive your claim, we will investigate your claim and correct any Errors within the time frame required by law. If the claim is for an unauthorized electronic transaction and we find your claim genuine, we will process your claim in accordance with ACH rules or other applicable electronic clearinghouse rules. To the extent we recover we will refund to you the recovery. If an electronic transaction, including wire transfer was conducted in accordance with the terms of an electronic service you agreed to obtain from us, the terms of that agreement will govern whether the transaction in question is authorized or not.

*Comerica Business Check Card Transactions:* If your account was debited for a transaction resulting from the use of your Comerica Business Check Card or Check Card number (does not apply to ATM Cards or Comerica Check Cards that are not activated) or if your claim is related to an electronic debit transaction resulting from the use of your Comerica Check Card or Check Card number, you may have rights and protections in addition to those described above. See the Comerica Business and Personal Deposit Account Contract for specific information.

*Checks and Other Non-Electronic Transactions:* If you need a copy of a check or additional information about a non-electronic transaction, you can call us at the telephone number on the first page of this statement. State law and the terms of the Business and Personal Deposit Contract govern your liability and the Bank's for fraudulent checks and non electronic transactions. The best way to limit your possible loss is to report any unauthorized activity involving your account as soon as possible but always within 30 days of when we sent the statement to you or otherwise made the information available to you. See the Business and Personal Deposit Contract for further details. You should keep this statement for your records.

**Balancing Your Account:** For assistance on how to balance your account, please call us at the phone number listed on your account statement or visit your local Comerica banking center.

80931

LANDMARK WORLDWIDE LLC
LOS ANGELES CENTER
ATTN STEVE ALLAN
353 SACRAMENTO ST STE 200
SAN FRANCISCO CA 94111

*Commercial Checking* **statement**

**August 1, 2024** to **August 31, 2024**
**Account number**     3737
**Previous account number**    4920

# Account summary

| | |
|---|---|
| **Beginning balance** | |
| **on August 1, 2024** | **$0.00** |
| Plus deposits | |
| Electronic deposits | $0.34 |
| Transfers from other accounts | $977.27 |
| Less withdrawals | |
| Electronic (EFT) withdrawals | -$977.61 |
| **Ending balance** | |
| **on August 31, 2024** | **$0.00** |

To contact us

**Call**
(800) 522-2265
**Visit our web site**
www.comerica.com

**Write to us**
COMERICA BANK
1 EMBARCADERO CTR - STREET LEVEL
SAN FRANCISCO, CA 94111-3600-4331

Important information

The Account Balance Fee for this statement
period for this account is $0.125/$1,000.

Thank you

*Commercial Checking* **statement**
**August 1, 2024 to August 31, 2024**

# *Commercial Checking* account details: XXXXXX3737

## Electronic deposits this statement period

| | | | Reference numbers | |
|---|---|---|---|---|
| Date | Amount | Activity | Customer | Bank |
| Aug 19 | 0.20 | Paypal Acctverify 240816 | | 9488948785 |
| Aug 19 | 0.14 | Paypal Acctverify 240816 | | 9488948786 |

**Total Electronic Deposits: $0.34**

**Total Number of Electronic Deposits: 2**

## Transfer from other accounts this statement period

| Date | Amount | Activity | Bank reference number |
|---|---|---|---|
| Aug 13 | 477.16 | Automatic Transfer From Account Xxxxxx1654 | I-GEN10119 |
| Aug 19 | 500.11 | Automatic Transfer From Account Xxxxxx1654 | I-GEN10111 |

**Total Transferred from Other Accounts: $977.27**

**Total Number of Transfers from Other Accounts: 2**

## Electronic withdrawals this statement period

| | | | Reference numbers | |
|---|---|---|---|---|
| Date | Amount ($) | Activity | Customer | Bank |
| Aug 13 | -477.16 | Credit One Bank Payment 240811 | | 9488937446 |
| Aug 19 | -500.11 | Capital One Card Pymt | | 9488173224 |
| Aug 19 | -0.34 | Paypal Acctverify 240816 | | 9488951063 |

**Total Electronic Withdrawals: -$977.61**

**Total Number of Electronic Withdrawals: 3**

## $ Lowest daily balance

Your lowest daily balance this statement period was **$0.00**
on **August 1, 2024**.

**Commercial Checking statement**
**August 1, 2024 to August 31, 2024**

# Commercial Checking: XXXXXX3737

**PLEASE EXAMINE THIS STATEMENT PROMPTLY**
**Reporting Errors and Unauthorized Transactions**

**Personal Accounts:** *Electronic Funds Transfers:* In Case of Errors (including unauthorized electronic transactions) or Questions About Your Electronic Transfers: Call us at the telephone number printed on the first page of this statement or write us at the address printed on the first page of this statement as soon as you can, if you think this statement or your receipt is wrong or if you need more information about a transfer on the statement or receipt. For pre-authorized transfers (e.g., insurance payments, etc.), call us at the telephone number printed on the first page or write us at Comerica Bank – Electronic Services Department, Attn: Research, P.O. Box 75000, Detroit, Michigan 48275-7570. For Comerica ATM Card or Comerica Check Card transactions, call us at the telephone number printed on the first page or write us at Comerica Bank – Electronic Processing, P.O. Box 75000, Detroit, Michigan 48275-7584. We must hear from you no later than 60 days after we sent you the FIRST statement on which the Error or problem appeared.

When reporting the Error: (1) tell us your name and account number (if any); (2) describe the Error (an Error includes an unauthorized electronic funds transfer) or the electronic transfer you are unsure about, and explain as clearly as you can why you believe it is an Error or why you need more information; and (3) tell us the dollar amount of the suspected Error or the transaction you question.

If you tell us orally, we may require that you send us your complaint or question in writing within 10 business days. If you fail to do so, and your account is a personal account, we are not obligated to give you provisional credit for the amount of your claim while we investigate your claim. We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error so that you will have the use of the money during the time it takes us to complete our investigation.

*Comerica Debit Card Transactions:* Notwithstanding the above information, if your account was debited for a transaction resulting from the use of your Comerica Debit Card or Debit Card number, you may have additional rights and protections. See the Comerica Business and Personal Deposit Account Contract for specific information.

*Checks and Other Non-Electronic Funds Transfer Transactions:* If you need a copy of a check or additional information about a transaction, you can call us at the telephone number on the first page of this statement. State law and the terms of the Business and Personal Deposit Contract govern your liability and the Bank's for fraudulent checks and non electronic funds transfer transactions. The best way to limit your possible loss is to report any unauthorized activity involving your account as soon as possible but always within 30 days of when we sent the statement to you or otherwise made the information available to you. See the Comerica Business and Personal Deposit Contract for further details.

**Business Accounts:** *Electronic Transactions:* If you think this statement shows an Error (an Error includes an unauthorized electronic transaction) or an ATM receipt you received is wrong or if you need more information about an electronic transaction listed on the statement, call or write us as soon as possible at the telephone number or address printed on the first page but always within 30 days of when we first made the information available to you regarding the transaction. For pre-authorized transfers (e.g., insurance payment, etc.), call us at the telephone number printed on the first page or write us at Comerica Bank – Electronic Services Department, Attn: Research, P.O. Box 75000, Detroit, Michigan 48275-7570. For Comerica ATM Card or Comerica Business Check Card transactions, call us at the telephone number printed on the first page or write us at Comerica Bank – Electronic Processing, P.O. Box 75000, Detroit, Michigan 48275-7584. For all claims related to an electronic transaction, we must hear from you no later than 30 days after we first made the information available to you regarding the transaction otherwise you may waive your right to recover for the loss you incurred. Call or write us as soon as possible at the telephone number or address printed on the first page and (1) tell us your name and account number; (2) describe the Error or transaction you are unsure about, and explain as clearly as you can why you believe it is an Error or why you need more information; and (3) tell us the dollar amount of the suspected Error. We reserve the right to require that you complete an affidavit regarding claims of unauthorized transactions. If we timely receive your claim, we will investigate your claim and correct any Errors within the time frame required by law. If the claim is for an unauthorized electronic transaction and we find your claim genuine, we will process your claim in accordance with ACH rules or other applicable electronic clearinghouse rules. To the extent we recover we will refund to you the recovery. If an electronic transaction, including wire transfer was conducted in accordance with the terms of an electronic service you agreed to obtain from us, the terms of that agreement will govern whether the transaction in question is authorized or not.

*Comerica Business Check Card Transactions:* If your account was debited for a transaction resulting from the use of your Comerica Business Check Card or Check Card number (does not apply to ATM Cards or Comerica Check Cards that are not activated) or if your claim is related to an electronic debit transaction resulting from the use of your Comerica Check Card or Check Card number, you may have rights and protections in addition to those described above. See the Comerica Business and Personal Deposit Account Contract for specific information.

*Checks and Other Non-Electronic Transactions:* If you need a copy of a check or additional information about a non-electronic transaction, you can call us at the telephone number on the first page of this statement. State law and the terms of the Business and Personal Deposit Contract govern your liability and the Bank's for fraudulent checks and non electronic transactions. The best way to limit your possible loss is to report any unauthorized activity involving your account as soon as possible but always within 30 days of when we sent the statement to you or otherwise made the information available to you. See the Business and Personal Deposit Contract for further details. You should keep this statement for your records.

**Balancing Your Account:** For assistance on how to balance your account, please call us at the phone number listed on your account statement or visit your local Comerica banking center.

80931

LANDMARK WORLDWIDE LLC
353 SACRAMENTO ST STE 200
SAN FRANCISCO CA 94111

## *Commercial Checking* statement

**August 1, 2024** to **August 31, 2024**
**Account number** ████5060

# Account summary

**Beginning balance
on August 1, 2024**                          **$9,416.14**

**Ending balance
on August 31, 2024**                         **$9,416.14**

**$** **Lowest daily balance**

Your lowest daily balance this statement period was **$9,416.14**
on **August 1, 2024**.

**To contact us**

**Call**
(800) 522-2265
**Visit our web site**
www.comerica.com

**Write to us**
COMERICA BANK
1 EMBARCADERO CTR - STREET LEVEL
SAN FRANCISCO, CA 94111-3600-4331

**Important information**

The Account Balance Fee for this statement
period for this account is $0.125/$1,000.

**Thank you**

**Commercial Checking** statement
**August 1, 2024 to August 31, 2024**

**PLEASE EXAMINE THIS STATEMENT PROMPTLY**
**Reporting Errors and Unauthorized Transactions**

**Personal Accounts:** *Electronic Funds Transfers:* In Case of Errors (including unauthorized electronic transactions) or Questions About Your Electronic Transfers: Call us at the telephone number printed on the first page of this statement or write us at the address printed on the first page of this statement as soon as you can, if you think this statement or your receipt is wrong or if you need more information about a transfer on the statement or receipt. For pre-authorized transfers (e.g., insurance payments, etc.), call us at the telephone number printed on the first page or write us at Comerica Bank – Electronic Services Department, Attn: Research, P.O. Box 75000, Detroit, Michigan 48275-7570. For Comerica ATM Card or Comerica Check Card transactions, call us at the telephone number printed on the first page or write us at Comerica Bank – Electronic Processing, P.O. Box 75000, Detroit, Michigan 48275-7584. We must hear from you no later than 60 days after we sent you the FIRST statement on which the Error or problem appeared.

When reporting the Error: (1) tell us your name and account number (if any); (2) describe the Error (an Error includes an unauthorized electronic funds transfer) or the electronic transfer you are unsure about, and explain as clearly as you can why you believe it is an Error or why you need more information; and (3) tell us the dollar amount of the suspected Error or the transaction you question.

If you tell us orally, we may require that you send us your complaint or question in writing within 10 business days. If you fail to do so, and your account is a personal account, we are not obligated to give you provisional credit for the amount of your claim while we investigate your claim. We will investigate your complaint and will correct any error promptly.  If we take more than 10 business days to do this, we will credit your account for the amount you think is in error so that you will have the use of the money during the time it takes us to complete our investigation.

*Comerica Debit Card Transactions:* Notwithstanding the above information, if your account was debited for a transaction resulting from the use of your Comerica Debit Card or Debit Card number, you may have additional rights and protections. See the Comerica Business and Personal Deposit Account Contract for specific information.

*Checks and Other Non-Electronic Funds Transfer Transactions:* If you need a copy of a check or additional information about a transaction, you can call us at the telephone number on the first page of this statement. State law and the terms of the Business and Personal Deposit Contract govern your liability and the Bank's for fraudulent checks and non electronic funds transfer transactions. The best way to limit your possible loss is to report any unauthorized activity involving your account as soon as possible but always within 30 days of when we sent the statement to you or otherwise made the information available to you. See the Comerica Business and Personal Deposit Contract for further details.

**Business Accounts:** *Electronic Transactions:* If you think this statement shows an Error (an Error includes an unauthorized electronic transaction) or an ATM receipt you received is wrong or if you need more information about an electronic transaction listed on the statement, call or write us as soon as possible at the telephone number or address printed on the first page but always within 30 days of when we first made the information available to you regarding the transaction. For pre-authorized transfers (e.g., insurance payment, etc.), call us at the telephone number printed on the first page or write us at Comerica Bank – Electronic Services Department, Attn:  Research, P.O. Box 75000, Detroit, Michigan 48275-7570. For Comerica ATM Card or Comerica Business Check Card transactions, call us at the telephone number printed on the first page or write us at Comerica Bank – Electronic Processing, P.O. Box 75000, Detroit, Michigan 48275-7584. For all claims related to an electronic transaction, we must hear from you no later than 30 days after we first made the information available to you regarding the transaction otherwise you may waive your right to recover for the loss you incurred. Call or write us as soon as possible at the telephone number or address printed on the first page and (1) tell us your name and account number; (2) describe the Error or transaction you are unsure about, and explain as clearly as you can why you believe it is an Error or why you need more information; and (3) tell us the dollar amount of the suspected Error. We reserve the right to require that you complete an affidavit regarding claims of unauthorized transactions. If we timely receive your claim, we will investigate your claim and correct any Errors within the time frame required by law. If the claim is for an unauthorized electronic transaction and we find your claim genuine, we will process your claim in accordance with ACH rules or other applicable electronic clearinghouse rules. To the extent we recover we will refund to you the recovery. If an electronic transaction, including wire transfer was conducted in accordance with the terms of an electronic service you agreed to obtain from us, the terms of that agreement will govern whether the transaction in question is authorized or not.

*Comerica Business Check Card Transactions:* If your account was debited for a transaction resulting from the use of your Comerica Business Check Card or Check Card number (does not apply to ATM Cards or Comerica Check Cards that are not activated) or if your claim is related to an electronic debit transaction resulting from the use of your Comerica Check Card or Check Card number, you may have rights and protections in addition to those described above. See the Comerica Business and Personal Deposit Account Contract for specific information.

*Checks and Other Non-Electronic Transactions:* If you need a copy of a check or additional information about a non-electronic transaction, you can call us at the telephone number on the first page of this statement. State law and the terms of the Business and Personal Deposit Contract govern your liability and the Bank's for fraudulent checks and non electronic transactions. The best way to limit your possible loss is to report any unauthorized activity involving your account as soon as possible but always within 30 days of when we sent the statement to you or otherwise made the information available to you.  See the Business and Personal Deposit Contract for further details. You should keep this statement for your records.

**Balancing Your Account:** For assistance on how to balance your account, please call us at the phone number listed on your account statement or visit your local Comerica banking center.

Equal Opportunity Lender   Rev. 10-23

www.comerica.com

MEMBER FDIC

80931

LANDMARK WORLDWIDE LLC
505 SWEEP
ATTN STEVE ALLAN
353 SACRAMENTO ST STE 200
SAN FRANCISCO CA 94111

*Commercial Checking* statement

**August 1, 2024** to **August 31, 2024**
**Account number** ████ 1654

# Account summary

**Beginning balance**
**on August 1, 2024**                    $1,547,358.24

Plus deposits

Transfers from other accounts            $1,846,621.75

Transfers to other accounts             -$2,591,932.83

**Ending balance**
**on August 31, 2024**                      $802,047.16

**To contact us**

**Call**
(800) 522-2265
**Visit our web site**
www.comerica.com

**Write to us**
COMERICA BANK
1 EMBARCADERO CTR - STREET LEVEL
SAN FRANCISCO, CA 94111-3600-4331

**Important information**

The Account Balance Fee for this statement
period for this account is $0.125/$1,000.

Thank you

***Commercial Checking* statement**
**August 1, 2024 to August 31, 2024**

# *Commercial Checking* account details: XXXXXX1654

## Transfer from other accounts this statement period

| Date | Amount | Activity | Bank reference number |
|---|---|---|---|
| Aug 01 | 31,979.35 | Automatic Transfer From Account Xxxxxx3489 | I-GEN10104 |
| Aug 01 | 1,260.99 | Automatic Transfer From Account Xxxxxx2882 | I-GEN10312 |
| Aug 02 | 33,375.84 | Automatic Transfer From Account Xxxxxx3489 | I-GEN10102 |
| Aug 02 | 731.62 | Automatic Transfer From Account Xxxxxx2882 | I-GEN10341 |
| Aug 05 | 83,326.87 | Automatic Transfer From Account Xxxxxx3489 | I-GEN10104 |
| Aug 05 | 7,774.99 | Automatic Transfer From Account Xxxxxx3620 | I-GEN10108 |
| Aug 05 | 2,122.12 | Automatic Transfer From Account Xxxxxx2882 | I-GEN10351 |
| Aug 06 | 31,790.72 | Automatic Transfer From Account Xxxxxx3489 | I-GEN10104 |
| Aug 06 | 1,915.52 | Automatic Transfer From Account Xxxxxx2882 | I-GEN10264 |
| Aug 07 | 97,737.50 | Automatic Transfer From Account Xxxxxx3489 | I-GEN10094 |
| Aug 07 | 1,861.43 | Automatic Transfer From Account Xxxxxx2882 | I-GEN10323 |
| Aug 08 | 54,099.00 | Automatic Transfer From Account Xxxxxx3489 | I-GEN10104 |
| Aug 08 | 2,198.14 | Automatic Transfer From Account Xxxxxx2882 | I-GEN10283 |
| Aug 09 | 59,615.67 | Automatic Transfer From Account Xxxxxx3489 | I-GEN10116 |
| Aug 09 | 792.66 | Automatic Transfer From Account Xxxxxx2882 | I-GEN10295 |
| Aug 12 | 40,689.50 | Automatic Transfer From Account Xxxxxx3489 | I-GEN10112 |
| Aug 12 | 2,695.82 | Automatic Transfer From Account Xxxxxx2882 | I-GEN10319 |
| Aug 13 | 26,158.97 | Automatic Transfer From Account Xxxxxx3489 | I-GEN10112 |
| Aug 13 | 2,195.53 | Automatic Transfer From Account Xxxxxx2882 | I-GEN10383 |
| Aug 14 | 70,835.92 | Automatic Transfer From Account Xxxxxx3489 | I-GEN10106 |
| Aug 14 | 1,046.04 | Automatic Transfer From Account Xxxxxx2882 | I-GEN10341 |
| Aug 15 | 57,111.17 | Automatic Transfer From Account Xxxxxx3489 | I-GEN10108 |
| Aug 15 | 1,163.56 | Automatic Transfer From Account Xxxxxx2882 | I-GEN10385 |
| Aug 16 | 64,138.16 | Automatic Transfer From Account Xxxxxx3489 | I-GEN10116 |
| Aug 16 | 1,004.22 | Automatic Transfer From Account Xxxxxx2882 | I-GEN10361 |
| Aug 19 | 57,682.82 | Automatic Transfer From Account Xxxxxx3489 | I-GEN10102 |
| Aug 19 | 7,798.79 | Automatic Transfer From Account Xxxxxx2882 | I-GEN10331 |
| Aug 20 | 530,706.33 | Automatic Transfer From Account Xxxxxx3489 | I-GEN10102 |
| Aug 20 | 1,276.40 | Automatic Transfer From Account Xxxxxx2882 | I-GEN10317 |
| Aug 21 | 690.11 | Automatic Transfer From Account Xxxxxx2882 | I-GEN10355 |
| Aug 22 | 153,495.82 | Automatic Transfer From Account Xxxxxx3489 | I-GEN10120 |
| Aug 22 | 532.37 | Automatic Transfer From Account Xxxxxx2882 | I-GEN10339 |
| Aug 23 | 44,995.51 | Automatic Transfer From Account Xxxxxx3489 | I-GEN10112 |
| Aug 23 | 1,754.41 | Automatic Transfer From Account Xxxxxx2882 | I-GEN10321 |
| Aug 26 | 54,525.00 | Automatic Transfer From Account Xxxxxx3489 | I-GEN10098 |
| Aug 26 | 1,623.61 | Automatic Transfer From Account Xxxxxx2882 | I-GEN10313 |
| Aug 27 | 41,939.42 | Automatic Transfer From Account Xxxxxx3489 | I-GEN10094 |
| Aug 27 | 207.97 | Automatic Transfer From Account Xxxxxx2882 | I-GEN10277 |
| Aug 28 | 117,039.91 | Automatic Transfer From Account Xxxxxx3489 | I-GEN10094 |
| Aug 28 | 189.20 | Automatic Transfer From Account Xxxxxx2882 | I-GEN10331 |
| Aug 29 | 75,237.86 | Automatic Transfer From Account Xxxxxx3489 | I-GEN10108 |
| Aug 29 | 1,505.84 | Automatic Transfer From Account Xxxxxx2882 | I-GEN10297 |
| Aug 30 | 74,084.95 | Automatic Transfer From Account Xxxxxx3489 | I-GEN10108 |
| Aug 30 | 3,714.12 | Automatic Transfer From Account Xxxxxx2882 | I-GEN10304 |

**Total Transferred from Other Accounts: $1,846,621.75**

**Total Number of Transfers from Other Accounts: 44**

***Commercial Checking*** statement
**August 1, 2024 to August 31, 2024**

# Commercial Checking: XXXXXX1654

## Transfers to other accounts this statement period

| Date | Amount ($) | Activity | Bank reference number |
|------|-----------|----------|----------------------|
| Aug 01 | -875.00 | Automatic Transfer To Account Xxxxxx3604 | I-GEN10108 |
| Aug 01 | -9,353.49 | Automatic Transfer To Account Xxxxxx3620 | I-GEN10110 |
| Aug 02 | -800,000.00 | Tpa Funds Transfer To Account       Xxxxxx4172 | TA01006055 |
| Aug 02 | -289.90 | Automatic Transfer To Account Xxxxxx3612 | I-GEN10106 |
| Aug 02 | -1,470.73 | Automatic Transfer To Account Xxxxxx3620 | I-GEN10108 |
| Aug 05 | -749.93 | Automatic Transfer To Account Xxxxxx3638 | I-GEN10110 |
| Aug 06 | -851.27 | Automatic Transfer To Account Xxxxxx3620 | I-GEN10106 |
| Aug 07 | -2,388.37 | Automatic Transfer To Account Xxxxxx3620 | I-GEN10098 |
| Aug 08 | -3,898.60 | Automatic Transfer To Account Xxxxxx3620 | I-GEN10108 |
| Aug 08 | -445.66 | Automatic Transfer To Account Xxxxxx3638 | I-GEN10110 |
| Aug 12 | -10,543.51 | Automatic Transfer To Account Xxxxxx3620 | I-GEN10116 |
| Aug 13 | -292.94 | Automatic Transfer To Account Xxxxxx3620 | I-GEN10116 |
| Aug 13 | -477.16 | Automatic Transfer To Account Xxxxxx3737 | I-GEN10118 |
| Aug 14 | -49,452.18 | Automatic Transfer To Account Xxxxxx3620 | I-GEN10110 |
| Aug 15 | -2,894.21 | Automatic Transfer To Account Xxxxxx3620 | I-GEN10112 |
| Aug 16 | -2,765.96 | Automatic Transfer To Account Xxxxxx3620 | I-GEN10120 |
| Aug 19 | -240.20 | Automatic Transfer To Account Xxxxxx3604 | I-GEN10106 |
| Aug 19 | -1,058.26 | Automatic Transfer To Account Xxxxxx3620 | I-GEN10108 |
| Aug 19 | -500.11 | Automatic Transfer To Account Xxxxxx3737 | I-GEN10110 |
| Aug 21 | -1,225.00 | Automatic Transfer To Account Xxxxxx3604 | I-GEN10122 |
| Aug 21 | -358.17 | Automatic Transfer To Account Xxxxxx3638 | I-GEN10124 |
| Aug 22 | -200.00 | Automatic Transfer To Account Xxxxxx3604 | I-GEN10124 |
| Aug 22 | -16,836.09 | Automatic Transfer To Account Xxxxxx3620 | I-GEN10126 |
| Aug 23 | -7,623.26 | Automatic Transfer To Account Xxxxxx3620 | I-GEN10116 |
| Aug 26 | -1,600,000.00 | Tpa Funds Transfer To Account       Xxxxxx4172 | TA01005769 |
| Aug 26 | -5,351.86 | Automatic Transfer To Account Xxxxxx3620 | I-GEN10102 |
| Aug 26 | -573.00 | Automatic Transfer To Account Xxxxxx3638 | I-GEN10104 |
| Aug 27 | -657.22 | Automatic Transfer To Account Xxxxxx3620 | I-GEN10098 |
| Aug 28 | -15,069.00 | Automatic Transfer To Account Xxxxxx3620 | I-GEN10098 |
| Aug 29 | -14,761.87 | Automatic Transfer To Account Xxxxxx3620 | I-GEN10110 |
| Aug 30 | -40,729.88 | Automatic Transfer To Account Xxxxxx3620 | I-GEN10110 |

**Total Transferred to Other Accounts: -$2,591,932.83**
**Total Number of Transfers to Other Accounts: 31**

 ## Lowest daily balance

Your lowest daily balance this statement period was **$559,345.86**
on **August 26, 2024**.

**Commercial Checking statement**
**August 1, 2024 to August 31, 2024**

# Commercial Checking: XXXXXX1654

**PLEASE EXAMINE THIS STATEMENT PROMPTLY**

**Reporting Errors and Unauthorized Transactions**

**Personal Accounts:** *Electronic Funds Transfers:* In Case of Errors (including unauthorized electronic transactions) or Questions About Your Electronic Transfers: Call us at the telephone number printed on the first page of this statement or write us at the address printed on the first page of this statement as soon as you can, if you think this statement or your receipt is wrong or if you need more information about a transfer on the statement or receipt. For pre-authorized transfers (e.g., insurance payments, etc.), call us at the telephone number printed on the first page or write us at Comerica Bank – Electronic Services Department, Attn: Research, P.O. Box 75000, Detroit, Michigan 48275-7570. For Comerica ATM Card or Comerica Check Card transactions, call us at the telephone number printed on the first page or write us at Comerica Bank – Electronic Processing, P.O. Box 75000, Detroit, Michigan 48275-7584. We must hear from you no later than 60 days after we sent you the FIRST statement on which the Error or problem appeared.

When reporting the Error: (1) tell us your name and account number (if any); (2) describe the Error (an Error includes an unauthorized electronic funds transfer) or the electronic transfer you are unsure about, and explain as clearly as you can why you believe it is an Error or why you need more information; and (3) tell us the dollar amount of the suspected Error or the transaction you question.

If you tell us orally, we may require that you send us your complaint or question in writing within 10 business days. If you fail to do so, and your account is a personal account, we are not obligated to give you provisional credit for the amount of your claim while we investigate your claim. We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error so that you will have the use of the money during the time it takes us to complete our investigation.

*Comerica Debit Card Transactions:* Notwithstanding the above information, if your account was debited for a transaction resulting from the use of your Comerica Debit Card or Debit Card number, you may have additional rights and protections. See the Comerica Business and Personal Deposit Account Contract for specific information.

*Checks and Other Non-Electronic Funds Transfer Transactions:* If you need a copy of a check or additional information about a transaction, you can call us at the telephone number on the first page of this statement. State law and the terms of the Business and Personal Deposit Contract govern your liability and the Bank's for fraudulent checks and non electronic funds transfer transactions. The best way to limit your possible loss is to report any unauthorized activity involving your account as soon as possible but always within 30 days of when we sent the statement to you or otherwise made the information available to you. See the Comerica Business and Personal Deposit Contract for further details.

**Business Accounts:** *Electronic Transactions:* If you think this statement shows an Error (an Error includes an unauthorized electronic transaction) or an ATM receipt you received is wrong or if you need more information about an electronic transaction listed on the statement, call or write us as soon as possible at the telephone number or address printed on the first page but always within 30 days of when we first made the information available to you regarding the transaction. For pre-authorized transfers (e.g., insurance payment, etc.), call us at the telephone number printed on the first page or write us at Comerica Bank – Electronic Services Department, Attn: Research, P.O. Box 75000, Detroit, Michigan 48275-7570. For Comerica ATM Card or Comerica Business Check Card transactions, call us at the telephone number printed on the first page or write us at Comerica Bank – Electronic Processing, P.O. Box 75000, Detroit, Michigan 48275-7584. For all claims related to an electronic transaction, we must hear from you no later than 30 days after we first made the information available to you regarding the transaction otherwise you may waive your right to recover for the loss you incurred. Call or write us as soon as possible at the telephone number or address printed on the first page and (1) tell us your name and account number; (2) describe the Error or transaction you are unsure about, and explain as clearly as you can why you believe it is an Error or why you need more information; and (3) tell us the dollar amount of the suspected Error. We reserve the right to require that you complete an affidavit regarding claims of unauthorized transactions. If we timely receive your claim, we will investigate your claim and correct any Errors within the time frame required by law. If the claim is for an unauthorized electronic transaction and we find your claim genuine, we will process your claim in accordance with ACH rules or other applicable electronic clearinghouse rules. To the extent we recover we will refund to you the recovery. If an electronic transaction, including wire transfer was conducted in accordance with the terms of an electronic service you agreed to obtain from us, the terms of that agreement will govern whether the transaction in question is authorized or not.

*Comerica Business Check Card Transactions:* If your account was debited for a transaction resulting from the use of your Comerica Business Check Card or Check Card number (does not apply to ATM Cards or Comerica Check Cards that are not activated) or if your claim is related to an electronic debit transaction resulting from the use of your Comerica Check Card or Check Card number, you may have rights and protections in addition to those described above. See the Comerica Business and Personal Deposit Account Contract for specific information.

*Checks and Other Non-Electronic Transactions:* If you need a copy of a check or additional information about a non-electronic transaction, you can call us at the telephone number on the first page of this statement. State law and the terms of the Business and Personal Deposit Contract govern your liability and the Bank's for fraudulent checks and non electronic transactions. The best way to limit your possible loss is to report any unauthorized activity involving your account as soon as possible but always within 30 days of when we sent the statement to you or otherwise made the information available to you. See the Business and Personal Deposit Contract for further details. You should keep this statement for your records.

**Balancing Your Account:** For assistance on how to balance your account, please call us at the phone number listed on your account statement or visit your local Comerica banking center.

80931

LANDMARK WORLDWIDE LLC
COLLATERAL FOR FLORIDA CENTER
ATTN: STEVE ALLAN
353 SACRAMENTO ST STE 200
SAN FRANCISCO CA 94111

*Business Money Market Account* statement

August 1, 2024 to August 31, 2024
Account number ████ 4351

# Account summary

| | |
|---|---|
| **Beginning balance on August 1, 2024** | **$19.40** |
| Plus deposits | |
| Electronic deposits | $0.99 |
| Interest | $0.01 |
| Less withdrawals | |
| Electronic (EFT) withdrawals | -$0.99 |
| **Ending balance on August 31, 2024** | **$19.41** |

To contact us

**Call**
(800) 522-2265
**Visit our web site**
www.comerica.com

**Write to us**
COMERICA BANK
1 EMBARCADERO CTR - STREET LEVEL
SAN FRANCISCO, CA 94111-3600-4331

Important information

The Account Balance Fee for this statement period for this account is $0.00/$1,000.

### Interest rates on August 31, 2024

Interest rates we paid at the end of this statement period:

- on balances of $1.00 to $4,999.00: 0.50%
- on balances of $5,000.00 to $14,999.00: 0.50%
- on balances of $15,000.00 to $24,999.00: 0.50%
- on balances of $25,000.00 to $49,999.00: 0.50%
- on balances of $50,000.00 to $99,999.00: 0.50%
- on balances of $100,000.00 to $499,999.00: 0.50%
- on balances of $500,000.00 to $999,999.00: 1.00%
- on balances of $1,000,000.00 or more: 1.00%

### Summary of interest you've earned

- Interest paid to you this statement period: $0.01
- Total interest paid to you this year: $0.07

Thank you

*Business Money Market Account* statement
August 1, 2024 to August 31, 2024

## *Business Money Market Account* account details: XXXXXX4351

### Electronic deposits this statement period

| Date | Amount | Activity | Reference numbers Customer | Bank |
|------|--------|----------|-----------|------|
| Aug 07 | 0.99 | Interbank Funds Reactivate 687759 | | 9488218851 |

**Total Electronic Deposits: $0.99**
**Total Number of Electronic Deposits: 1**

### Other deposits this statement period

| Date | Amount ($) | Activity | Reference numbers Customer | Bank |
|------|-----------|----------|-----------|------|
| Aug30 | 0.01 | Interest | | I-GEN11442 |

**Total Other Deposits: $0.01**
**Total Number of Other Deposits: 1**

### Electronic withdrawals this statement period

| Date | Amount ($) | Activity | Reference numbers Customer | Bank |
|------|-----------|----------|-----------|------|
| Aug 07 | -0.99 | Interbank Funds Reactivate 687759 | | 9488219520 |

**Total Electronic Withdrawals: -$0.99**
**Total Number of Electronic Withdrawals: 1**

### $ Lowest daily balance

Your lowest daily balance this statement period was **$19.40**
on **August 1, 2024**.

**Business Money Market Account statement**
**August 1, 2024 to August 31, 2024**

# Business Money Market Account: XXXXXX4351

**PLEASE EXAMINE THIS STATEMENT PROMPTLY**
**Reporting Errors and Unauthorized Transactions**

**Personal Accounts:** *Electronic Funds Transfers:* In Case of Errors (including unauthorized electronic transactions) or Questions About Your Electronic Transfers: Call us at the telephone number printed on the first page of this statement or write us at the address printed on the first page of this statement as soon as you can, if you think this statement or your receipt is wrong or if you need more information about a transfer on the statement or receipt. For pre-authorized transfers (e.g., insurance payments, etc.), call us at the telephone number printed on the first page or write us at Comerica Bank – Electronic Services Department, Attn: Research, P.O. Box 75000, Detroit, Michigan 48275-7570. For Comerica ATM Card or Comerica Check Card transactions, call us at the telephone number printed on the first page or write us at Comerica Bank – Electronic Processing, P.O. Box 75000, Detroit, Michigan 48275-7584. We must hear from you no later than 60 days after we sent you the FIRST statement on which the Error or problem appeared.

When reporting the Error: (1) tell us your name and account number (if any); (2) describe the Error (an Error includes an unauthorized electronic funds transfer) or the electronic transfer you are unsure about, and explain as clearly as you can why you believe it is an Error or why you need more information; and (3) tell us the dollar amount of the suspected Error or the transaction you question.

If you tell us orally, we may require that you send us your complaint or question in writing within 10 business days. If you fail to do so, and your account is a personal account, we are not obligated to give you provisional credit for the amount of your claim while we investigate your claim. We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error so that you will have the use of the money during the time it takes us to complete our investigation.

*Comerica Debit Card Transactions:* Notwithstanding the above information, if your account was debited for a transaction resulting from the use of your Comerica Debit Card or Debit Card number, you may have additional rights and protections. See the Comerica Business and Personal Deposit Account Contract for specific information.

*Checks and Other Non-Electronic Funds Transfer Transactions:* If you need a copy of a check or additional information about a transaction, you can call us at the telephone number on the first page of this statement. State law and the terms of the Business and Personal Deposit Contract govern your liability and the Bank's for fraudulent checks and non electronic funds transfer transactions. The best way to limit your possible loss is to report any unauthorized activity involving your account as soon as possible but always within 30 days of when we sent the statement to you or otherwise made the information available to you. See the Comerica Business and Personal Deposit Contract for further details.

**Business Accounts:** *Electronic Transactions:* If you think this statement shows an Error (an Error includes an unauthorized electronic transaction) or an ATM receipt you received is wrong or if you need more information about an electronic transaction listed on the statement, call or write us as soon as possible at the telephone number or address printed on the first page but always within 30 days of when we first made the information available to you regarding the transaction. For pre-authorized transfers (e.g., insurance payment, etc.), call us at the telephone number printed on the first page or write us at Comerica Bank – Electronic Services Department, Attn: Research, P.O. Box 75000, Detroit, Michigan 48275-7570. For Comerica ATM Card or Comerica Business Check Card transactions, call us at the telephone number printed on the first page or write us at Comerica Bank – Electronic Processing, P.O. Box 75000, Detroit, Michigan 48275-7584. For all claims related to an electronic transaction, we must hear from you no later than 30 days after we first made the information available to you regarding the transaction otherwise you may waive your right to recover for the loss you incurred. Call or write us as soon as possible at the telephone number or address printed on the first page and (1) tell us your name and account number; (2) describe the Error or transaction you are unsure about, and explain as clearly as you can why you believe it is an Error or why you need more information; and (3) tell us the dollar amount of the suspected Error. We reserve the right to require that you complete an affidavit regarding claims of unauthorized transactions. If we timely receive your claim, we will investigate your claim and correct any Errors within the time frame required by law. If the claim is for an unauthorized electronic transaction and we find your claim genuine, we will process your claim in accordance with ACH rules or other applicable electronic clearinghouse rules. To the extent we recover we will refund to you the recovery. If an electronic transaction, including wire transfer was conducted in accordance with the terms of an electronic service you agreed to obtain from us, the terms of that agreement will govern whether the transaction in question is authorized or not.

*Comerica Business Check Card Transactions:* If your account was debited for a transaction resulting from the use of your Comerica Business Check Card or Check Card number (does not apply to ATM Cards or Comerica Check Cards that are not activated) or if your claim is related to an electronic debit transaction resulting from the use of your Comerica Check Card or Check Card number, you may have rights and protections in addition to those described above. See the Comerica Business and Personal Deposit Account Contract for specific information.

*Checks and Other Non-Electronic Transactions:* If you need a copy of a check or additional information about a non-electronic transaction, you can call us at the telephone number on the first page of this statement. State law and the terms of the Business and Personal Deposit Contract govern your liability and the Bank's for fraudulent checks and non electronic transactions. The best way to limit your possible loss is to report any unauthorized activity involving your account as soon as possible but always within 30 days of when we sent the statement to you or otherwise made the information available to you. See the Business and Personal Deposit Contract for further details. You should keep this statement for your records.

**Balancing Your Account:** For assistance on how to balance your account, please call us at the phone number listed on your account statement or visit your local Comerica banking center.

80931

LANDMARK WORLDWIDE LLC
CREDIT CARD
ATTN STEVE ALLAN
353 SACRAMENTO ST STE 200
SAN FRANCISCO CA 94111

*Commercial Checking* statement

August 1, 2024 to August 31, 2024
**Account number** 3612
**Previous account number** 4793

# Account summary

| | |
|---|---|
| **Beginning balance** | |
| **on August 1, 2024** | **$0.00** |
| Plus deposits | |
| Transfers from other accounts | $289.90 |
| Less withdrawals | |
| Electronic (EFT) withdrawals | -$289.90 |
| **Ending balance** | |
| **on August 31, 2024** | **$0.00** |

**To contact us**

**Call**
(800) 522-2265
**Visit our web site**
www.comerica.com

**Write to us**
COMERICA BANK
1 EMBARCADERO CTR - STREET LEVEL
SAN FRANCISCO, CA 94111-3600-4331

**Important information**

The Account Balance Fee for this statement
period for this account is $0.125/$1,000.

**Thank you**

***Commercial Checking* statement**
**August 1, 2024 to August 31, 2024**

# *Commercial Checking* account details: XXXXXX3612

## Transfer from other accounts this statement period

| Date | Amount | Activity | Bank reference number |
|------|--------|----------|------------------------|
| Aug 02 | 289.90 | Automatic Transfer From Account Xxxxxx1654 | I-GEN10107 |

**Total Transferred from Other Accounts: $289.90**
**Total Number of Transfers from Other Accounts: 1**

## Electronic withdrawals this statement period

| | | | Reference numbers | |
|------|------------|----------|----------|------|
| Date | Amount ($) | Activity | Customer | Bank |
| Aug 02 | -144.95 | Tsys Fees Sep 240801 84870001920325 | | 9488969287 |
| Aug 02 | -144.95 | Tsys Fees Sep 240801 84870001920338 | | 9488969288 |

**Total Electronic Withdrawals: -$289.90**
**Total Number of Electronic Withdrawals: 2**

## $ Lowest daily balance

Your lowest daily balance this statement period was **$0.00**
on **August 1, 2024**.

**Commercial Checking statement**
**August 1, 2024 to August 31, 2024**

# Commercial Checking: XXXXXX3612

**PLEASE EXAMINE THIS STATEMENT PROMPTLY**
**Reporting Errors and Unauthorized Transactions**

**Personal Accounts:** *Electronic Funds Transfers:* In Case of Errors (including unauthorized electronic transactions) or Questions About Your Electronic Transfers: Call us at the telephone number printed on the first page of this statement or write us at the address printed on the first page of this statement as soon as you can, if you think this statement or your receipt is wrong or if you need more information about a transfer on the statement or receipt. For pre-authorized transfers (e.g., insurance payments, etc.), call us at the telephone number printed on the first page or write us at Comerica Bank – Electronic Services Department, Attn: Research, P.O. Box 75000, Detroit, Michigan 48275-7570. For Comerica ATM Card or Comerica Check Card transactions, call us at the telephone number printed on the first page or write us at Comerica Bank – Electronic Processing, P.O. Box 75000, Detroit, Michigan 48275-7584. We must hear from you no later than 60 days after we sent you the FIRST statement on which the Error or problem appeared.

When reporting the Error: (1) tell us your name and account number (if any); (2) describe the Error (an Error includes an unauthorized electronic funds transfer) or the electronic transfer you are unsure about, and explain as clearly as you can why you believe it is an Error or why you need more information; and (3) tell us the dollar amount of the suspected Error or the transaction you question.

If you tell us orally, we may require that you send us your complaint or question in writing within 10 business days. If you fail to do so, and your account is a personal account, we are not obligated to give you provisional credit for the amount of your claim while we investigate your claim. We will investigate your complaint and will correct any error promptly.  If we take more than 10 business days to do this, we will credit your account for the amount you think is in error so that you will have the use of the money during the time it takes us to complete our investigation.

*Comerica Debit Card Transactions:* Notwithstanding the above information, if your account was debited for a transaction resulting from the use of your Comerica Debit Card or Debit Card number, you may have additional rights and protections. See the Comerica Business and Personal Deposit Account Contract for specific information.

*Checks and Other Non-Electronic Funds Transfer Transactions:* If you need a copy of a check or additional information about a transaction, you can call us at the telephone number on the first page of this statement. State law and the terms of the Business and Personal Deposit Contract govern your liability and the Bank's for fraudulent checks and non electronic transactions. The best way to limit your possible loss is to report any unauthorized activity involving your account as soon as possible but always within 30 days of when we sent the statement to you or otherwise made the information available to you. See the Comerica Business and Personal Deposit Contract for further details.

**Business Accounts:**  *Electronic Transactions:* If you think this statement shows an Error (an Error includes an unauthorized electronic transaction) or an ATM receipt you received is wrong or if you need more information about an electronic transaction listed on the statement, call or write us as soon as possible at the telephone number or address printed on the first page but always within 30 days of when we first made the information available to you regarding the transaction. For pre-authorized transfers (e.g., insurance payment, etc.), call us at the telephone number printed on the first page or write us at Comerica Bank – Electronic Services Department, Attn:  Research, P.O. Box 75000, Detroit, Michigan 48275-7570. For Comerica ATM Card or Comerica Business Check Card transactions, call us at the telephone number printed on the first page or write us at Comerica Bank – Electronic Processing, P.O. Box 75000, Detroit, Michigan 48275-7584. For all claims related to an electronic transaction, we must hear from you no later than 30 days after we first made the information available to you regarding the transaction otherwise you may waive your right to recover for the loss you incurred. Call or write us as soon as possible at the telephone number or address printed on the first page and (1) tell us your name and account number; (2) describe the Error or transaction you are unsure about, and explain as clearly as you can why you believe it is an Error or why you need more information; and (3) tell us the dollar amount of the suspected Error. We reserve the right to require that you complete an affidavit regarding claims of unauthorized transactions. If we timely receive your claim, we will investigate your claim and correct any Errors within the time frame required by law. If the claim is for an unauthorized electronic transaction and we find your claim genuine, we will process your claim in accordance with ACH rules or other applicable electronic clearinghouse rules. To the extent we recover we will refund to you the recovery. If an electronic transaction, including wire transfer was conducted in accordance with the terms of an electronic service you agreed to obtain from us, the terms of that agreement will govern whether the transaction in question is authorized or not.

*Comerica Business Check Card Transactions:* If your account was debited for a transaction resulting from the use of your Comerica Business Check Card or Check Card number (does not apply to ATM Cards or Comerica Check Cards that are not activated) or if your claim is related to an electronic debit transaction resulting from the use of your Comerica Check Card or Check Card number, you may have rights and protections in addition to those described above. See the Comerica Business and Personal Deposit Account Contract for specific information.

*Checks and Other Non-Electronic Transactions:* If you need a copy of a check or additional information about a non-electronic transaction, you can call us at the telephone number on the first page of this statement. State law and the terms of the Business and Personal Deposit Contract govern your liability and the Bank's for fraudulent checks and non electronic transactions. The best way to limit your possible loss is to report any unauthorized activity involving your account as soon as possible but always within 30 days of when we sent the statement to you or otherwise made the information available to you.  See the Business and Personal Deposit Contract for further details. You should keep this statement for your records.

**Balancing Your Account:** For assistance on how to balance your account, please call us at the phone number listed on your account statement or visit your local Comerica banking center.

80931

LANDMARK WORLDWIDE LLC
DEP/AP
ATTN STEVE ALLAN
353 SACRAMENTO ST STE 200
SAN FRANCISCO CA 94111

*Commercial Checking* statement

**August 1, 2024** to **August 31, 2024**
**Account number** ████ 1670

# Account summary

**Beginning balance
on August 1, 2024**                              $0.00

**Ending balance
on August 31, 2024**                             $0.00

**$** **Lowest daily balance**

Your lowest daily balance this statement period was **$0.00**
on **August 1, 2024**.

**To contact us**

**Call**
(800) 522-2265
**Visit our web site**
www.comerica.com

**Write to us**
COMERICA BANK
1 EMBARCADERO CTR - STREET LEVEL
SAN FRANCISCO, CA 94111-3600-4331

**Important information**

The Account Balance Fee for this statement
period for this account is $0.125/$1,000.

Thank you

Page 1 of 2

**Commercial Checking statement**
**August 1, 2024 to August 31, 2024**

PLEASE EXAMINE THIS STATEMENT PROMPTLY
**Reporting Errors and Unauthorized Transactions**

**Personal Accounts:** *Electronic Funds Transfers:* In Case of Errors (including unauthorized electronic transactions) or Questions About Your Electronic Transfers: Call us at the telephone number printed on the first page of this statement or write us at the address printed on the first page of this statement as soon as you can, if you think this statement or your receipt is wrong or if you need more information about a transfer on the statement or receipt. For pre-authorized transfers (e.g., insurance payments, etc.), call us at the telephone number printed on the first page or write us at Comerica Bank – Electronic Services Department, Attn: Research, P.O. Box 75000, Detroit, Michigan 48275-7570. For Comerica ATM Card or Comerica Check Card transactions, call us at the telephone number printed on the first page or write us at Comerica Bank – Electronic Processing, P.O. Box 75000, Detroit, Michigan 48275-7584. We must hear from you no later than 60 days after we sent you the FIRST statement on which the Error or problem appeared.

When reporting the Error: (1) tell us your name and account number (if any); (2) describe the Error (an Error includes an unauthorized electronic funds transfer) or the electronic transfer you are unsure about, and explain as clearly as you can why you believe it is an Error or why you need more information; and (3) tell us the dollar amount of the suspected Error or the transaction you question.

If you tell us orally, we may require that you send us your complaint or question in writing within 10 business days. If you fail to do so, and your account is a personal account, we are not obligated to give you provisional credit for the amount of your claim while we investigate your claim. We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error so that you will have the use of the money during the time it takes us to complete our investigation.

*Comerica Debit Card Transactions:* Notwithstanding the above information, if your account was debited for a transaction resulting from the use of your Comerica Debit Card or Debit Card number, you may have additional rights and protections. See the Comerica Business and Personal Deposit Account Contract for specific information.

*Checks and Other Non-Electronic Funds Transfer Transactions:* If you need a copy of a check or additional information about a transaction, you can call us at the telephone number on the first page of this statement. State law and the terms of the Business and Personal Deposit Contract govern your liability and the Bank's for fraudulent checks and non electronic funds transfer transactions. The best way to limit your possible loss is to report any unauthorized activity involving your account as soon as possible but always within 30 days of when we sent the statement to you or otherwise made the information available to you. See the Comerica Business and Personal Deposit Contract for further details.

**Business Accounts:** *Electronic Transactions:* If you think this statement shows an Error (an Error includes an unauthorized electronic transaction) or an ATM receipt you received is wrong or if you need more information about an electronic transaction listed on the statement, call or write us as soon as possible at the telephone number or address printed on the first page but always within 30 days of when we first made the information available to you regarding the transaction. For pre-authorized transfers (e.g., insurance payment, etc.), call us at the telephone number printed on the first page or write us at Comerica Bank – Electronic Services Department, Attn: Research, P.O. Box 75000, Detroit, Michigan 48275-7570. For Comerica ATM Card or Comerica Business Check Card transactions, call us at the telephone number printed on the first page or write us at Comerica Bank – Electronic Processing, P.O. Box 75000, Detroit, Michigan 48275-7584. For all claims related to an electronic transaction, we must hear from you no later than 30 days after we first made the information available to you regarding the transaction otherwise you may waive your right to recover for the loss you incurred. Call or write us as soon as possible at the telephone number or address printed on the first page and (1) tell us your name and account number; (2) describe the Error or transaction you are unsure about, and explain as clearly as you can why you believe it is an Error or why you need more information; and (3) tell us the dollar amount of the suspected Error. We reserve the right to require that you complete an affidavit regarding claims of unauthorized transactions. If we timely receive your claim, we will investigate your claim and correct any Errors within the time frame required by law. If the claim is for an unauthorized electronic transaction and we find your claim genuine, we will process your claim in accordance with ACH rules or other applicable electronic clearinghouse rules. To the extent we recover we will refund to you the recovery. If an electronic transaction, including wire transfer was conducted in accordance with the terms of an electronic service you agreed to obtain from us, the terms of that agreement will govern whether the transaction in question is authorized or not.

*Comerica Business Check Card Transactions:* If your account was debited for a transaction resulting from the use of your Comerica Business Check Card or Check Card number (does not apply to ATM Cards or Comerica Check Cards that are not activated) or if your claim is related to an electronic debit transaction resulting from the use of your Comerica Check Card or Check Card number, you may have rights and protections in addition to those described above. See the Comerica Business and Personal Deposit Account Contract for specific information.

*Checks and Other Non-Electronic Transactions:* If you need a copy of a check or additional information about a non-electronic transaction, you can call us at the telephone number on the first page of this statement. State law and the terms of the Business and Personal Deposit Contract govern your liability and the Bank's for fraudulent checks and non electronic transactions. The best way to limit your possible loss is to report any unauthorized activity involving your account as soon as possible but always within 30 days of when we sent the statement to you or otherwise made the information available to you. See the Business and Personal Deposit Contract for further details. You should keep this statement for your records.

**Balancing Your Account:** For assistance on how to balance your account, please call us at the phone number listed on your account statement or visit your local Comerica banking center.

80931

||l.|.l.|.l.|.ll.ll.ll.ll.ll.ll
LANDMARK WORLDWIDE LLC
353 SACRAMENTO ST STE 200
SAN FRANCISCO CA 94111

*Business Money Market Account*
**statement**

**August 1, 2024** to **August 31, 2024**
**Account number** ███████4633

# Account summary

**Beginning balance**
**on August 1, 2024**                              **$29.14**

Plus deposits

Interest                                           $0.01

**Ending balance**
**on August 31, 2024**                             **$29.15**

**Interest rates on August 31, 2024**
Interest rates we paid at the end of this statement period:
- on balances of $1.00 to $4,999.00: 0.50%
- on balances of $5,000.00 to $14,999.00: 0.50%
- on balances of $15,000.00 to $24,999.00: 0.50%
- on balances of $25,000.00 to $49,999.00: 0.50%
- on balances of $50,000.00 to $99,999.00: 0.50%
- on balances of $100,000.00 to $499,999.00: 0.50%
- on balances of $500,000.00 to $999,999.00: 1.00%
- on balances of $1,000,000.00 or more: 1.00%

**Summary of interest you've earned**
- Interest paid to you this statement period: $0.01
- Total interest paid to you this year: $0.10

**To contact us**

**Call**
(800) 522-2265
**Visit our web site**
www.comerica.com

**Write to us**
COMERICA BANK
1 EMBARCADERO CTR - STREET LEVEL
SAN FRANCISCO, CA 94111-3600-4331

**Important information**

The Account Balance Fee for this statement
period for this account is $0.00/$1,000.

Thank you

***Business Money Market Account* statement**
**August 1, 2024 to August 31, 2024**

# *Business Money Market Account* account details: XXXXXX4633

## Other deposits this statement period

| | | | Reference numbers | |
| Date | Amount ($) | Activity | Customer | Bank |
|------|-----------|----------|----------|------|
| Aug30 | 0.01 | Interest | | I-GEN11444 |

**Total Other Deposits: $0.01**
**Total Number of Other Deposits: 1**

## 💲 Lowest daily balance

Your lowest daily balance this statement period was **$29.14**
on **August 1, 2024**.

**Business Money Market Account statement**
**August 1, 2024 to August 31, 2024**

# Business Money Market Account: XXXXX4633

## PLEASE EXAMINE THIS STATEMENT PROMPTLY
### Reporting Errors and Unauthorized Transactions

**Personal Accounts:** *Electronic Funds Transfers:* In Case of Errors (including unauthorized electronic transactions) or Questions About Your Electronic Transfers: Call us at the telephone number printed on the first page of this statement or write us at the address printed on the first page of this statement as soon as you can, if you think this statement or your receipt is wrong or if you need more information about a transfer on the statement or receipt. For pre-authorized transfers (e.g., insurance payments, etc.), call us at the telephone number printed on the first page or write us at Comerica Bank – Electronic Services Department, Attn: Research, P.O. Box 75000, Detroit, Michigan 48275-7570. For Comerica ATM Card or Comerica Check Card transactions, call us at the telephone number printed on the first page or write us at Comerica Bank – Electronic Processing, P.O. Box 75000, Detroit, Michigan 48275-7584. We must hear from you no later than 60 days after we sent you the FIRST statement on which the Error or problem appeared.

When reporting the Error: (1) tell us your name and account number (if any); (2) describe the Error (an Error includes an unauthorized electronic funds transfer) or the electronic transfer you are unsure about, and explain as clearly as you can why you believe it is an Error or why you need more information; and (3) tell us the dollar amount of the suspected Error or the transaction you question.

If you tell us orally, we may require that you send us your complaint or question in writing within 10 business days. If you fail to do so, and your account is a personal account, we are not obligated to give you provisional credit for the amount of your claim while we investigate your claim. We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error so that you will have the use of the money during the time it takes us to complete our investigation.

*Comerica Debit Card Transactions:* Notwithstanding the above information, if your account was debited for a transaction resulting from the use of your Comerica Debit Card or Debit Card number, you may have additional rights and protections. See the Comerica Business and Personal Deposit Account Contract for specific information.

*Checks and Other Non-Electronic Funds Transfer Transactions:* If you need a copy of a check or additional information about a transaction, you can call us at the telephone number on the first page of this statement. State law and the terms of the Business and Personal Deposit Contract govern your liability and the Bank's for fraudulent checks and non electronic funds transfer transactions. The best way to limit your possible loss is to report any unauthorized activity involving your account as soon as possible but always within 30 days of when we sent the statement to you or otherwise made the information available to you. See the Comerica Business and Personal Deposit Contract for further details.

**Business Accounts:** *Electronic Transactions:* If you think this statement shows an Error (an Error includes an unauthorized electronic transaction) or an ATM receipt you received is wrong or if you need more information about an electronic transaction listed on the statement, call or write us as soon as possible at the telephone number or address printed on the first page but always within 30 days of when we first made the information available to you regarding the transaction. For pre-authorized transfers (e.g., insurance payment, etc.), call us at the telephone number printed on the first page or write us at Comerica Bank – Electronic Services Department, Attn: Research, P.O. Box 75000, Detroit, Michigan 48275-7570. For Comerica ATM Card or Comerica Business Check Card transactions, call us at the telephone number printed on the first page or write us at Comerica Bank – Electronic Processing, P.O. Box 75000, Detroit, Michigan 48275-7584. For all claims related to an electronic transaction, we must hear from you no later than 30 days after we first made the information available to you regarding the transaction otherwise you may waive your right to recover for the loss you incurred. Call or write us as soon as possible at the telephone number or address printed on the first page and (1) tell us your name and account number; (2) describe the Error or transaction you are unsure about, and explain as clearly as you can why you believe it is an Error or why you need more information; and (3) tell us the dollar amount of the suspected Error. We reserve the right to require that you complete an affidavit regarding claims of unauthorized transactions. If we timely receive your claim, we will investigate your claim and correct any Errors within the time frame required by law. If the claim is for an unauthorized electronic transaction and we find your claim genuine, we will process your claim in accordance with ACH rules or other applicable electronic clearinghouse rules. To the extent we recover we will refund to you the recovery. If an electronic transaction, including wire transfer was conducted in accordance with the terms of an electronic service you agreed to obtain from us, the terms of that agreement will govern whether the transaction in question is authorized or not.

*Comerica Business Check Card Transactions:* If your account was debited for a transaction resulting from the use of your Comerica Business Check Card or Check Card number (does not apply to ATM Cards or Comerica Check Cards that are not activated) or if your claim is related to an electronic debit transaction resulting from the use of your Comerica Check Card or Check Card number, you may have rights and protections in addition to those described above. See the Comerica Business and Personal Deposit Account Contract for specific information.

*Checks and Other Non-Electronic Transactions:* If you need a copy of a check or additional information about a non-electronic transaction, you can call us at the telephone number on the first page of this statement. State law and the terms of the Business and Personal Deposit Contract govern your liability and the Bank's for fraudulent checks and non electronic transactions. The best way to limit your possible loss is to report any unauthorized activity involving your account as soon as possible but always within 30 days of when we sent the statement to you or otherwise made the information available to you. See the Business and Personal Deposit Contract for further details. You should keep this statement for your records.

**Balancing Your Account:** For assistance on how to balance your account, please call us at the phone number listed on your account statement or visit your local Comerica banking center.

80931

LANDMARK WORLDWIDE LLC
ATTN STEVE ALLAN
353 SACRAMENTO ST STE 200
SAN FRANCISCO CA 94111

*Commercial Checking* statement

August 1, 2024 to August 31, 2024
**Account number** ▮▮▮▮3638
**Previous account number** ▮▮▮4815

# Account summary

| | |
|---|---|
| **Beginning balance** **on August 1, 2024** | **$0.00** |
| Plus deposits | |
| Transfers from other accounts | $2,126.76 |
| Less withdrawals | |
| Checks | -$2,126.76 |
| **Ending balance** **on August 31, 2024** | **$0.00** |

**To contact us**

**Call**
(800) 522-2265
**Visit our web site**
www.comerica.com

**Write to us**
COMERICA BANK
1 EMBARCADERO CTR - STREET LEVEL
SAN FRANCISCO, CA 94111-3600-4331

**Important information**

The Account Balance Fee for this statement
period for this account is $0.125/$1,000.

**Thank you**

*Commercial Checking* statement
**August 1, 2024 to August 31, 2024**

## *Commercial Checking* account details: XXXXXX3638

### Transfer from other accounts this statement period

| Date | Amount | Activity | Bank reference number |
|------|--------|----------|-----------------------|
| Aug 05 | 749.93 | Automatic Transfer From Account Xxxxxx1654 | I-GEN10111 |
| Aug 08 | 445.66 | Automatic Transfer From Account Xxxxxx1654 | I-GEN10111 |
| Aug 21 | 358.17 | Automatic Transfer From Account Xxxxxx1654 | I-GEN10125 |
| Aug 26 | 573.00 | Automatic Transfer From Account Xxxxxx1654 | I-GEN10105 |

**Total Transferred from Other Accounts: $2,126.76**
**Total Number of Transfers from Other Accounts: 4**

### Checks paid this statement period

\* Symbol indicates a break in check number sequence

\# Symbol indicates an original item not enclosed

@ Symbol indicates a break in check number sequence and an original item not enclosed

| Check Number | Amount | Date Paid | Bank Reference Number | Check Number | Amount | Date Paid | Bank Reference Number |
|--------------|--------|-----------|-----------------------|--------------|--------|-----------|-----------------------|
| #6719 | -129.56 | Aug 21 | 0970008975 | @6723 | -749.93 | Aug 05 | 0970438066 |
| #6720 | -71.26 | Aug 21 | 0970008974 | #6724 | -147.29 | Aug 21 | 0970008973 |
| #6721 | -10.06 | Aug 21 | 0970008972 | @6726 | -445.66 | Aug 08 | 0970217467 |
|  |  |  |  | #6727 | -573.00 | Aug 26 | 0970392801 |

**Total checks paid this statement period: -$2,126.76**

**Total number of checks paid this statement period: 7**

 ### Lowest daily balance

Your lowest daily balance this statement period was **$0.00**
on **August 1, 2024**.

**Commercial Checking statement**
**August 1, 2024 to August 31, 2024**

# Commercial Checking: XXXXXX3638

**PLEASE EXAMINE THIS STATEMENT PROMPTLY**

**Reporting Errors and Unauthorized Transactions**

**Personal Accounts:** *Electronic Funds Transfers:* In Case of Errors (including unauthorized electronic transactions) or Questions About Your Electronic Transfers: Call us at the telephone number printed on the first page of this statement or write us at the address printed on the first page of this statement as soon as you can, if you think this statement or your receipt is wrong or if you need more information about a transfer on the statement or receipt. For pre-authorized transfers (e.g., insurance payments, etc.), call us at the telephone number printed on the first page or write us at Comerica Bank – Electronic Services Department, Attn: Research, P.O. Box 75000, Detroit, Michigan 48275-7570. For Comerica ATM Card or Comerica Check Card transactions, call us at the telephone number printed on the first page or write us at Comerica Bank – Electronic Processing, P.O. Box 75000, Detroit, Michigan 48275-7584. We must hear from you no later than 60 days after we sent you the FIRST statement on which the Error or problem appeared.

When reporting the Error: (1) tell us your name and account number (if any); (2) describe the Error (an Error includes an unauthorized electronic funds transfer) or the electronic transfer you are unsure about, and explain as clearly as you can why you believe it is an Error or why you need more information; and (3) tell us the dollar amount of the suspected Error or the transaction you question.

If you tell us orally, we may require that you send us your complaint or question in writing within 10 business days. If you fail to do so, and your account is a personal account, we are not obligated to give you provisional credit for the amount of your claim while we investigate your claim. We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error so that you will have the use of the money during the time it takes us to complete our investigation.

*Comerica Debit Card Transactions:* Notwithstanding the above information, if your account was debited for a transaction resulting from the use of your Comerica Debit Card or Debit Card number, you may have additional rights and protections. See the Comerica Business and Personal Deposit Account Contract for specific information.

*Checks and Other Non-Electronic Funds Transfer Transactions*: If you need a copy of a check or additional information about a transaction, you can call us at the telephone number on the first page of this statement. State law and the terms of the Business and Personal Deposit Contract govern your liability and the Bank's for fraudulent checks and non electronic funds transfer transactions. The best way to limit your possible loss is to report any unauthorized activity involving your account as soon as possible but always within 30 days of when we sent the statement to you or otherwise made the information available to you. See the Comerica Business and Personal Deposit Contract for further details.

**Business Accounts:** *Electronic Transactions*: If you think this statement shows an Error (an Error includes an unauthorized electronic transaction) or an ATM receipt you received is wrong or if you need more information about an electronic transaction listed on the statement, call or write us as soon as possible at the telephone number or address printed on the first page but always within 30 days of when we first made the information available to you regarding the transaction. For pre-authorized transfers (e.g., insurance payment, etc.), call us at the telephone number printed on the first page or write us at Comerica Bank – Electronic Services Department, Attn: Research, P.O. Box 75000, Detroit, Michigan 48275-7570. For Comerica ATM Card or Comerica Business Check Card transactions, call us at the telephone number printed on the first page or write us at Comerica Bank – Electronic Processing, P.O. Box 75000, Detroit, Michigan 48275-7584. For all claims related to an electronic transaction, we must hear from you no later than 30 days after we first made the information available to you regarding the transaction otherwise you may waive your right to recover for the loss you incurred. Call or write us as soon as possible at the telephone number or address printed on the first page and (1) tell us your name and account number; (2) describe the Error or transaction you are unsure about, and explain as clearly as you can why you believe it is an Error or why you need more information; and (3) tell us the dollar amount of the suspected Error. We reserve the right to require that you complete an affidavit regarding claims of unauthorized transactions. If we timely receive your claim, we will investigate your claim and correct any Errors within the time frame required by law. If the claim is for an unauthorized electronic transaction and we find your claim genuine, we will process your claim in accordance with ACH rules or other applicable electronic clearinghouse rules. To the extent we recover we will refund to you the recovery. If an electronic transaction, including wire transfer was conducted in accordance with the terms of an electronic service you agreed to obtain from us, the terms of that agreement will govern whether the transaction in question is authorized or not.

*Comerica Business Check Card Transactions:* If your account was debited for a transaction resulting from the use of your Comerica Business Check Card or Check Card number (does not apply to ATM Cards or Comerica Check Cards that are not activated) or if your claim is related to an electronic debit transaction resulting from the use of your Comerica Check Card or Check Card number, you may have rights and protections in addition to those described above. See the Comerica Business and Personal Deposit Account Contract for specific information.

*Checks and Other Non-Electronic Transactions*: If you need a copy of a check or additional information about a non-electronic transaction, you can call us at the telephone number on the first page of this statement. State law and the terms of the Business and Personal Deposit Contract govern your liability and the Bank's for fraudulent checks and non electronic transactions. The best way to limit your possible loss is to report any unauthorized activity involving your account as soon as possible but always within 30 days of when we sent the statement to you or otherwise made the information available to you. See the Business and Personal Deposit Contract for further details. You should keep this statement for your records.

**Balancing Your Account:** For assistance on how to balance your account, please call us at the phone number listed on your account statement or visit your local Comerica banking center.

80931

Illulalallullullullull
LANDMARK WORLDWIDE LLC
REFUND
ATTN STEVE ALLAN
353 SACRAMENTO ST STE 200
SAN FRANCISCO CA 94111

***Commercial Checking* statement**

**August 1, 2024** to **August 31, 2024**
**Account number** ▮▮▮▮ 3604
**Previous account number** ▮▮▮▮ 4785

# Account summary

| | |
|---|---|
| **Beginning balance** on **August 1, 2024** | **$0.00** |
| Plus deposits | |
| Transfers from other accounts | $2,540.20 |
| Less withdrawals | |
| Checks | -$2,540.20 |
| **Ending balance** on **August 31, 2024** | **$0.00** |

To contact us    To contact us

**Call**
(800) 522-2265
**Visit our web site**
www.comerica.com

**Write to us**
COMERICA BANK
1 EMBARCADERO CTR - STREET LEVEL
SAN FRANCISCO, CA 94111-3600-4331

Important information   Important information

The Account Balance Fee for this statement period for this account is $0.125/$1,000.

Thank you      Thank you

***Commercial Checking*** statement
**August 1, 2024 to August 31, 2024**

# ***Commercial Checking*** account details: XXXXXX3604

## Transfer from other accounts this statement period

| Date | Amount | Activity | Bank reference number |
|---|---|---|---|
| Aug 01 | 875.00 | Automatic Transfer From Account Xxxxxx1654 | I-GEN10109 |
| Aug 19 | 240.20 | Automatic Transfer From Account Xxxxxx1654 | I-GEN10107 |
| Aug 21 | 1,225.00 | Automatic Transfer From Account Xxxxxx1654 | I-GEN10123 |
| Aug 22 | 200.00 | Automatic Transfer From Account Xxxxxx1654 | I-GEN10125 |

**Total Transferred from Other Accounts: $2,540.20**

**Total Number of Transfers from Other Accounts: 4**

## Checks paid this statement period

\* Symbol indicates a break in check number sequence

\# Symbol indicates an original item not enclosed

@ Symbol indicates a break in check number sequence and an original item not enclosed

| Check Number | Amount | Date Paid | Bank Reference Number | Check Number | Amount | Date Paid | Bank Reference Number |
|---|---|---|---|---|---|---|---|
| #27889 | -725.00 | Aug 01 | 0970265908 | @27893 | -240.20 | Aug 19 | 0970040203 |
| #27890 | -150.00 | Aug 01 | 0970264939 | #27894 | -825.00 | Aug 21 | 0970165460 |
| #27891 | -400.00 | Aug 21 | 0970039792 | #27895 | -200.00 | Aug 22 | 0330124285 |

**Total checks paid this statement period: -$2,540.20**

**Total number of checks paid this statement period: 6**

 ## Lowest daily balance

Your lowest daily balance this statement period was **$0.00** on **August 1, 2024**.

**Commercial Checking statement**
**August 1, 2024 to August 31, 2024**

# Commercial Checking: XXXXXX3604

### PLEASE EXAMINE THIS STATEMENT PROMPTLY
#### Reporting Errors and Unauthorized Transactions

**Personal Accounts:** *Electronic Funds Transfers:* In Case of Errors (including unauthorized electronic transactions) or Questions About Your Electronic Transfers: Call us at the telephone number printed on the first page of this statement or write us at the address printed on the first page of this statement as soon as you can, if you think this statement or your receipt is wrong or if you need more information about a transfer on the statement or receipt. For pre-authorized transfers (e.g., insurance payments, etc.), call us at the telephone number printed on the first page or write us at Comerica Bank – Electronic Services Department, Attn: Research, P.O. Box 75000, Detroit, Michigan 48275-7570. For Comerica ATM Card or Comerica Check Card transactions, call us at the telephone number printed on the first page or write us at Comerica Bank – Electronic Processing, P.O. Box 75000, Detroit, Michigan 48275-7584. We must hear from you no later than 60 days after we sent you the FIRST statement on which the Error or problem appeared.

When reporting the Error: (1) tell us your name and account number (if any); (2) describe the Error (an Error includes an unauthorized electronic funds transfer) or the electronic transfer you are unsure about, and explain as clearly as you can why you believe it is an Error or why you need more information; and (3) tell us the dollar amount of the suspected Error or the transaction you question.

If you tell us orally, we may require that you send us your complaint or question in writing within 10 business days. If you fail to do so, and your account is a personal account, we are not obligated to give you provisional credit for the amount of your claim while we investigate your claim. We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error so that you will have the use of the money during the time it takes us to complete our investigation.

*Comerica Debit Card Transactions:* Notwithstanding the above information, if your account was debited for a transaction resulting from the use of your Comerica Debit Card or Debit Card number, you may have additional rights and protections. See the Comerica Business and Personal Deposit Account Contract for specific information.

*Checks and Other Non-Electronic Funds Transfer Transactions:* If you need a copy of a check or additional information about a transaction, you can call us at the telephone number on the first page of this statement. State law and the terms of the Business and Personal Deposit Contract govern your liability and the Bank's for fraudulent checks and non electronic funds transfer transactions. The best way to limit your possible loss is to report any unauthorized activity involving your account as soon as possible but always within 30 days of when we sent the statement to you or otherwise made the information available to you. See the Comerica Business and Personal Deposit Contract for further details.

**Business Accounts:** *Electronic Transactions:* If you think this statement shows an Error (an Error includes an unauthorized electronic transaction) or an ATM receipt you received is wrong or if you need more information about an electronic transaction listed on the statement, call or write us as soon as possible at the telephone number or address printed on the first page but always within 30 days of when we first made the information available to you regarding the transaction. For pre-authorized transfers (e.g., insurance payment, etc.), call us at the telephone number printed on the first page or write us at Comerica Bank – Electronic Services Department, Attn: Research, P.O. Box 75000, Detroit, Michigan 48275-7570. For Comerica ATM Card or Comerica Business Check Card transactions, call us at the telephone number printed on the first page or write us at Comerica Bank – Electronic Processing, P.O. Box 75000, Detroit, Michigan 48275-7584. For all claims related to an electronic transaction, we must hear from you no later than 30 days after we first made the information available to you regarding the transaction otherwise you may waive your right to recover for the loss you incurred. Call or write us as soon as possible at the telephone number or address printed on the first page and (1) tell us your name and account number; (2) describe the Error or transaction you are unsure about, and explain as clearly as you can why you believe it is an Error or why you need more information; and (3) tell us the dollar amount of the suspected Error. We reserve the right to require that you complete an affidavit regarding claims of unauthorized transactions. If we timely receive your claim, we will investigate your claim and correct any Errors within the time frame required by law. If the claim is for an unauthorized electronic transaction and we find your claim genuine, we will process your claim in accordance with ACH rules or other applicable electronic clearinghouse rules. To the extent we recover we will refund to you the recovery. If an electronic transaction, including wire transfer was conducted in accordance with the terms of an electronic service you agreed to obtain from us, the terms of that agreement will govern whether the transaction in question is authorized or not.

*Comerica Business Check Card Transactions:* If your account was debited for a transaction resulting from the use of your Comerica Business Check Card or Check Card number (does not apply to ATM Cards or Comerica Check Cards that are not activated) or if your claim is related to an electronic debit transaction resulting from the use of your Comerica Check Card or Check Card number, you may have rights and protections in addition to those described above. See the Comerica Business and Personal Deposit Account Contract for specific information.

*Checks and Other Non-Electronic Transactions:* If you need a copy of a check or additional information about a non-electronic transaction, you can call us at the telephone number on the first page of this statement. State law and the terms of the Business and Personal Deposit Contract govern your liability and the Bank's for fraudulent checks and non electronic transactions. The best way to limit your possible loss is to report any unauthorized activity involving your account as soon as possible but always within 30 days of when we sent the statement to you or otherwise made the information available to you. See the Business and Personal Deposit Contract for further details. You should keep this statement for your records.

**Balancing Your Account:** For assistance on how to balance your account, please call us at the phone number listed on your account statement or visit your local Comerica banking center.

80931

LANDMARK WORLDWIDE LLC
ATTN STEVE ALLAN
15 RAILROAD AVENUE, #1008
DANVILLE CA 94526

*Commercial Checking* statement

August 1, 2024 to August 31, 2024
**Account number** ████ 3489
**Previous account number** ████ 4645

# Account summary

| | |
|---|---|
| **Beginning balance** on August 1, 2024 | **$0.00** |
| Plus deposits | |
| Electronic deposits | $1,819,640.87 |
| Other deposits | $26,123.74 |
| Less withdrawals | |
| Electronic (EFT) withdrawals | -$39,881.71 |
| Fees and service charges | -$5,316.61 |
| Transfers to other accounts | -$1,800,566.29 |
| **Ending balance** on August 31, 2024 | **$0.00** |

**To contact us**

**Call**
(800) 522-2265
**Visit our web site**
www.comerica.com

**Write to us**
COMERICA BANK
1 EMBARCADERO CTR - STREET LEVEL
SAN FRANCISCO, CA 94111-3600-4331

**Important information**

The Account Balance Fee for this statement period for this account is $0.125/$1,000.

Thank you

*Commercial Checking* statement
August 1, 2024 to August 31, 2024

## *Commercial Checking* account details: XXXXXX3489

### Electronic deposits this statement period

| | | | Reference numbers | |
| Date | Amount | Activity | Customer | Bank |
|---|---|---|---|---|
| Aug 01 | 31,979.35 | Braintree Funding Hd8jmy | | 9488997284 |
| Aug 02 | 30,375.84 | Braintree Funding 6qgx84 | | 9488320585 |
| Aug 02 | 3,000.00 | Wire # 000930 Org S . H Engineer Fed # 002819 | | 9485000206 |
| Aug 05 | 57,373.24 | Braintree Funding 626ghj | | 9488439072 |
| Aug 06 | 71,332.43 | Braintree Funding 8hkh3j | | 9488127168 |
| Aug 07 | 97,737.50 | Braintree Funding D5skj4 | | 9488267802 |
| Aug 08 | 54,099.00 | Braintree Funding 5fnq4p | | 9488353845 |
| Aug 09 | 59,615.67 | Braintree Funding Kf9zft | | 9488450693 |
| Aug 12 | 40,689.50 | Braintree Funding 322wkt | | 9488618742 |
| Aug 13 | 31,398.82 | Braintree Funding Dm4qj4 | | 9488061669 |
| Aug 13 | 76.76 | Audible Edi Pymnts Eft-11556684-sr | | 9488828651 |
| Aug 14 | 70,835.92 | Braintree Funding 8qr7nj | | 9488144309 |
| Aug 15 | 57,111.17 | Braintree Funding 9bckzt | | 9488347155 |
| Aug 16 | 64,138.16 | Braintree Funding Bmdv98 | | 9488501262 |
| Aug 19 | 51,112.71 | Braintree Funding 6x3w6d | | 9488742612 |
| Aug 19 | 6,400.00 | Wire # 000137 Org Raymond Lamber Fed # 000096 | | 9485000173 |
| Aug 20 | 499,246.33 | Braintree Funding D9tqcj | | 9488191365 |
| Aug 20 | 31,460.00 | Panda Restaurant Ap Payment | | 9488027823 |
| Aug 22 | 102,544.16 | Braintree Funding Kh749t | | 9488854871 |
| Aug 22 | 50,951.66 | Braintree Funding Fp8wwy | | 9488580052 |
| Aug 23 | 44,995.51 | Braintree Funding 985sdp | | 9488636707 |
| Aug 26 | 54,865.00 | Braintree Funding 78qjvt | | 9488759863 |
| Aug 27 | 41,939.42 | Braintree Funding 43tj58 | | 9488817661 |
| Aug 28 | 117,039.91 | Braintree Funding 797z4p | | 9488989420 |
| Aug 29 | 74,848.77 | Braintree Funding B53ysj | | 9488756431 |
| Aug 29 | 125.00 | Trade Services Osb11255c | | 9488306369 |
| Aug 29 | 125.00 | Trade Services Osb11259c | | 9488306375 |
| Aug 29 | 55.88 | Amazon.com, Inc. Payments Fcs002347163872 | | 9488103732 |
| Aug 29 | 30.00 | Trade Services Osb11255c | | 9488306371 |
| Aug 29 | 30.00 | Trade Services Osb11259c | | 9488306373 |
| Aug 29 | 18.71 | Amazon.com.ca UI Payment 240829 | | 9488648290 |
| Aug 29 | 3.68 | Amazon Media Eu Payment 240829 | | 9488648058 |
| Aug 29 | 0.82 | Amazon As4796791 Edi Pymnts Fcs002340744592 | | 9488795582 |
| Aug 30 | 71,084.95 | Braintree Funding J5k54p | | 9488227951 |
| Aug 30 | 3,000.00 | Wire # 001444 Org Supercoat Qld  Fed # 001038 | | 9485000228 |

**Total Electronic Deposits: $1,819,640.87**
**Total Number of Electronic Deposits: 35**

### Other deposits this statement period

| | | | Reference numbers | |
| Date | Amount ($) | Activity | Customer | Bank |
|---|---|---|---|---|
| Aug05 | 25,953.63 | Wholesale Lockbox Deposit | 670780 | 0880148547 |
| Aug19 | 170.11 | Wholesale Lockbox Deposit | 670780 | 0880149514 |

**Total Other Deposits: $26,123.74**
**Total Number of Other Deposits: 2**

### Electronic withdrawals this statement period

| | | | Reference numbers | |
| Date | Amount ($) | Activity | Customer | Bank |
|---|---|---|---|---|
| Aug 06 | -32,630.59 | Braintree Funding 3n45j4 | | 9488135372 |
| Aug 06 | -6,911.12 | Braintree Funding J9xn5t | | 9488135420 |
| Aug 26 | -125.00 | Trade Services Osb11259c | | 9488879618 |
| Aug 26 | -125.00 | Trade Services Osb11255c | | 9488879622 |

***Commercial Checking*** statement
**August 1, 2024 to August 31, 2024**

———  ———  ———

———

# Commercial Checking: XXXXXX3489

## Electronic withdrawals this statement period (continued)

| | | | Reference numbers | |
| Date | Amount ($) | Activity | Customer | Bank |
|------|-----------|----------|----------|------|
| Aug 26 | -30.00 | Trade Services Osb11255c | | 9488879614 |
| Aug 26 | -30.00 | Trade Services Osb11259c | | 9488879616 |
| Aug 26 | -30.00 | Trade Services Osb11255c | | 9488879620 |

**Total Electronic Withdrawals: -$39,881.71**
**Total Number of Electronic Withdrawals: 7**

## Fees and service charges this statement period

| Date | Amount ($) | Activity | Bank reference number |
|------|-----------|----------|----------------------|
| Aug 13 | -5,316.61 | Service Charge | 0000028676 |

**Total Fees and Service Charges: -$5,316.61**
**Total Number of Fees and Service Charges: 1**

## Transfers to other accounts this statement period

| Date | Amount ($) | Activity | Bank reference number |
|------|-----------|----------|----------------------|
| Aug 01 | -31,979.35 | Automatic Transfer To Account Xxxxxx1654 | I-GEN10105 |
| Aug 02 | -33,375.84 | Automatic Transfer To Account Xxxxxx1654 | I-GEN10103 |
| Aug 05 | -83,326.87 | Automatic Transfer To Account Xxxxxx1654 | I-GEN10105 |
| Aug 06 | -31,790.72 | Automatic Transfer To Account Xxxxxx1654 | I-GEN10105 |
| Aug 07 | -97,737.50 | Automatic Transfer To Account Xxxxxx1654 | I-GEN10095 |
| Aug 08 | -54,099.00 | Automatic Transfer To Account Xxxxxx1654 | I-GEN10105 |
| Aug 09 | -59,615.67 | Automatic Transfer To Account Xxxxxx1654 | I-GEN10117 |
| Aug 12 | -40,689.50 | Automatic Transfer To Account Xxxxxx1654 | I-GEN10113 |
| Aug 13 | -26,158.97 | Automatic Transfer To Account Xxxxxx1654 | I-GEN10113 |
| Aug 14 | -70,835.92 | Automatic Transfer To Account Xxxxxx1654 | I-GEN10107 |
| Aug 15 | -57,111.17 | Automatic Transfer To Account Xxxxxx1654 | I-GEN10109 |
| Aug 16 | -64,138.16 | Automatic Transfer To Account Xxxxxx1654 | I-GEN10117 |
| Aug 19 | -57,682.82 | Automatic Transfer To Account Xxxxxx1654 | I-GEN10103 |
| Aug 20 | -530,706.33 | Automatic Transfer To Account Xxxxxx1654 | I-GEN10103 |
| Aug 22 | -153,495.82 | Automatic Transfer To Account Xxxxxx1654 | I-GEN10121 |
| Aug 23 | -44,995.51 | Automatic Transfer To Account Xxxxxx1654 | I-GEN10113 |
| Aug 26 | -54,525.00 | Automatic Transfer To Account Xxxxxx1654 | I-GEN10099 |
| Aug 27 | -41,939.42 | Automatic Transfer To Account Xxxxxx1654 | I-GEN10095 |
| Aug 28 | -117,039.91 | Automatic Transfer To Account Xxxxxx1654 | I-GEN10095 |
| Aug 29 | -75,237.86 | Automatic Transfer To Account Xxxxxx1654 | I-GEN10109 |
| Aug 30 | -74,084.95 | Automatic Transfer To Account Xxxxxx1654 | I-GEN10109 |

**Total Transferred to Other Accounts: -$1,800,566.29**
**Total Number of Transfers to Other Accounts: 21**

## $ Lowest daily balance

Your lowest daily balance this statement period was **$0.00**
on **August 1, 2024**.

**Commercial Checking statement**
**August 1, 2024 to August 31, 2024**

# Commercial Checking: XXXXXX3489

**PLEASE EXAMINE THIS STATEMENT PROMPTLY**
**Reporting Errors and Unauthorized Transactions**

**Personal Accounts:** *Electronic Funds Transfers:* In Case of Errors (including unauthorized electronic transactions) or Questions About Your Electronic Transfers: Call us at the telephone number printed on the first page of this statement or write us at the address printed on the first page of this statement as soon as you can, if you think this statement or your receipt is wrong or if you need more information about a transfer on the statement or receipt. For pre-authorized transfers (e.g., insurance payments, etc.), call us at the telephone number printed on the first page or write us at Comerica Bank – Electronic Services Department, Attn: Research, P.O. Box 75000, Detroit, Michigan 48275-7570. For Comerica ATM Card or Comerica Check Card transactions, call us at the telephone number printed on the first page or write us at Comerica Bank – Electronic Processing, P.O. Box 75000, Detroit, Michigan 48275-7584. We must hear from you no later than 60 days after we sent you the FIRST statement on which the Error or problem appeared.

When reporting the Error: (1) tell us your name and account number (if any); (2) describe the Error (an Error includes an unauthorized electronic funds transfer) or the electronic transfer you are unsure about, and explain as clearly as you can why you believe it is an Error or why you need more information; and (3) tell us the dollar amount of the suspected Error or the transaction you question.

If you tell us orally, we may require that you send us your complaint or question in writing within 10 business days. If you fail to do so, and your account is a personal account, we are not obligated to give you provisional credit for the amount of your claim while we investigate your claim. We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error so that you will have the use of the money during the time it takes us to complete our investigation.

*Comerica Debit Card Transactions:* Notwithstanding the above information, if your account was debited for a transaction resulting from the use of your Comerica Debit Card or Debit Card number, you may have additional rights and protections. See the Comerica Business and Personal Deposit Account Contract for specific information.

*Checks and Other Non-Electronic Funds Transfer Transactions:* If you need a copy of a check or additional information about a transaction, you can call us at the telephone number on the first page of this statement. State law and the terms of the Business and Personal Deposit Contract govern your liability and the Bank's for fraudulent checks and non electronic funds transfer transactions. The best way to limit your possible loss is to report any unauthorized activity involving your account as soon as possible but always within 30 days of when we sent the statement to you or otherwise made the information available to you. See the Comerica Business and Personal Deposit Contract for further details.

**Business Accounts:** *Electronic Transactions:* If you think this statement shows an Error (an Error includes an unauthorized electronic transaction) or an ATM receipt you received is wrong or if you need more information about an electronic transaction listed on the statement, call or write us as soon as possible at the telephone number or address printed on the first page but always within 30 days of when we first made the information available to you regarding the transaction. For pre-authorized transfers (e.g., insurance payment, etc.), call us at the telephone number printed on the first page or write us at Comerica Bank – Electronic Services Department, Attn: Research, P.O. Box 75000, Detroit, Michigan 48275-7570. For Comerica ATM Card or Comerica Business Check Card transactions, call us at the telephone number printed on the first page or write us at Comerica Bank – Electronic Processing, P.O. Box 75000, Detroit, Michigan 48275-7584. For all claims related to an electronic transaction, we must hear from you no later than 30 days after we first made the information available to you regarding the transaction otherwise you may waive your right to recover for the loss you incurred. Call or write us as soon as possible at the telephone number or address printed on the first page and (1) tell us your name and account number; (2) describe the Error or transaction you are unsure about, and explain as clearly as you can why you believe it is an Error or why you need more information; and (3) tell us the dollar amount of the suspected Error. We reserve the right to require that you complete an affidavit regarding claims of unauthorized transactions. If we timely receive your claim, we will investigate your claim and correct any Errors within the time frame required by law. If the claim is for an unauthorized electronic transaction and we find your claim genuine, we will process your claim in accordance with ACH rules or other applicable electronic clearinghouse rules. To the extent we recover we will refund to you the recovery. If an electronic transaction, including wire transfer was conducted in accordance with the terms of an electronic service you agreed to obtain from us, the terms of that agreement will govern whether the transaction in question is authorized or not.

*Comerica Business Check Card Transactions:* If your account was debited for a transaction resulting from the use of your Comerica Business Check Card or Check Card number (does not apply to ATM Cards or Comerica Check Cards that are not activated) or if your claim is related to an electronic debit transaction resulting from the use of your Comerica Check Card or Check Card number, you may have rights and protections in addition to those described above. See the Comerica Business and Personal Deposit Account Contract for specific information.

*Checks and Other Non-Electronic Transactions:* If you need a copy of a check or additional information about a non-electronic transaction, you can call us at the telephone number on the first page of this statement. State law and the terms of the Business and Personal Deposit Contract govern your liability and the Bank's for fraudulent checks and non electronic transactions. The best way to limit your possible loss is to report any unauthorized activity involving your account as soon as possible but always within 30 days of when we sent the statement to you or otherwise made the information available to you. See the Business and Personal Deposit Contract for further details. You should keep this statement for your records.

**Balancing Your Account:** For assistance on how to balance your account, please call us at the phone number listed on your account statement or visit your local Comerica banking center.

80931

LANDMARK WORLDWIDE LLC
ATTN STEVE ALLAN
353 SACRAMENTO ST STE 200
SAN FRANCISCO CA 94111

*Commercial Checking* **statement**

**August 1, 2024** to **August 31, 2024**
**Account number** ████ 3620
**Previous account number** ████ 4807

# Account summary

| | |
|---|---|
| **Beginning balance** | |
| **on August 1, 2024** | **$0.00** |
| Plus deposits | |
| Electronic deposits | $31,529.05 |
| Transfers from other accounts | $185,998.70 |
| Less withdrawals | |
| Checks | -$19,338.11 |
| Electronic (EFT) withdrawals | -$190,414.65 |
| Transfers to other accounts | -$7,774.99 |
| **Ending balance** | |
| **on August 31, 2024** | **$0.00** |

To contact us

**Call**
(800) 522-2265
**Visit our web site**
www.comerica.com

**Write to us**
COMERICA BANK
1 EMBARCADERO CTR - STREET LEVEL
SAN FRANCISCO, CA 94111-3600-4331

Important information

The Account Balance Fee for this statement
period for this account is $0.125/$1,000.

Thank you

*Commercial Checking* **statement**
**August 1, 2024 to August 31, 2024**

# *Commercial Checking* account details: XXXXXX3620

## Electronic deposits this statement period

| Date | Amount | Activity | Reference numbers Customer | Bank |
|------|--------|----------|------------------|------|
| Aug 05 | 16,476.55 | Rtp From Barabbas Road Church 035919 | | RP00005919 |
| Aug 23 | 15,052.50 | Return Settle Return 240823 -sett-ca Auto | | 9488254386 |

**Total Electronic Deposits: $31,529.05**
**Total Number of Electronic Deposits: 2**

## Transfer from other accounts this statement period

| Date | Amount | Activity | Bank reference number |
|------|--------|----------|------------------------|
| Aug 01 | 9,353.49 | Automatic Transfer From Account Xxxxxx1654 | I-GEN10111 |
| Aug 02 | 1,470.73 | Automatic Transfer From Account Xxxxxx1654 | I-GEN10109 |
| Aug 06 | 851.27 | Automatic Transfer From Account Xxxxxx1654 | I-GEN10107 |
| Aug 07 | 2,388.37 | Automatic Transfer From Account Xxxxxx1654 | I-GEN10099 |
| Aug 08 | 3,898.60 | Automatic Transfer From Account Xxxxxx1654 | I-GEN10109 |
| Aug 12 | 10,543.51 | Automatic Transfer From Account Xxxxxx1654 | I-GEN10117 |
| Aug 13 | 292.94 | Automatic Transfer From Account Xxxxxx1654 | I-GEN10117 |
| Aug 14 | 49,452.18 | Automatic Transfer From Account Xxxxxx1654 | I-GEN10111 |
| Aug 15 | 2,894.21 | Automatic Transfer From Account Xxxxxx1654 | I-GEN10113 |
| Aug 16 | 2,765.96 | Automatic Transfer From Account Xxxxxx1654 | I-GEN10121 |
| Aug 19 | 1,058.26 | Automatic Transfer From Account Xxxxxx1654 | I-GEN10109 |
| Aug 22 | 16,836.09 | Automatic Transfer From Account Xxxxxx1654 | I-GEN10127 |
| Aug 23 | 7,623.26 | Automatic Transfer From Account Xxxxxx1654 | I-GEN10117 |
| Aug 26 | 5,351.86 | Automatic Transfer From Account Xxxxxx1654 | I-GEN10103 |
| Aug 27 | 657.22 | Automatic Transfer From Account Xxxxxx1654 | I-GEN10099 |
| Aug 28 | 15,069.00 | Automatic Transfer From Account Xxxxxx1654 | I-GEN10099 |
| Aug 29 | 14,761.87 | Automatic Transfer From Account Xxxxxx1654 | I-GEN10111 |
| Aug 30 | 40,729.88 | Automatic Transfer From Account Xxxxxx1654 | I-GEN10111 |

**Total Transferred from Other Accounts: $185,998.70**
**Total Number of Transfers from Other Accounts: 18**

## Checks paid this statement period

\* Symbol indicates a break in check number sequence
\# Symbol indicates an original item not enclosed
@ Symbol indicates a break in check number sequence and an original item not enclosed

| Check Number | Amount | Date Paid | Bank Reference Number | Check Number | Amount | Date Paid | Bank Reference Number |
|--------------|--------|-----------|------------------------|--------------|--------|-----------|------------------------|
| #127899 | -181.78 | Aug 02 | 0970049984 | #127907 | -761.40 | Aug 06 | 0970048893 |
| @127901 | -508.00 | Aug 15 | 0970010184 | #127908 | -801.90 | Aug 07 | 0970045916 |
| #127902 | -1,088.66 | Aug 02 | 0970052299 | #127909 | -517.10 | Aug 07 | 0970011321 |
| #127903 | -200.29 | Aug 02 | 0970179082 | #127910 | -4,218.91 | Aug 05 | 0970118409 |
| #127904 | -7,452.83 | Aug 12 | 0970109693 | #127911 | -79.50 | Aug 12 | 0970100113 |
| #127905 | -275.00 | Aug 15 | 0970006605 | #127912 | -3,100.37 | Aug 26 | 0970106488 |
| #127906 | -89.87 | Aug 06 | 0970241240 | #127913 | -62.50 | Aug 12 | 0970103018 |

**Total checks paid this statement period: -$19,338.11**
**Total number of checks paid this statement period: 14**

*Commercial Checking* statement
**August 1, 2024 to August 31, 2024**

# Commercial Checking: XXXXXX3620

## Electronic withdrawals this statement period

| | | | Reference numbers | |
|---|---|---|---|---|
| Date | Amount ($) | Activity | Customer | Bank |
| Aug 01 | -9,353.49 | Landmark Ww-ap Cons Cp 240801 -sett-tpa ACH | | 9488176326 |
| Aug 05 | -4,427.33 | Landmark Ww-ap Cons Cp 240805 -sett-tpa ACH | | 9488979160 |
| Aug 05 | -55.32 | Igs Energy Scana Bill Pay 240802 | | 9488954654 |
| Aug 07 | -985.56 | Gpc  Gpc EFT | | 9488377405 |
| Aug 07 | -83.81 | Fpl Direct Debit Elec Pymt 08/24 | | 9488729740 |
| Aug 08 | -3,898.60 | Landmark Ww-ap Cons Cp 240808 -sett-tpa ACH | | 9488509006 |
| Aug 12 | -2,948.68 | Landmark Ww-ap Cons Cp 240812 -sett-tpa ACH | | 9488057728 |
| Aug 13 | -272.71 | Quill Corporatio Bt0812 081224 000000285013829 | | 9488831259 |
| Aug 13 | -20.23 | Public Service Pseg | | 9488973346 |
| Aug 14 | -49,452.18 | Commercial Card Payments Landmark6203798 | | 9488199219 |
| Aug 15 | -2,111.21 | Landmark Ww-ap Cons Cp 240815 -sett-tpa ACH | | 9488501449 |
| Aug 16 | -1,993.80 | Xcel Energy-psco Xcelenergy | | 9488620962 |
| Aug 16 | -772.16 | Comed Payments 240813 | | 9488624204 |
| Aug 19 | -702.03 | Landmark Ww-ap Cons Cp 240819 -sett-tpa ACH | | 9488196150 |
| Aug 19 | -356.23 | Landmark Ww-ap Cons Cp 240819 -sett-tpa ACH | | 9488196151 |
| Aug 22 | -16,836.09 | Landmark Ww-ap Cons Cp 240822 -sett-tpa ACH | | 9488728483 |
| Aug 23 | -22,675.76 | Wire # 010374 Bnf American Expre Fed # 001249 | | 9485002222 |
| Aug 26 | -2,093.36 | AZ Dept Of Rev Ccddir.dbt 100465535 | | 9488727591 |
| Aug 26 | -158.13 | Landmark Ww-ap Corp Pay 240826 -sett-tpa ACH | | 9488197017 |
| Aug 27 | -601.85 | Gpc  Gpc EFT | | 9488290859 |
| Aug 27 | -55.37 | Gas South Llc Gassouth 240826 | | 9488895699 |
| Aug 28 | -15,052.50 | Landmark Ww-ap Cons Pay 240828 -sett-tpa ACH | | 9488122776 |
| Aug 28 | -16.50 | Public Service Pseg | | 9488903095 |
| Aug 29 | -14,761.87 | Con Ed Of NY Cecony 240828 28721340009 | | 9488763161 |
| Aug 30 | -40,719.88 | Landmark Ww-ap Corp Pay 240830 -sett-tpa ACH | | 9488101367 |
| Aug 30 | -10.00 | Corp E Corp E-check 082924 0410317400 | | 9488959405 |

**Total Electronic Withdrawals: -$190,414.65**
**Total Number of Electronic Withdrawals: 26**

## Transfers to other accounts this statement period

| | | | Bank reference number |
|---|---|---|---|
| Date | Amount ($) | Activity | |
| Aug 05 | -7,774.99 | Automatic Transfer  To  Account Xxxxxx1654 | I-GEN10109 |

**Total Transferred to Other Accounts: -$7,774.99**
**Total Number of Transfers to Other Accounts: 1**

 ## Lowest daily balance

Your lowest daily balance this statement period was **$0.00**
on **August 1, 2024**.

**Commercial Checking statement**
**August 1, 2024 to August 31, 2024**

# Commercial Checking: XXXXXX3620

**PLEASE EXAMINE THIS STATEMENT PROMPTLY**
**Reporting Errors and Unauthorized Transactions**

**Personal Accounts:** *Electronic Funds Transfers:* In Case of Errors (including unauthorized electronic transactions) or Questions About Your Electronic Transfers: Call us at the telephone number printed on the first page of this statement or write us at the address printed on the first page of this statement as soon as you can, if you think this statement or your receipt is wrong or if you need more information about a transfer on the statement or receipt. For pre-authorized transfers (e.g., insurance payments, etc.), call us at the telephone number printed on the first page or write us at Comerica Bank – Electronic Services Department, Attn: Research, P.O. Box 75000, Detroit, Michigan 48275-7570. For Comerica ATM Card or Comerica Check Card transactions, call us at the telephone number printed on the first page or write us at Comerica Bank – Electronic Processing, P.O. Box 75000, Detroit, Michigan 48275-7584. We must hear from you no later than 60 days after we sent you the FIRST statement on which the Error or problem appeared.

When reporting the Error: (1) tell us your name and account number (if any); (2) describe the Error (an Error includes an unauthorized electronic funds transfer) or the electronic transfer you are unsure about, and explain as clearly as you can why you believe it is an Error or why you need more information; and (3) tell us the dollar amount of the suspected Error or the transaction you question.

If you tell us orally, we may require that you send us your complaint or question in writing within 10 business days. If you fail to do so, and your account is a personal account, we are not obligated to give you provisional credit for the amount of your claim while we investigate your claim. We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error so that you will have the use of the money during the time it takes us to complete our investigation.

*Comerica Debit Card Transactions:* Notwithstanding the above information, if your account was debited for a transaction resulting from the use of your Comerica Debit Card or Debit Card number, you may have additional rights and protections. See the Comerica Business and Personal Deposit Account Contract for specific information.

*Checks and Other Non-Electronic Funds Transfer Transactions:* If you need a copy of a check or additional information about a transaction, you can call us at the telephone number on the first page of this statement. State law and the terms of the Business and Personal Deposit Contract govern your liability and the Bank's for fraudulent checks and non electronic funds transfer transactions. The best way to limit your possible loss is to report any unauthorized activity involving your account as soon as possible but always within 30 days of when we sent the statement to you or otherwise made the information available to you. See the Comerica Business and Personal Deposit Contract for further details.

**Business Accounts:** *Electronic Transactions:* If you think this statement shows an Error (an Error includes an unauthorized electronic transaction) or an ATM receipt you received is wrong or if you need more information about an electronic transaction listed on the statement, call or write us as soon as possible at the telephone number or address printed on the first page but always within 30 days of when we first made the information available to you regarding the transaction. For pre-authorized transfers (e.g., insurance payment, etc.), call us at the telephone number printed on the first page or write us at Comerica Bank – Electronic Services Department, Attn: Research, P.O. Box 75000, Detroit, Michigan 48275-7570. For Comerica ATM Card or Comerica Business Check Card transactions, call us at the telephone number printed on the first page or write us at Comerica Bank – Electronic Processing, P.O. Box 75000, Detroit, Michigan 48275-7584. For all claims related to an electronic transaction, we must hear from you no later than 30 days after we first made the information available to you regarding the transaction otherwise you may waive your right to recover for the loss you incurred. Call or write us as soon as possible at the telephone number or address printed on the first page and (1) tell us your name and account number; (2) describe the Error or transaction you are unsure about, and explain as clearly as you can why you believe it is an Error or why you need more information; and (3) tell us the dollar amount of the suspected Error. We reserve the right to require that you complete an affidavit regarding claims of unauthorized transactions. If we timely receive your claim, we will investigate your claim and correct any Errors within the time frame required by law. If the claim is for an unauthorized electronic transaction and we find your claim genuine, we will process your claim in accordance with ACH rules or other applicable electronic clearinghouse rules. To the extent we recover we will refund to you the recovery. If an electronic transaction, including wire transfer was conducted in accordance with the terms of an electronic service you agreed to obtain from us, the terms of that agreement will govern whether the transaction in question is authorized or not.

*Comerica Business Check Card Transactions:* If your account was debited for a transaction resulting from the use of your Comerica Business Check Card or Check Card number (does not apply to ATM Cards or Comerica Check Cards that are not activated) or if your claim is related to an electronic debit transaction resulting from the use of your Comerica Check Card or Check Card number, you may have rights and protections in addition to those described above. See the Comerica Business and Personal Deposit Account Contract for specific information.

*Checks and Other Non-Electronic Transactions:* If you need a copy of a check or additional information about a non-electronic transaction, you can call us at the telephone number on the first page of this statement. State law and the terms of the Business and Personal Deposit Contract govern your liability and the Bank's for fraudulent checks and non electronic transactions. The best way to limit your possible loss is to report any unauthorized activity involving your account as soon as possible but always within 30 days of when we sent the statement to you or otherwise made the information available to you. See the Business and Personal Deposit Contract for further details. You should keep this statement for your records.

**Balancing Your Account:** For assistance on how to balance your account, please call us at the phone number listed on your account statement or visit your local Comerica banking center.

80931

lludulullullludllull
LANDMARK WORLDWIDE LLC
ATTN STEVE ALLAN
353 SACRAMENTO ST STE 200
SAN FRANCISCO CA 94111

## *Commercial Checking* statement

**August 1, 2024** to **August 31, 2024**
**Account number** ████2882

## Account summary

| | |
|---|---|
| **Beginning balance** | |
| **on August 1, 2024** | **$0.00** |
| Plus deposits | |
| Electronic deposits | $38,759.47 |
| Less withdrawals | |
| Electronic (EFT) withdrawals | -$479.00 |
| Transfers to other accounts | -$38,280.47 |
| **Ending balance** | |
| **on August 31, 2024** | **$0.00** |

**To contact us**

**Call**
(800) 522-2265
**Visit our web site**
www.comerica.com

**Write to us**
COMERICA BANK
1 EMBARCADERO CTR - STREET LEVEL
SAN FRANCISCO, CA 94111-3600-4331

**Important information**

The Account Balance Fee for this statement
period for this account is $0.125/$1,000.

Thank you

***Commercial Checking*** statement
**August 1, 2024 to August 31, 2024**

‒‒‒‒   ‒‒‒‒   ‒‒‒‒

‒‒‒‒

# *Commercial Checking* account details: XXXXXX2882

## Electronic deposits this statement period

| Date | Amount | Activity | Reference numbers Customer | Bank |
|------|--------|----------|----------------------------|------|
| Aug 01 | 1,260.99 | Paypal Transfer 240731 | | 9488144246 |
| Aug 02 | 931.62 | Paypal Transfer 240801 | | 9488317378 |
| Aug 05 | 881.84 | Paypal Transfer 240802 | | 9488704081 |
| Aug 05 | 734.42 | Paypal Transfer 240802 | | 9488705564 |
| Aug 05 | 535.86 | Paypal Transfer 240802 | | 9488675179 |
| Aug 06 | 1,915.52 | Paypal Transfer 240805 | | 9488260793 |
| Aug 07 | 1,861.43 | Paypal Transfer 240806 | | 9488502422 |
| Aug 08 | 2,198.14 | Paypal Transfer 240807 | | 9488570110 |
| Aug 09 | 792.66 | Paypal Transfer 240808 | | 9488626460 |
| Aug 12 | 1,124.99 | Paypal Transfer 240809 | | 9488861324 |
| Aug 12 | 791.07 | Paypal Transfer 240809 | | 9488811379 |
| Aug 12 | 779.76 | Paypal Transfer 240809 | | 9488743295 |
| Aug 13 | 2,195.53 | Paypal Transfer 240812 | | 9488331088 |
| Aug 14 | 1,246.04 | Paypal Transfer 240813 | | 9488451983 |
| Aug 15 | 1,163.56 | Paypal Transfer 240814 | | 9488497410 |
| Aug 16 | 1,004.22 | Paypal Transfer 240815 | | 9488626199 |
| Aug 19 | 5,849.53 | Paypal Transfer 240816 | | 9488940836 |
| Aug 19 | 1,218.13 | Paypal Transfer 240816 | | 9488971526 |
| Aug 19 | 780.13 | Paypal Transfer 240816 | | 9488824844 |
| Aug 20 | 1,276.40 | Paypal Transfer 240819 | | 9488462472 |
| Aug 21 | 690.11 | Paypal Transfer 240820 | | 9488508767 |
| Aug 22 | 532.37 | Paypal Transfer 240820 | | 9488355313 |
| Aug 23 | 1,754.41 | Paypal Transfer 240822 | | 9488839771 |
| Aug 26 | 826.35 | Paypal Transfer 240823 | | 9488929254 |
| Aug 26 | 654.90 | Paypal Transfer 240823 | | 9488002087 |
| Aug 26 | 142.36 | Paypal Transfer 240823 | | 9488970546 |
| Aug 27 | 207.97 | Paypal Transfer 240826 | | 9488166249 |
| Aug 28 | 189.20 | Paypal Transfer 240827 | | 9488231546 |
| Aug 29 | 1,505.84 | Paypal Transfer 240828 | | 9488739790 |
| Aug 30 | 3,714.12 | Paypal Transfer 240829 | | 9488064242 |

**Total Electronic Deposits: $38,759.47**
**Total Number of Electronic Deposits: 30**

## Electronic withdrawals this statement period

| Date | Amount ($) | Activity | Reference numbers Customer | Bank |
|------|-----------|----------|----------------------------|------|
| Aug 02 | -200.00 | Paypal Echeck 240801 | | 9488929132 |
| Aug 05 | -30.00 | Paypal Inc Paypal | | 9488961485 |
| Aug 14 | -200.00 | Paypal Echeck 240813 | | 9488941377 |
| Aug 19 | -49.00 | Paypal Echeck 240816 | | 9488945143 |

**Total Electronic Withdrawals: -$479.00**
**Total Number of Electronic Withdrawals: 4**

## Transfers to other accounts this statement period

| Date | Amount ($) | Activity | Bank reference number |
|------|-----------|----------|-----------------------|
| Aug 01 | -1,260.99 | Automatic Transfer  To  Account Xxxxxx1654 | I-GEN10313 |
| Aug 02 | -731.62 | Automatic Transfer  To  Account Xxxxxx1654 | I-GEN10342 |
| Aug 05 | -2,122.12 | Automatic Transfer  To  Account Xxxxxx1654 | I-GEN10352 |
| Aug 06 | -1,915.52 | Automatic Transfer  To  Account Xxxxxx1654 | I-GEN10265 |
| Aug 07 | -1,861.43 | Automatic Transfer  To  Account Xxxxxx1654 | I-GEN10324 |

*Commercial Checking* **statement**
**August 1, 2024 to August 31, 2024**

# Commercial Checking: XXXXXX2882

| Date | Amount ($) | Activity | Bank reference number |
|------|-----------|----------|----------------------|
| Aug 08 | -2,198.14 | Automatic Transfer  To  Account Xxxxxx1654 | I-GEN10284 |
| Aug 09 | -792.66 | Automatic Transfer  To  Account Xxxxxx1654 | I-GEN10296 |
| Aug 12 | -2,695.82 | Automatic Transfer  To  Account Xxxxxx1654 | I-GEN10320 |
| Aug 13 | -2,195.53 | Automatic Transfer  To  Account Xxxxxx1654 | I-GEN10384 |
| Aug 14 | -1,046.04 | Automatic Transfer  To  Account Xxxxxx1654 | I-GEN10342 |
| Aug 15 | -1,163.56 | Automatic Transfer  To  Account Xxxxxx1654 | I-GEN10386 |
| Aug 16 | -1,004.22 | Automatic Transfer  To  Account Xxxxxx1654 | I-GEN10362 |
| Aug 19 | -7,798.79 | Automatic Transfer  To  Account Xxxxxx1654 | I-GEN10332 |
| Aug 20 | -1,276.40 | Automatic Transfer  To  Account Xxxxxx1654 | I-GEN10318 |
| Aug 21 | -690.11 | Automatic Transfer  To  Account Xxxxxx1654 | I-GEN10356 |
| Aug 22 | -532.37 | Automatic Transfer  To  Account Xxxxxx1654 | I-GEN10340 |
| Aug 23 | -1,754.41 | Automatic Transfer  To  Account Xxxxxx1654 | I-GEN10322 |
| Aug 26 | -1,623.61 | Automatic Transfer  To  Account Xxxxxx1654 | I-GEN10314 |
| Aug 27 | -207.97 | Automatic Transfer  To  Account Xxxxxx1654 | I-GEN10278 |
| Aug 28 | -189.20 | Automatic Transfer  To  Account Xxxxxx1654 | I-GEN10332 |
| Aug 29 | -1,505.84 | Automatic Transfer  To  Account Xxxxxx1654 | I-GEN10298 |
| Aug 30 | -3,714.12 | Automatic Transfer  To  Account Xxxxxx1654 | I-GEN10305 |

**Total Transferred to Other Accounts: -$38,280.47**
**Total Number of Transfers to Other Accounts: 22**

 ## Lowest daily balance

Your lowest daily balance this statement period was **$0.00**
on **August 1, 2024** .

**Commercial Checking statement**
**August 1, 2024 to August 31, 2024**

# Commercial Checking: XXXXXX2882

**PLEASE EXAMINE THIS STATEMENT PROMPTLY**
**Reporting Errors and Unauthorized Transactions**

**Personal Accounts:** *Electronic Funds Transfers:* In Case of Errors (including unauthorized electronic transactions) or Questions About Your Electronic Transfers: Call us at the telephone number printed on the first page of this statement or write us at the address printed on the first page of this statement as soon as you can, if you think this statement or your receipt is wrong or if you need more information about a transfer on the statement or receipt. For pre-authorized transfers (e.g., insurance payments, etc.), call us at the telephone number printed on the first page or write us at Comerica Bank – Electronic Services Department, Attn: Research, P.O. Box 75000, Detroit, Michigan 48275-7570. For Comerica ATM Card or Comerica Check Card transactions, call us at the telephone number printed on the first page or write us at Comerica Bank – Electronic Processing, P.O. Box 75000, Detroit, Michigan 48275-7584. We must hear from you no later than 60 days after we sent you the FIRST statement on which the Error or problem appeared.

When reporting the Error: (1) tell us your name and account number (if any); (2) describe the Error (an Error includes an unauthorized electronic funds transfer) or the electronic transfer you are unsure about, and explain as clearly as you can why you believe it is an Error or why you need more information; and (3) tell us the dollar amount of the suspected Error or the transaction you question.

If you tell us orally, we may require that you send us your complaint or question in writing within 10 business days. If you fail to do so, and your account is a personal account, we are not obligated to give you provisional credit for the amount of your claim while we investigate your claim. We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error so that you will have the use of the money during the time it takes us to complete our investigation.

*Comerica Debit Card Transactions:* Notwithstanding the above information, if your account was debited for a transaction resulting from the use of your Comerica Debit Card or Debit Card number, you may have additional rights and protections. See the Comerica Business and Personal Deposit Account Contract for specific information.

*Checks and Other Non-Electronic Funds Transfer Transactions:* If you need a copy of a check or additional information about a transaction, you can call us at the telephone number on the first page of this statement. State law and the terms of the Business and Personal Deposit Contract govern your liability and the Bank's for fraudulent checks and non electronic funds transfer transactions. The best way to limit your possible loss is to report any unauthorized activity involving your account as soon as possible but always within 30 days of when we sent the statement to you or otherwise made the information available to you. See the Comerica Business and Personal Deposit Contract for further details.

**Business Accounts:** *Electronic Transactions:* If you think this statement shows an Error (an Error includes an unauthorized electronic transaction) or an ATM receipt you received is wrong or if you need more information about an electronic transaction listed on the statement, call or write us as soon as possible at the telephone number or address printed on the first page but always within 30 days of when we first made the information available to you regarding the transaction. For pre-authorized transfers (e.g., insurance payment, etc.), call us at the telephone number printed on the first page or write us at Comerica Bank – Electronic Services Department, Attn: Research, P.O. Box 75000, Detroit, Michigan 48275-7570. For Comerica ATM Card or Comerica Business Check Card transactions, call us at the telephone number printed on the first page or write us at Comerica Bank – Electronic Processing, P.O. Box 75000, Detroit, Michigan 48275-7584. For all claims related to an electronic transaction, we must hear from you no later than 30 days after we first made the information available to you regarding the transaction otherwise you may waive your right to recover for the loss you incurred. Call or write us as soon as possible at the telephone number or address printed on the first page and (1) tell us your name and account number; (2) describe the Error or transaction you are unsure about, and explain as clearly as you can why you believe it is an Error or why you need more information; and (3) tell us the dollar amount of the suspected Error. We reserve the right to require that you complete an affidavit regarding claims of unauthorized transactions. If we timely receive your claim, we will investigate your claim and correct any Errors within the time frame required by law. If the claim is for an unauthorized electronic transaction and we find your claim genuine, we will process your claim in accordance with ACH rules or other applicable electronic clearinghouse rules. To the extent we recover we will refund to you the recovery. If an electronic transaction, including wire transfer was conducted in accordance with the terms of an electronic service you agreed to obtain from us, the terms of that agreement will govern whether the transaction in question is authorized or not.

*Comerica Business Check Card Transactions:* If your account was debited for a transaction resulting from the use of your Comerica Business Check Card or Check Card number (does not apply to ATM Cards or Comerica Check Cards that are not activated) or if your claim is related to an electronic debit transaction resulting from the use of your Comerica Check Card or Check Card number, you may have rights and protections in addition to those described above. See the Comerica Business and Personal Deposit Account Contract for specific information.

*Checks and Other Non-Electronic Transactions:* If you need a copy of a check or additional information about a non-electronic transaction, you can call us at the telephone number on the first page of this statement. State law and the terms of the Business and Personal Deposit Contract govern your liability and the Bank's for fraudulent checks and non electronic transactions. The best way to limit your possible loss is to report any unauthorized activity involving your account as soon as possible but always within 30 days of when we sent the statement to you or otherwise made the information available to you. See the Business and Personal Deposit Contract for further details. You should keep this statement for your records.

**Balancing Your Account:** For assistance on how to balance your account, please call us at the phone number listed on your account statement or visit your local Comerica banking center.